Howard J. Weg (State Bar No. 91057)
hweg@pwkllp.com
David B. Shemano (State Bar No. 176020)
dshemano@pwkllp.com
Monsi Morales (State Bar No. 235520)
mmorales@pwkllp.com
PEITZMAN, WEG & KEMPINSKY LLP
10100 Santa Monica Boulevard, Suite 1450
Los Angeles, CA  90067
Telephone: (310) 552-3100
Facsimile:  (310) 552-3101

Proposed Counsel for Debtor Ezri Namvar

FILED & ENTERED

FEB 09 2009

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier      DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re | Bk. Case No.:  2:08-bk-32349-BR |
| EZRI NAMVAR, | Chapter 11 |
| Debtor. | **ORDER AUTHORIZING JOINT ADMINISTRATION  OF THE DEBTORS' ESTATES** |
| | **Hearing:** |
| | Date:   February 4, 2009 |
| | Time:   10:00 a.m. |
| | Place:  Courtroom 1668 |
| | 255 East Temple Street |
| | Los Angeles, CA |

Namco Capital Group, Inc. ("Namco") and Ezri Namvar ("Namvar," and together with Namco, the "Debtors"), each in his or its own chapter 11 case, brought before the Court an emergency motion for an order directing joint administration of their chapter 11 cases pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "Motion").

The Court finds that notice of the Motion was adequate in the circumstances of the case.  The Court, having reviewed the moving papers and finding good cause, hereby

**ORDERS THAT:**

A.      The Debtors' estates shall be jointly administered as follows:

(a)    *Pleadings and Other Papers Filed with the Court.*  Except for proofs of claim, the Court Clerk shall maintain the same docket or dockets for all pleadings and other papers filed in the Debtors' cases.  The docket(s) shall be maintained under the Namco Capital Group, Inc. caption and case number.  Parties in interest are hereby directed to use the caption in the form set forth on Exhibit 1 attached hereto.  Each pleading or paper filed shall, however, indicate which of the Debtors is affected by or is a party to the subject filing.

(b)    *Proofs of Claim.*  Each proof of claim shall have the caption of the case in which it is filed.

(c)    *U.S. Trustee Reporting.*  Reports and statements filed with the Office of the United States Trustee shall be filed separately for each of the Debtors, unless the United States Trustee agrees to some other requirement.

(d)    *Schedules and Statements.*  Each of the Debtors shall file his or its own Schedule of Assets and Liabilities and Statement of Financial Affairs.

(e)    *Notice to Creditors.*  Upon entry of an order approving joint administration, the Debtors shall transmit to creditors and equity security holders of each estate a notice in the form attached hereto as Exhibit 2.

B.    Nothing herein shall constitute a finding or order that the Debtors' estates shall be or should be substantively consolidated.

DATED: February 9, 2009

_____
United States Bankruptcy Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 1

Howard J. Weg (State Bar No. 91057)
hweg@pwkllp.com
David B. Shemano (State Bar No. 176020)
dshemano@pwkllp.com
Monsi Morales (State Bar No. 235520)
mmorales@pwkllp.com
PEITZMAN, WEG & KEMPINSKY LLP
10100 Santa Monica Boulevard, Suite 1450
Los Angeles, CA  90067
Telephone: (310) 552-3100
Facsimile:  (310) 552-3101

and

Ali M.M. Mojdehi (State Bar No. 123846)
ali.m.m.mojdehi@bakernet.com
Christine E. Baur (State Bar No. 207811)
christine.e.baur@bakernet.com
BAKER & McKENZIE LLP
12544 High Bluff Drive, Third Floor
San Diego, CA  92130-3051
Telephone:  (858) 523-6200
Facsimile:   (858) 259-8290

Proposed Co-Counsel for Debtor Namco Capital Group, Inc.

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>NAMCO CAPITAL GROUP, INC., a California corporation; and EZRI NAMVAR, an individual,<br><br>                      Debtors. | Case No.: 2:-08-32333-BR<br><br>Chapter 11<br><br>(Jointly Administered with Case No.: 2:08-32349-BR)<br><br>**CAPTION**<br>**Joint Administration**<br><br>(No Hearing Necessary) |
| **Check One or More as Appropriate:**<br>Affects Both Debtors:     ☐<br>Affects Namco Capital Group, Inc. only:  ☐<br>Affects Ezri Namvar only:     ☐ | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 2

1  Howard J. Weg (State Bar No. 91057)
   hweg@pwkllp.com
2  David B. Shemano (State Bar No. 176020)
   dshemano@pwkllp.com
3  Monsi Morales (State Bar No. 235520)
   mmorales@pwkllp.com
4  PEITZMAN, WEG & KEMPINSKY LLP
   10100 Santa Monica Boulevard, Suite 1450
5  Los Angeles, CA  90067
   Telephone: (310) 552-3100
6  Facsimile:  (310) 552-3101

7  and

8  Ali M.M. Mojdehi (State Bar No. 123846)
   ali.m.m.mojdehi@bakernet.com
9  Christine E. Baur (State Bar No. 207811)
   christine.e.baur@bakernet.com
10 BAKER & McKENZIE LLP
   12544 High Bluff Drive, Third Floor
11 San Diego, CA  92130-3051
   Telephone:  (858) 523-6200
12 Facsimile:   (858) 259-8290

13 Proposed Co-Counsel for Debtor Namco Capital Group, Inc.

14

15                    **UNITED STATES BANKRUPTCY COURT**

16                    **CENTRAL DISTRICT OF CALIFORNIA**

                      **LOS ANGELES DIVISION**
17

18 | In re: | Case No.: 2:-08-32333-BR |

19 | NAMCO CAPITAL GROUP, INC., a California | Chapter 11 |
   | corporation; and EZRI NAMVAR, an individual, | (Jointly Administered with Case No.: 2:08-32349-BR) |
20 | Debtors. | |

21 | | **NOTICE OF JOINT ADMINISTRATION OF RELATED CASES** |
22
23 | | (No Hearing Necessary) |

24 **Check One or More as Appropriate:**
   Affects Both Debtors:                               ☒
25 Affects Namco Capital Group, Inc. only:             ☐
   Affects Ezri Namvar only:                           ☐
26

27

28

**TO CREDITORS, THE UNITED STATES TRUSTEE AND OTHER PARTIES IN INTEREST:**

     **PLEASE TAKE NOTICE** that Namco Capital Group, Inc., and Ezri Namvar (together, the "Debtors"), are operating as debtors and debtors-in-possession under chapter 11 of the Bankruptcy Code. The Bankruptcy Court has approved joint administration of their cases in the following respects:

     1.   <u>Pleadings and Other Papers Filed with the Court</u>. *Except for proofs of claim*, the Court Clerk will maintain the same docket or dockets for all pleadings and other papers filed in the Debtors' cases. The docket(s) will be maintained under the Namco Capital Group, Inc. caption and case number. Parties in interest are directed to use the caption in the form set forth on the first page of this notice. Each pleading or paper filed, however, should indicate which of the Debtors is affected by or is a party to the subject filing.

     2.   <u>Proofs of Claim</u>. The joint caption should not be used for proofs of claim. Each proof of claim should be filed in the applicable case and have the caption of the case in which it is filed.

     3.   <u>United States Trustee Reporting</u>. Reports and statements filed with the Office of the United States Trustee will be filed separately for each of the Debtors, unless the United States Trustee agrees to some other requirement.

     4.   <u>Schedules and Statements</u>. Each of the Debtors will file his or its own Schedule of Assets and Liabilities and Statement of Financial Affairs.

Dated: February __, 2009         PEITZMAN, WEG & KEMPINSKY LLP

                         By:_____
                            Howard J. Weg
                            David B. Shemano
                            Monsi Morales

                         and

                         BAKER & McKENZIE LLP
                            Ali M.M. Mojdehi
                            Christine E. Baur

                         Proposed Co-Counsel for Debtor Namco Capital Group, Inc.

| In re: EZRI NAMVAR, | CHAPTER  11 |
|---|---|
| Alleged Debtor(s). | CASE NUMBER 2:08-bk-32349-BR |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

Peitzman, Weg & Kempinsky, LLP
10100 Santa Monica Blvd., Suite 1450
Los Angeles, CA  90067

The foregoing document described <u>Order Authorizing Joint Administration  Of The Debtors' Estates</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On <u>February 6, 2009</u> I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Russell Clementson     russell.clementson@usdoj.gov
Brian L Davidoff     bdavidoff@rutterhobbs.com, calendar@rutterhobbs.com;jreinglass@rutterhobbs.com
Michael G Fletcher     mfletcher@frandzel.com, efiling@frandzel.com;shom@frandzel.com
Sandford Frey     Sfrey@cmkllp.com
Philip A Gasteier     pgasteier@rdwlawcorp.com
Robert P Goe     kmurphy@goeforlaw.com
Seymone Javaherian     sj@javlaw.com
Stuart I Koenig     Skoenig@cmkllp.com
John P Kreis     jkreis@attglobal.net
Pamela Labruyere     pamela@sgsslaw.com
Ron Maroko     ron.maroko@usdoj.gov
Elmer D Martin     elmermartin@msn.com
Elissa Miller     emiller@sulmeyerlaw.com
Monserrat Morales     mmorales@pwkllp.com
Sam S Oh     sam.oh@limruger.com, alisia.dunbar@limruger.com
Jenny Y Park Garner     jpark@sheppardmullin.com
Lawrence Peitzman     lpeitzman@pwkllp.com
Leo D Plotkin     lplotkin@lsl-la.com
Jeremy E Rosenthal     jrosenthal@sidley.com
Benjamin Seigel     bseigel@buchalter.com
David B Shemano     dshemano@pwkllp.com
Nico N Tabibi     nico@tabibilaw.com
Sam Tabibian     sam.tabibian@gmail.com
Derrick Talerico     dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com
Alan G Tippie     atippie@sulmeyerlaw.com, jbartlett@sulmeyerlaw.com
United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov
Howard J Weg     hweg@pwkllp.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

| | |
|---|---|
| In re: EZRI NAMVAR, | CHAPTER 11 |
| Alleged Debtor(s). | CASE NUMBER 2:08-bk-32349-BR |

David M Wiseblood    dwiseblood@seyfarth.com
Beth Ann R Young    bry@lnbrb.com

☐ Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On February 6, 2009  I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy
case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail,
first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes
a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

The Hon. Harry Russell (overnight)
U.S. Bankruptcy Court
Roybal Federal Building
255 E. Temple St.  Bin outside of Suite 1660
Los Angeles, CA  90012-3332

Ezri Namvar
c/o Namco Capital Group, Inc.
12121 Wilshire Blvd., Suite 1400
Los Angeles, CA  90025

Michael Abrams
De Castro, West, Chodorow, Glickfeld & Nass, Inc.
10960 Wilshire Blvd., 14th Floor East
Los Angeles, CA  90024-3881

Ronald E. Michelman, Esq.
Michelman & Michelman, LLP
20265 Ventura Blvd., Suite D
Woodland Hills, CA  91364

David R Gabor
Russ, August & Kabat
12424 Wilshire Blvd 12th Fl
Los Angeles, CA 90025

David M. Morrow
c/o Stephen H. Marcus, Esq.
Gittler & Bradford
11620 Wilshire Blvd., Suite 800
Los Angeles, CA  90025
Attn: Stephen H. Marcus, Esq.

☐ Service information continued on attached page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

| In re: EZRI NAMVAR, | CHAPTER 11 |
|---|---|
| Alleged Debtor(s). | CASE NUMBER 2:08-bk-32349-BR |

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| February 6, 2009 | Matthew Lange | /s/ Matthew Lange |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 9013-3.1**

| In re: EZRI NAMVAR,<br><br>Alleged Debtor(s). | CHAPTER 11<br><br>CASE NUMBER 2:08-bk-32349-BR |
|---|---|

## SERVICE LIST FOR NOTICE OF ENTRY OF ORDER

| SERVICED ELECTRONICALLY | SERVICED BY U.S. MAIL |
|---|---|
| Russell Clementson    russell.clementson@usdoj.gov<br>Brian L Davidoff    bdavidoff@rutterhobbs.com,<br>calendar@rutterhobbs.com;jreinglass@rutterhobbs.com<br>Michael G Fletcher    mfletcher@frandzel.com,<br>efiling@frandzel.com;shom@frandzel.com<br>Sandford Frey    Sfrey@cmkllp.com<br>Philip A Gasteier    pgasteier@rdwlawcorp.com<br>Robert P Goe    kmurphy@goeforlaw.com<br>Seymone Javaherian    sj@javlaw.com<br>Stuart I Koenig    Skoenig@cmkllp.com<br>John P Kreis    jkreis@attglobal.net<br>Pamela Labruyere    pamela@sgsslaw.com<br>Ron Maroko    ron.maroko@usdoj.gov<br>Elmer D Martin    elmermartin@msn.com<br>Elissa Miller    emiller@sulmeyerlaw.com<br>Monserrat Morales    mmorales@pwkllp.com<br>Sam S Oh    sam.oh@limruger.com,<br>alisia.dunbar@limruger.com<br>Jenny Y Park Garner    jpark@sheppardmullin.com<br>Lawrence Peitzman    lpeitzman@pwkllp.com<br>Leo D Plotkin    lplotkin@lsl-la.com<br>Jeremy E Rosenthal    jrosenthal@sidley.com<br>Benjamin Seigel    bseigel@buchalter.com<br>David B Shemano    dshemano@pwkllp.com<br>Nico N Tabibi    nico@tabibilaw.com<br>Sam Tabibian    sam.tabibian@gmail.com<br>Derrick Talerico    dtalerico@loeb.com,<br>kpresson@loeb.com;ljurich@loeb.com<br>Alan G Tippie    atippie@sulmeyerlaw.com,<br>jbartlett@sulmeyerlaw.com<br>United States Trustee (LA)<br>ustpregion16.la.ecf@usdoj.gov<br>Howard J Weg    hweg@pwkllp.com<br>David M Wiseblood    dwiseblood@seyfarth.com<br>Beth Ann R Young    bry@lnbrb.com | Ezri Namvar<br>c/o Namco Capital Group, Inc.<br>12121 Wilshire Blvd., Suite 1400<br>Los Angeles, CA 90025<br><br>Michael Abrams<br>De Castro, West, Chodorow, Glickfeld &<br>Nass, Inc.<br>10960 Wilshire Blvd., 14th Floor East<br>Los Angeles, CA 90024-3881<br><br>Ronald E. Michelman, Esq.<br>Michelman & Michelman, LLP<br>20265 Ventura Blvd., Suite D<br>Woodland Hills, CA 91364<br><br>David R Gabor<br>Russ, August & Kabat<br>12424 Wilshire Blvd 12th Fl<br>Los Angeles, CA 90025<br><br>David M. Morrow<br>c/o Stephen H. Marcus, Esq.<br>Gittler & Bradford<br>11620 Wilshire Blvd., Suite 800<br>Los Angeles, CA 90025<br>Attn: Stephen H. Marcus, Esq. |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1**