Marc A. Lieberman, Esq. (SBN 157318)
Alan W. Forsley, Esq. (SBN 180958)
**FREDMAN LIEBERMAN LLP**
1875 Century Park East, Suite 2200
Los Angeles, CA 90067
Telephone: (310) 284-7350
Facsimile: (310) 284-7352

Attorneys for Creditor David Haghnazazarzadeh aka
David Zadeh

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>NAMCO CAPITAL GROUP, INC., A California corporation and EZRI NAMVAR, an individual<br><br>Debtors<br><br>X Affects Ezri Namvar only | CASE NO. 2:08-bk-32333-BR (Jointly administered with Case No. 2:08-bk-32349-BR)<br><br>Chapter 11<br><br>Hon. Barry Russell<br><br>**REQUEST OF PARTY-IN-INTEREST TO CONVENE MEETING OF CREDITORS FOR THE PURPOSE OF ELECTING A CHAPTER 11 TRUSTEE**<br><br>[11 U.S.C. §1104(b)]<br><br>Date:<br>Time: [no hearing required]<br>Place: |

**To the Office of the United States Trustee and the Honorable Barry Russell, United States Bankruptcy Judge and all parties-in-interest:**

Creditor David Haghnazazarzadeh aka David Zadeh, a general unsecured creditor of the Chapter 11 bankruptcy estate of Ezri Namvar, hereby requests that the United States Trustee

//

---

1
*Request to Convene Meeting of Creditors for the Purpose of Electing a Chapter 11 Trustee*

convene a meeting of creditors for the purpose of electing a Chapter 11 trustee pursuant to 11 U.S.C. §1104(b).

DATED: March 24, 2009                          FREDMAN | LIEBERMAN, LLP


By: /s/ Alan W. Forsley
Alan W. Forsley, Esq.
Attorney for Creditor David Haghnazazarzadeh
aka David Zadeh

| In re: Namco Capital Group, Inc. | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 08-32333-BR |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
FREDMAN LIEBERMAN LLP
1875 Century Park East, Suite 2200
Los Angeles, CA 90067
A true and correct copy of the foregoing document described **REQUEST OF PARTY-IN-INTEREST TO CONVENE MEETING OF CREDITORS FOR THE PURPOSE OF ELECTING A CHAPTER 11 TRUSTEE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On March 24, 2009, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Michael Jay Berger    michael.berger@bankruptcypower.com
- Russell Clementson    russell.clementson@usdoj.gov
- Alicia Clough    alicia.clough@kayescholer.com
- Yona Conzevoy    yconzevoy@dwclaw.com
- Brian L Davidoff    bdavidoff@rutterhobbs.com, calendar@rutterhobbs.com;jreinglass@rutterhobbs.com
- Daniel Denny    ddenny@gibsondunn.com
- Michael G Fletcher    mfletcher@frandzel.com, efiling@frandzel.com;shom@frandzel.com
- Jon H Freis    jon@jhflaw.net
- Sandford Frey    Sfrey@cmkllp.com
- Philip A Gasteier    pgasteier@rdwlawcorp.com
- Steven Glaser    sglaser@wwllp.com
- Robert P Goe    kmurphy@goeforlaw.com
- M Jonathan Hayes    jhayes@polarisnet.net
- Seymone Javaherian    sj@javlaw.com
- Ira Benjamin Katz    Ikatz@katzlaw.net
- Stuart I Koenig    Skoenig@cmkllp.com
- John P Kreis    jkreis@attglobal.net
- Jeffrey A Krieger    jkrieger@ggfirm.com
- Pamela Labruyere    pamela@sgsslaw.com
- Dare Law    dare.law@usdoj.gov
- Jennifer Leland    jwaldner@pwkllp.com
- Elmer D Martin    elmermartin@msn.com
- Hal M Mersel    mark.mersel@bryancave.com
- Elissa Miller    emiller@sulmeyerlaw.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

**F 9013-3.1**

| In re: Namco Capital Group, Inc. | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 08-32333-BR |

- Ali M Mojdehi ali.m.m.mojdehi@bakernet.com, christine.e.baur@bakernet.com;andrew.mcdermott@bakernet.com;anne.w.hamann@bakernet.com;jane.b.mackie@bakernet.com
- Monserrat Morales   mmorales@pwkllp.com
- R. Todd Neilson   tneilson@ecf.epiqsystems.com, vdoran@lecg.com;sgreenan@lecg.com
- William Novotny   william.novotny@mwmf.com
- Sam S Oh   sam.oh@limruger.com, alisia.dunbar@limruger.com
- Jenny Y Park Garner   jpark@sheppardmullin.com
- Penelope Parmes   pparmes@rutan.com
- Lawrence Peitzman   lpeitzman@pwkllp.com
- Leo D Plotkin   lplotkin@lsl-la.com
- Jeremy E Rosenthal   jrosenthal@sidley.com
- Gregory M Salvato   gsalvato@pmcos.com
- Bruce S Schildkraut   bruce.schildkraut@usdoj.gov
- Benjamin Seigel   bseigel@buchalter.com, IFS_filing@buchalter.com
- David B Shemano   dshemano@pwkllp.com
- Nico N Tabibi   nico@tabibilaw.com
- Sam Tabibian   sam.tabibian@gmail.com
- Derrick Talerico   dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com
- Alan G Tippie   atippie@sulmeyerlaw.com, jbartlett@sulmeyerlaw.com
- United States Trustee (LA)   ustpregion16.la.ecf@usdoj.gov
- Howard J Weg   hweg@pwkllp.com
- Beth Ann R Young   bry@lnbrb.com

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL(indicate method for each person or entity served):**
On March 24, 2009, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

Baker & McKenzie LLP
12544 High Bluff Dr 3rd St
San Diego, CA 92130-3051

Rochelle A Herzog
15821 Ventura Blvd Ste 515
Encino, CA 91436

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1

| In re: Namco Capital Group, Inc. | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 08-32333-BR |

Afshin Youssefyeh
1875 Century Park East
Ste 1490
Los Angeles, CA 90067

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 24, 2009 | Diana Paik | /s/ Diana Paik |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

**F 9013-3.1**