Richard M. Pachulski (CA Bar No. 90073)
Malhar S. Pagay (CA Bar No. 189289)
Scotta E. McFarland (CA Bar No. 165391)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California  90067-4100
Telephone: 310/277-6910
Facsimile:  310/201-0760
E-mail:rpachulski@pszjlaw.com
        mpagay@pszjlaw.com
        smcfarland@pszjlaw.com

Special Counsel for R. Todd Neilson, Chapter 11 Trustee
for Ezri Namvar

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No.: 2:08-bk-32349-BR |
| | Chapter 11 |
| EZRI NAMVAR, an individual, | |
| Debtor. | **NOTICE OF FILING AND SERVICE OF NOTICE TO COUNTERPARTIES TO EXECUTORY CONTRACTS OR UNEXPIRED LEASES WHICH DEBTORS MAY SEEK TO ASSUME AND ASSIGN RE SALE OF THE LAND AND BUILDING LOCATED AT WILSHIRE BUNDY PLAZA** |

Attached is the *Notice to Counterparties to Executory Contracts or Unexpired Leases Which Debtors May Seek to Assume and Assign re Sale of the Land and Building Located at Wilshire Bundy Plaza* that was served on the counterparties to the Selected Contracts and Leases as that term is defined in the *Notice of Joint Motion and Joint Motion of Debtors and Chapter 11 Trustee for Order (a) Approving the Sale of the Land and Building Located at Wilshire Bundy Plaza Free and Clear of Certain Liens, Claims, Interests, and Encumbrances; (b) Authorizing Distribution of the Sale Proceeds to the Trustee; (c) Authorizing the Trustee to Pay Certain Costs of Sale and Commission; (d) Authorizing the Assumption and Assignment of Contracts and Leases; and (e) Granting Related Relief; Memorandum of Points and Authorities; Declarations of R. Todd Neilson,*

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

59918-002\DOCS_LA:219189.1

1    *Louis A. Cicalese and Bob Safai in Support Thereof).*

2    Dated:    April 30, 2010                    PACHULSKI STANG ZIEHL & JONES LLP

3

4                                        By    */s/ Scotta E. McFarland*
                                            Richard M. Pachulski (CA Bar No. 90073)
5                                            Malhar S. Pagay (CA Bar No. 189289)
                                            Scotta E. McFarland (CA Bar No. 165391)

6                                            Special Counsel for R. Todd Neilson,
7                                            Chapter 11 Trustee for Ezri Namvar

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

Richard M. Pachulski (CA Bar No. 90073)
Malhar S. Pagay (CA Bar No. 189289)
Scotta E. McFarland (CA Bar No. 165391)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California  90067
Telephone: 310/277-6910
Facsimile:  310-201-0760

E-mail:rpachulski@pszjlaw.com
        mpagay@pszjlaw.com
        smcfarland@pszjlaw.com

Special Counsel for R. Todd Neilson, Chapter 11 Trustee
for Ezri Namvar

Pachulski Stang Ziehl & Jones LLP
Attorneys at Law
Los Angeles, California

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

| | |
|---|---|
| In re: | Case No.:  2:08-32349-BR |
| EZRI NAMVAR, | Chapter 11 |
| Debtor. | |
| In re | Case No.:  2:10-22149-BR |
| BUNDY DIMES, LLC, | Chapter 11 |
| Debtor. | |
| In re | Case No.:  2:10-22370-BR |
| MISSION REAL ASSOCIATES, LLC, | Chapter 11 |
| Debtor. | |
| In re | Case No.:  2:10-22153-BR |
| BUNWIL CAPITAL, LLC, | Chapter 11 |
| Debtor. | **NOTICE TO COUNTERPARTIES TO EXECUTORY CONTRACTS OR UNEXPIRED LEASES WHICH DEBTORS MAY SEEK TO ASSUME AND ASSIGN RE SALE OF THE LAND AND BUILDING LOCATED AT WILSHIRE BUNDY PLAZA** |

<u>Sale Approval Hearing</u>
Date:      May 12, 2010
Time:      10: a.m.
Place:     Courtroom 1668
           255 E. Temple Street
           Los Angeles, California  90012
Judge:     Hon. Barry Russell

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1    **PLEASE TAKE NOTICE THAT** on April 8, 2010, R. Todd Neilson, Chapter 11 Trustee

2    for Ezri Namvar (the "Trustee"), filed the *Joint Motion of Debtors and Chapter 11 Trustee for Order*

3    *(a) Approving Sale Procedures and Bid Protections, Including Break-Up Fee and Contingent*

4    *Expense Reimbursement, in Connection with the Sale of the Land and Building Located at Wilshire*

5    *Bundy Plaza; (b) Scheduling an Auction and a Hearing to Consider Approval of Sale; (c) Approving*

6    *Notice of Auction and Hearing on Approval of Sale; (d) Approving the Purchase and Sale*

7    *Agreement with the Stalking Horse Bidder; (e) Approving the Procedures for the Assumption and*

8    *Assignment of Leases and Contacts; and (f) Granting Related Relief* (the "Sale Procedures Motion").

9    On April 6, 2010, the United States Bankruptcy Court for the Central District of California, Los

10   Angeles Division (the "Bankruptcy Court") entered its order (the "Sale Procedures Order"), which

11   approved the Sale Procedures Motion.  On April 6, 2010 and April 7, 2010, the Bankruptcy Court

12   entered orders in the chapter 11 cases of Bundy Dimes, LLC ("Dimes"), Bunwil Capital, LLC

13   ("Bunwil"), and Mission Real, LLC ("Mission") (collectively the "Debtors") ratifying the Sale

14   Procedures.  A copy of the Sale Procedures Order is attached hereto.  All capitalized terms not

15   defined herein shall have the meaning ascribed to them in the Sale Procedures Order or the Sale

16   Procedures Motion, as applicable.

17        You may obtain a copy of the Sales Procedures Order, the related Notice of Auction and Sale

18   Hearing and by contacting special counsel for the Trustee by mail at Pachulski Stang Ziehl & Jones

19   LLP, 10100 Santa Monica Blvd., 11th Floor, Los Angeles, California 90067, Attn: Malhar S. Pagay

20   or by email at mpagay@pszjlaw.com.

21        **PLEASE TAKE FURTHER NOTICE** that on **May 11, 2010, at 10:00 a.m. Pacific time**,

22   the Trustee and the Debtors plan to conduct an auction (the "Auction") with respect to the sale of the

23   Property.  The Auction will be governed by the terms and conditions of the Sale Procedures.

24        **PLEASE TAKE FURTHER NOTICE** that, the Trustee filed a motion in the Namvar

25   chapter 11 case and the Debtors' filed motions in their respective chapter 11 cases, and have

26   commenced other proceedings (collectively, the "Sale Motions") requesting that the Bankruptcy

27   Court enter orders, among other things, approving the sale of the Property free and clear of all liens,

28   claims, interests and encumbrances (including co-ownership interests), excluding the liens of the

Assumable Financing Lenders, pursuant to sections 363(b), (f) and (h) (except as may be specifically set forth in the PSA or other approved purchase and sale agreement) to the Successful Bidder (or, if applicable, the Back-Up Bidder) and approve the assumption and assignment of the Selected Contracts and Leases.  A hearing will be held to confirm the results of the Auction and approve the sale of the Property to the Successful Bidder or the Back-Up Bidder (as the case may be) (the "Sale Hearing"), before the Honorable Barry Russell, United States Bankruptcy Judge, on **May 12, 2010 at 10:a.m. (Pacific),** in Courtroom 1668, 255 E. Temple Street, Los Angeles, California 90067, or at such time thereafter as counsel may be heard.  The sale of the Property is subject to, among other things, the entry of an order of the Bankruptcy Court approving same.  The Sale Hearing may be adjourned from time to time without further notice to creditors or parties in interest other than by announcement of the adjournment in open court or on the Court's calendar on the date scheduled for the Sale Hearing or any adjourned date.  You may obtain a copy of the Sale Motions by contacting special counsel for the Trustee by mail at Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., 11th Floor, Los Angeles, California 90067, Attn: Malhar S. Pagay or by email at mpagay@pszjlaw.com.

**PLEASE TAKE FURTHER NOTICE** that if you are a counterparty to any of the executory contracts or unexpired leases (collectively, the "Selected Contracts and Leases" and individually, an "Selected Contract or Lease") included in the schedule attached hereto as **Exhibit "A"** (the "Cure Schedule") then the Trustee and the Debtors may seek to have such Selected Contract or Lease assigned to the Successful Bidder (or, if applicable, the Back-Up Bidder) in connection with the sale of the Property.  The Trustee and the Debtors reserve the right to decline to assume and assign any Selected Contract or Lease listed on the Cure Schedule up to the time of the closing of the sale.  Additionally, the Trustee and the Debtors reserve the right to identify additional contracts or leases for assumption and assignment by serving one or more supplemental cure notices on counterparties to any such contracts or leases.

**PLEASE TAKE FURTHER NOTICE** that the amount shown on the attached **Exhibit "A"** as the "Cure Amount" for the corresponding Selected Contract or Lease is the amount that the Trustee and the Debtors assert is required to be paid to the counterparty under the applicable

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1    Selected Contract or Lease to cure any defaults or compensate such counterparty for any pecuniary

2    losses resulting from any defaults under the applicable Selected Contract or Lease as required by

3    section 365(b) of the Bankruptcy Code.

4        **PLEASE TAKE FURTHER NOTICE** that unless an objection to the Cure Amount set

5    forth on the Cure Schedule with respect to a particular Selected Contract or Lease is filed prior to the

6    Objection Deadline (defned below), the payment to the applicable counterparty of such Cure

7    Amount at the time of the assumption and assignment of the applicable Selected Contract or Lease

8    (or promptly thereafter) shall be deemed to cure any and all monetary defaults under the applicable

9    unexpired lease as of the date hereof.

10       **PLEASE TAKE FURTHER NOTICE** that, pursuant to section 365(k) of the Bankruptcy

11   Code, upon assignment of each Selected Contract or Lease, the Debtors (and their estates) that is

12   party thereto shall be relieved from any liability for any breach of such Selected Contract or Lease

13   occurring after the effectiveness of such assignment.

14       **PLEASE TAKE FURTHER NOTICE** that any objection to the Cure Amount applicable to

15   an Selected Contract or Lease or to the assumption and assignment of such Selected Contract or

16   Lease (other than with respect to adequate assurance of future performance by any Successful Bidder

17   other than the Stalking Horse Bidder) must be filed with the Bankruptcy Court on or before **May 4,**

18   **2010** (such date being the "Objection Deadline"), and shall be served so as to be received by that

19   same date and time on: (i) the Trustee's special counsel – Pachulski Stang Ziehl & Jones LLP, 10100

20   Santa Monica Blvd., 11th Floor, Los Angeles, CA 90067-1225, Attn: Malhar S. Pagay, Esq., fax

21   (310) 201-0760, e-mail:  mpagay@pszjlaw.com; (ii) counsel to the Property Owner debtors; (iii)

22   counsel to the official committee of unsecured creditors of Ezri Namvar; and (iv) the Office of the

23   United States Trustee.

24       **PLEASE TAKE FURTHER NOTICE** that an objection to the assumption and assignment

25   of a Selected Contract and Lease with respect to adequate assurance of future performance by any

26   Successful Bidder other than the Stalking Horse Bidder may be filed and served as set forth above at

27   any time prior to the Sale Hearing or raised orally at the Sale Hearing.

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

**PLEASE TAKE FURTHER NOTICE** that any such objection must set forth a specific

default in any Selected Contract and Lease, if any, and set forth the specific monetary amount

asserted that differs from the Cure Amount specified in the Cure Schedule or, alternatively, it must

state why the counterparty believes any Cure Amount is owing and state the basis for any other

objection to the assumption and assignment of the Selected Contract and Lease (other than with

respect to adequate assurance of future performance for any Successful Bidder other than the

Stalking Horse Bidder).  If an objection is filed, such objection will be entertained by the Court at

the Sale Hearing.


Dated:    April 28, 2010                              PACHULSKI STANG ZIEHL & JONES LLP


                                                     By    _/s/ Malhar S. Pagay_
                                                           Richard M. Pachulski (CA Bar No. 90073)
                                                           Malhar S. Pagay (CA Bar No. 189289)
                                                           Scotta E. McFarland (CA Bar No. 165391)

                                                           Special Counsel for R. Todd Neilson,
                                                           Chapter 11 Trustee for Ezri Namvar

# EXHIBIT A

**Executory Contracts and Unexpired Lease Counterparties to be Assumed and Assigned re Bundy Dimes, Mission Real and Bunwil**

| Lease and Contract Description | Name and Address of Tenant | Cure Amount |
|---|---|---|
| Office Lease dated August 18, 2000, as amended | D.L. Ryan Companies, Ltd.<br>50 Danbury Road<br>P.O. Box 800<br>Wilton, CT  06897-0800<br>Attn:  E.W. Hallinan<br><br>With a copy to:<br><br>Wake, See, Dimes & Bryniczka<br>27 Imperial Avenue<br>Westport, CT  06880<br>Attn:  Jacob P. Bryniczka | $0.00 |
| Sublease and Consent dated March, 2009 | Bridgepoint Construction Services, Inc.<br>12121 Wilshire Blvd., Suite 214<br>Los Angeles, CA 90025 | |
| Office Lease dated December 15, 1993<br><br>Office Lease dated May 14, 1997, as amended | Morteza Aliashrafi, an individual<br>12121 Wilshire Blvd., Suite 104<br>Los Angeles, CA  90025<br><br>and<br><br>PCC Corporation<br>Attn:  Morteza Aliashrafi, CEO<br>12121 Wilshire Blvd., Suite 104<br>Los Angeles, CA  90025 | $0.00 |
| Office Lease dated January 1, 2004 | Hilda Bayanfar, D.B.A. State Farm Insurance<br>12121 Wilshire Blvd., Suite 108<br>Los Angeles, CA  90025<br>Attn:  Hilda Bayanfar | $0.00 |
| Office Lease dated May 1, 2008 | David Tabibian, an individual<br>12121 Wilshire Blvd., Suite 110<br>Los Angeles, CA  90025 | $0.00 |
| Office Lease dated June 5, 2009 | Morteza Aliashrafi, an individual<br>12121 Wilshire Blvd., Suite 104<br>Los Angeles, CA  90025 | $0.00 |

| | | |
|---|---|---|
| Office Lease dated June 26, 1995<br><br>Office Lease dated September 1, 1997, as amended<br><br>Office Lease dated June 22, 2007, as clarified | Shaub & Williams, LLP<br>12121 Wilshire Blvd., Suite 205<br>Los Angeles, CA  90025 | $0.00 |
| Office Lease dated June, 1999, as amended | Dan Brussell d/b/a Westcoast Collection Inc.<br>12121 Wilshire Blvd., Suite 202<br>Los Angeles, CA  90025 | $0.00 |
| Office Lease dated August 23, 2005 | Sasan Kohan<br>12121 Wilshire Blvd., Suite 203<br>Los Angeles, CA  90025 | $0.00 |
| Office Lease dated December 2, 1994<br><br>Office Lease dated April 1, 1998, as amended | CEL & Associates, Inc.<br>12121 Wilshire Blvd., Suite 505<br>Los Angeles, CA  90025<br>Attention:  Mr. Chris Lee | $0.00 |
| Office Lease dated June 16, 2005 | Southland Realty Advisors, Inc.<br>12121 Wilshire Blvd., Suite 206<br>Los Angeles, CA  90025 | $0.00 |
| Office Lease dated November 24, 2008 | Integrated Corporate Relations, Inc.<br>12121 Wilshire Blvd., Suite 300<br>Los Angeles, CA  90025 | $0.00 |
| Office Lease dated October 2, 1991, as amended<br><br>Office Lease dated December 10, 2007, as amended | Jalmar Properties, Inc.<br>12121 Wilshire Blvd., Suite 301<br>Los Angeles, CA  90025 | $0.00 |
| Office Lease dated April 14, 2005 | Fusion Public Relation<br>12121 Wilshire Blvd., Suite 303<br>Los Angeles, CA 90025 | $0.00 |
| Office Lease dated March 14, 2008 | Bensym, Inc.<br>12121 Wilshire Blvd., Suite 310<br>Los Angeles, CA  90025 | $0.00 |
| Office Lease dated January 27, 2004, as amended | Accelerize Mew Media Inc.<br>12121 Wilshire Blvd., Suite 322<br>Los Angeles, CA 90025 | $0.00 |

| | | | |
|---|---|---|---|
| Lease and Lease Assumption dated December 15, 2003<br><br>Supplemental Lease Agreement dated July 6, 2004 | U.S. General Services Administration West Los Angeles Field Office 9PLE Real Estate Division 1100 Wilshire Blvd., Suite 7100 Los Angeles, CA  90024<br><br>and<br><br>GSA 12121 Wilshire Blvd., Suite 400 Los Angeles, CA  90025 | | $0.00 |
| Office Lease dated March 17, 1995, as amended | Eric R. Steinwald Accountance Corporation Wilshire Bundy Plaza 12121 Wilshire Blvd., Suite 501 Los Angeles, CA  90025 | | $0.00 |
| Office Lease dated July 17, 2006 | Frank Foroutan Insurance Agency, Inc. 12121 Wilshire Blvd., Suite 504 Los Angeles, CA  90025 | | $0.00 |
| Office Lease dated March 23, 2000, as amended | Institute of Contemporary Psychoanalysis 12121 Wilshire Blvd., Suite 505 Los Angeles, CA  90025 | | $0.00 |
| Office Lease dated February 8, 1995<br><br>Office Lease dated May 5, 1998<br><br>Office Lease dated December, 1999, as amended | David Wang Co-Trustee of the MacDonald Living Trust 12121 Wilshire Blvd., Suite 510 Los Angeles, CA  90025 | | $0.00 |
| Office Lease dated October 28, 2009 | Namco Insurance Services, Inc. 12121 Wilshire Blvd., Suite 555 Los Angeles, CA  90025 | | $0.00 |
| Office Lease dated March 23, 2000, as amended | Saltzburg, Ray & Bergman, LLP 12121 Wilshire Blvd., Suite 600 Los Angeles, CA  90025 | | $0.00 |
| Office Lease dated October 19, 2001, as amended | The Doctor's Company 12121 Wilshire Blvd., Suite 601 Los Angeles, CA  90025 | | $0.00 |
| Office Lease dated August 4, 2000, as amended | Fossil Partners, L.P. 12121 Wilshire Blvd., Suite 610 Los Angeles, CA  90025 | | $0.00 |
| Office Lease dated September 19, 2005, as amended | Round Trip, LLC 12121 Wilshire Blvd., Suite 700 Los Angeles, CA  90025 | | $0.00 |

| | | |
|---|---|---|
| Office Lease dated June 15, 2006<br><br>Termination Agreement dated February 26, 2010<br><br>Lease Agreement dated February 26, 2010 | Financial Specialists, Inc.<br>12121 Wilshire Blvd., Suite 725<br>Los Angeles, CA  90025 | $0.00 |
| Office Lease dated October 26, 2005 | Constituents Direct, Inc.<br>12121 Wilshire Blvd., Suite 750<br>Los Angeles, CA  90025 | $0.00 |
| Office Lease dated March 15, 2007<br><br><br>Sublease dated July 3, 2007<br><br><br>Sublease dated July 2, 2007 | Graves Law Office, P.C.<br>12121 Wilshire Blvd., Suite 775<br>Los Angeles, CA  90025<br>Attn:  Philip Graves<br><br>Jonathan M. Levitan<br>12121 Wilshire Blvd., Suite 775<br>Los Angeles, CA  90025<br><br>Murry M. Sinclair<br>12121 Wilshire Blvd., Suite 775<br>Los Angeles, CA 90025 | $0.00 |
| Office Lease dated November 12, 1997, as amended | Don Burris<br>12121 Wilshire Blvd., Suite 800<br>Los Angeles, CA  90025 | $0.00 |
| Office Lease dated June 16, 2005, as amended | Trope & Trope<br>12121 Wilshire Blvd., Suite 801<br>Los Angeles, CA  90025<br>Attention:  Sorrell Trope | $0.00 |
| Office Lease dated February 14, 1997, as amended | Brown & Weston, Inc. dba Suite 900 Company<br>12121 Wilshire Blvd., Suite 900<br>Los Angeles, CA  90025 | $0.00 |
| Office Lease dated November 16, 1999, as amended | Space Computer Corporation<br>12121 Wilshire Blvd., Suite 910, 925, 950<br>Los Angeles, CA  90025<br>Attention:  Mr. William B. Kendall | $0.00 |
| Office Lease dated March 12, 1999, as amended | Madison Partners<br>12121 Wilshire Blvd., Suite 959<br>Los Angeles, CA  90025 | $0.00 |

| | | |
|---|---|---|
| Office Lease dated May 16, 2001, as amended | Business Wire, a Corporation<br>44 Montgomery Street<br>San Francisco, CA  94104<br>Attention:  Corporate Administrative Manager<br><br>and<br><br>Business Wire, a Corportion<br>12121 Wilshire Blvd., Suite 1000.<br>Los Angeles, CA  90025 | $0.00 |
| Office Lease dated March 7, 2006 | Advanced Skin & Hair Inc.<br>12121 Wilshire Blvd., Suite 1012<br>Los Angeles, CA  90025 | $0.00 |
| Office Lease dated August 17, 2005, as amended | Kenneth Scopp and Sy Lippman<br>12121 Wilshire Blvd., Suite 1100<br>Los Angeles, CA  90025 | $0.00 |
| Office Lease dated May 25, 1999, as amended | Mr. Pat Vastano<br>Vastano & Angarella, LLP<br>12121 Wilshire Blvd., Suite 1103<br>Los Angeles, CA  90025 | $0.00 |
| Office Lease dated January 14, 2005, as amended | Frontier Dental Management Co., Inc.<br>12121 Wilshire Blvd., Suite 1111<br>Los Angeles, CA  90025 | $0.00 |
| Office Leased dated April 2, 2009 | ProElite, Inc.<br>12121 Wilshire Blvd., Suite 1112<br>Los Angeles, CA  90025<br>Attention:  Dale Bolen, Chief Financial Officer | $0.00 |
| Office Lease dated November 27, 2000, as amended | Werner Publishing Corporation<br>12121 Wilshire Blvd., Suite 1200 & Suite 1240<br>Los Angeles, CA  90025<br>Attention:  Lynne Irvine | $0.00 |
| Office Lease dated April 30, 1991<br><br>Assignment and Assumption of Lease dated July, 2008<br><br>Consent to Assignment of Lease dated September 23, 2009 | Squar, Milner, Peterson, Miranda & Williamson, LLP<br>12121 Wilshire Blvd., Suite 1221<br>Los Angeles, CA  90025<br><br>and<br><br>Squar, Milner, Peterson, Miranda & Williamson, LLP<br>4100 Newport Place Dr.<br>3rd Floor<br>Newport Beach, CA 92660 | $0.00 |

| Office Lease dated February 11, 2006 | Madison Marquette Retail Services, Inc. 12121 Wilshire Blvd., Suite 1300 Los Angeles, CA  90025 Attention:  Ana Neidlinger<br><br>With a copy to:<br><br>Madison Marquette 1850 M Street, N.W. 12th Floor Washington, D.C.  20036 Attention:  Paul Andrews, CFO<br><br>And<br><br>Madison Marquette Retail Services, Inc. 660 Davis Street San Francisco, CA  94111 Attn:  Shari Walker, President | $0.00 |
| Office Lease dated September 28, 2005 | Lerman Pointer & Clarkson LLP 12121 Wilshire Blvd., Suite 1325 Los Angeles, CA  90025 Attention:  Office Manager | $0.00 |

| | | |
|---|---|---|
| Sublease Agreement dated December 4, 2008<br><br>Consent to Sublease Agreement dated December 4, 2008 | Madison Marquette Retail Services, Inc.<br>2001 Pennsylvania Avenue, NW, Suite 1000<br>Washington, DC  20006<br>Attention:  CFO<br><br>With a copy to:<br><br>Madison Marquette Retail Services, Inc.<br>909 Montgomery Street, Suite 200<br>San Francisco, CA  94133<br>Attention:  President<br><br>With a copy to:<br><br>Thompson Hine LLP<br>1920 N. St., N.W., Suite 800<br>Washington, DC  20036<br>Attention:  Bruce G. Hopkins, Esq.<br><br>If to Sublessee:<br><br>Roseman & Associates<br>Weintraub & Selth<br>12121 Wilshire Blvd., Suite 13th Floor<br>Los Angeles, CA  90025<br>Attention:  Steven Roseman | $0.00 |
| Office Lease dated October 14, 2009 | National Bank of California<br>12121 Wilshire Blvd., Suite 1400<br>Los Angeles, CA  90025 | $0.00 |
| Telecommunications Lease Agreement dated January 2, 2003 | Cypress Communications, Inc.<br>15 Piedmont Center, Suite 100<br>Atlanta, GA  30305<br>Attention:  Legal Department<br><br>With a copy to:<br><br>Smith, Gambrell & Russell LLP<br>Suite 3100, Promenade II<br>1230 Peachtree Street, NW<br>Atlanta, GA  30309-3592<br>Attention:  Bruce W. Moorhead, Jr., Esq. | $0.00 |

| | | |
|---|---|---|
| Lease dated January 1, 2003, as amended | Standard Parking<br>707 Wilshire Boulevard, 35th Floor<br>Los Angeles, CA  90071-3501<br>Attn:  Dale Stark<br><br>With a copy to:<br><br>Standard Parking<br>900 N. Michigan Avenue, Suite 1600<br>Chicago, IL  60611<br>Attn:  Michael K. Wolf | $0.00 |
| Elevator Maintenance Agreement | Schindler Plus<br>Schindler Elevator Corporation<br>16450 Foothill Blvd., Suite 200<br>Sylmar, CA  91342-1036 | $0.00 |
| Ground Lease | Wilbun 7, LLC<br>Civic Palm, LLC<br>Wilshire Bundy Holdings, LLC<br>12121 Wilshire Blvd., Suite 200<br>Los Angeles, CA  90025 | $0.00 |

| In re:<br><br>EZRI NAMVAR, an individual,<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER:  2-08-bk-32349-BR |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: **10100 Santa Monica Boulevard, 11th Floor, Los Angeles, CA  90067**

A true and correct copy of the foregoing document described ***NOTICE OF FILING AND SERVICE OF NOTICE TO COUNTERPARTIES TO EXECUTORY CONTRACTS OR UNEXPIRED LEASES WHICH DEBTORS MAY SEEK TO ASSUME AND ASSIGN RE SALE OF THE LAND AND BUILDING LOCATED AT WILSHIRE BUNDY PLAZA*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **April 30, 2010** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒  Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **April 30 2010** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

By Personal Delivery
Honorable Barry Russell
United States Bankruptcy Court
Central District of California
255 E. Temple Street, Suite 1660
Los Angeles, CA 90012

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 30, 2010 | Myra Kulick | */s/ Myra Kulick* |
| --- | --- | --- |
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

| In re:<br><br>EZRI NAMVAR, an individual,<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER:  2-08-bk-32349-BR |
| --- | --- |

## I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")

Theresa W Bangert on behalf of Creditor Inland Mortgage Capital Corporation
tbangert@sheppardmullin.com

William Bates on behalf of Creditor DB Private Wealth Mortgage Ltd.
bill.bates@bingham.com

Richard T Baum on behalf of Creditor BH Commercial Capital, Inc.
rickbaum@hotmail.com, rickbaum@hotmail.com

Michael Jay Berger on behalf of Interested Party Courtesy NEF
michael.berger@bankruptcypower.com,
michael.berger@bankruptcypower.com;cristina.frankian@bankruptcypower.com

Stephen F Biegenzahn on behalf of Debtor Ezri Namvar
efile@sfblaw.com

Gillian N Brown on behalf of Interested Party Bradley D. Sharp, Chapter 11 Trustee for Namco Capital Group,
Inc.
gbrown@pszjlaw.com, gbrown@pszjlaw.com

J Sheldon Capeloto on behalf of Interested Party Courtesy NEF
jcapeloto@capelotolaw.com

Candace Carlyon on behalf of Creditor Community Bank of Nevada
ccarlyon@sheacarlyon.com

Jeffrey D Cawdrey on behalf of Interested Party Garrison Credit Investments I, LLC
jcawdrey@gordonrees.com, ebjorquez@gordonrees.com

Russell Clementson on behalf of U.S. Trustee United States Trustee (LA)
russell.clementson@usdoj.gov

Yona Conzevoy on behalf of Interested Party Informal Credit Group of Namco and Namvar
yconzevoy@dwclaw.com

Dawn M Coulson on behalf of Interested Party Courtesy NEF
dcoulson@swjlaw.com

Ashleigh A Danker on behalf of Creditor Solomon Rastegar
adanker@kayescholer.com

Brian L Davidoff on behalf of Creditor Mousa Namvar
bdavidoff@rutterhobbs.com, calendar@rutterhobbs.com;jreinglass@rutterhobbs.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                          **F 9013-3.1**

| In re:<br><br>EZRI NAMVAR, an individual,<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER: 2-08-bk-32349-BR |
| --- | --- |

Melissa Davis on behalf of Creditor Committee Official Committee of Unsecured Creditors
mdavis@shbllp.com

Richard K Diamond on behalf of Attorney Danning Gill Diamond & Kollitz
jlv@dgdk.com, rdiamond@ecf.epiqsystems.com

Richard K Diamond on behalf of Trustee R. Todd Neilson
rdiamond@dgdk.com

Caroline Djang on behalf of Interested Party Courtesy NEF
crd@jmbm.com

Joseph A Eisenberg on behalf of Interested Party Courtesy NEF
jae@jmbm.com

Michael G Fletcher on behalf of Creditor Carhay Bank
mfletcher@frandzel.com, efiling@frandzel.com;shom@frandzel.com

Alan W Forsley on behalf of Creditor David Zadeh
awf@fredmanlieberman.com, awf@fkllawfirm.com

Heather Fowler on behalf of Interested Party Courtesy NEF
heather.fowler@lw.com, colleen.rico@lw.com

Jon H Freis on behalf of Interested Party Courtesy NEF
jon@jhflaw.net

Sandford Frey on behalf of Creditor Committee Official Unsecured Creditors' Committee of Namco Capital
Group, Inc.
Sfrey@cmkllp.com

Philip A Gasteier on behalf of Interested Party Courtesy NEF
pag@lnbrb.com

Barry S Glaser on behalf of Creditor Paradigm Tax Group, LLC
bglaser@swjlaw.com

Jeffrey I Golden on behalf of Creditor Roya Boucherian
jgolden@wgllp.com

David Gould on behalf of Interested Party Courtesy NEF
dgould@davidgouldlaw.com

Jeffery D Hermann on behalf of Interested Party Courtesy NEF
jhermann@orrick.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                   **F 9013-3.1**

| In re:<br><br>EZRI NAMVAR, an individual,<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER:  2-08-bk-32349-BR |
|---|---|

Michael J Heyman on behalf of Interested Party Delson Brown Properties, LLC
michael.heyman@klgates.com

Kimberly D Howatt on behalf of Interested Party Garrison Credit Investments I, LLC
khowatt@gordonrees.com

William W Huckins on behalf of Creditor Robert Hanasab
whuckins@allenmatkins.com, clynch@allenmatkins.com

Eric P Israel on behalf of Trustee R. Todd Neilson
eisrael@dgdk.com

Seymone Javaherian on behalf of Interested Party Courtesy NEF
sj@javlaw.com

Ira Benjamin Katz on behalf of Interested Party Courtesy NEF
Ikatz@katzlaw.net

George H Kim on behalf of Interested Party Courtesy NEF
george@gkimlaw.com

Benjamin R King on behalf of Plaintiff Gordon Karsin
bking@loeb.com, kpresson@loeb.com

Stuart I Koenig on behalf of Creditor Committee Official Unsecured Creditors' Committee of Namco Capital Group, Inc.
Skoenig@cmkllp.com

John P Kreis on behalf of Creditor DAN SHAVOLIAN
jkreis@attglobal.net

Jeffrey A Krieger on behalf of Creditor Starpoint Properties, LLC
jkrieger@ggfirm.com

Joseph W Kruchek on behalf of Creditor MidFirst Bank
joe.kruchek@kutakrock.com

Pamela Labruyere on behalf of Interested Party Courtesy NEF
pamela@sgsslaw.com

Jennifer Leland on behalf of Debtor Ezri Namvar
jleland@pwkllp.com

John T Madden on behalf of Creditor Roya Boucherian
jmadden@wgllp.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                          **F 9013-3.1**

| In re:<br><br>EZRI NAMVAR, an individual,<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER:  2-08-bk-32349-BR |
|---|---|

Ron Maroko on behalf of U.S. Trustee United States Trustee (LA)
ron.maroko@usdoj.gov

Elmer D Martin on behalf of Interested Party Courtesy NEF
elmermartin@msn.com

Scotta E McFarland on behalf of Trustee R. Todd Neilson
smcfarland@pszjlaw.com, smcfarland@pszjlaw.com

David W. Meadows on behalf of Interested Party Courtesy NEF
david@davidwmeadowslaw.com

Hal M Mersel on behalf of Creditor Wells Fargo Bank, N.A., as Trustee for the Registered Holders of
J.P.Morgan Chase Commercial Mortgage Securities Corp., Commercial Mortgage Pass-Through Certificates,
Series 2006-LDP7
mark.mersel@bryancave.com

Elissa Miller on behalf of Creditor Bijan Kianmahd
emiller@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com

Susan I Montgomery on behalf of Interested Party Susan Montgomery
susan@simontgomerylaw.com

Monserrat Morales on behalf of Debtor Ezri Namvar
mmorales@pwkllp.com

Randall P Mroczynski on behalf of Creditor Daimler Trust
randym@cookseylaw.com

R. Todd Neilson
tneilson@ecf.epiqsystems.com, vdoran@lecg.com;sgreenan@lecg.com

David Norouzi on behalf of Interested Party Courtesy NEF
david@norouzi.us

Scott H Noskin on behalf of Creditor John Shayefar
snoskin@mirmanbubman.com

William Novotny on behalf of Creditor MARISCAL WEEKS McINTYRE & FRIEDLANDER PA
william.novotny@mwmf.com

Walter K Oetzell on behalf of Plaintiff R. Neilson
woetzell@dgdk.com

Sam S Oh on behalf of Interested Party Courtesy NEF
sam.oh@limruger.com, julie.yu@limruger.com;amy.lee@limruger.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                           **F 9013-3.1**

| In re:                          | CHAPTER 11                        |
|                                 |                                   |
| EZRI NAMVAR, an individual,     | CASE NUMBER:  2-08-bk-32349-BR     |
|                       Debtor(s).|                                   |

Malhar S Pagay on behalf of Trustee R. Todd Neilson
mpagay@pszjlaw.com, mpagay@pszjlaw.com

Jenny Y Park Garner on behalf of Interested Party Courtesy NEF
jpark@sheppardmullin.com

Lawrence Peitzman on behalf of Interested Party Courtesy NEF
lpeitzman@pwkllp.com

Leo D Plotkin on behalf of Creditor David and Mojgan York
lplotkin@lsl-la.com, dsmall@lsl-la.com

David M Poitras on behalf of Interested Party Bradley D. Sharp, Chapter 11 Trustee for Namco Capital Group, Inc.
dpoitras@jmbm.com

Samuel Price on behalf of Creditor Arizona Tempe Town Lake, LLC
sprice@donahoeyoung.com

Uzzi O Raanan on behalf of Trustee R. Todd Neilson
uor@dgdk.com

Christopher S Reeder on behalf of Creditor Homayoun Namvar
creeder@reederlugreen.com

Leslie T Riansanovsky on behalf of Creditor Federal Deposit Insurance Corporation, as receiver of Community Bank of Nevada
lr@gallagherandmoore.com

Jeremy E Rosenthal on behalf of Creditor REB Malibu, LLC
jrosenthal@sidley.com

Allan D Sarver on behalf of Interested Party Courtesy NEF
ADSarver@aol.com

Benjamin Seigel on behalf of Petitioning Creditor Abraham Assil
bseigel@buchalter.com, IFS_filing@buchalter.com

David B Shemano on behalf of Debtor Ezri Namvar
dshemano@pwkllp.com

Leonard M Shulman on behalf of Creditor Committee Official Committee of Unsecured Creditors
lshulman@shbllp.com

Ryan J Stonerock on behalf of Interested Party Courtesy NEF

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                          **F 9013-3.1**

| In re:<br><br>EZRI NAMVAR, an individual,<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER:  2-08-bk-32349-BR |
| --- | --- |

rstonerock@wrslawyers.com

Nico N Tabibi on behalf of Interested Party Courtesy NEF
nico@tabibilaw.com

Sam Tabibian on behalf of Interested Party Courtesy NEF
sam.tabibian@gmail.com

Derrick Talerico on behalf of Interested Party Derrick Talerico
dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com

David A Tilem on behalf of Non-Filing Spouse Ilana Namvar
davidtilem@tilemlaw.com,
malissamurguia@tilemlaw.com;marcycarman@tilemlaw.com;ldiaz@tilemlaw.com;dianachau@tilemlaw.com;k
mishigian@tilemlaw.com

Alan G Tippie on behalf of Interested Party Courtesy NEF
atippie@sulmeyerlaw.com, jbartlett@sulmeyerlaw.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Howard J Weg on behalf of Debtor Ezri Namvar
hweg@pwkllp.com

Michael H Weiss on behalf of Interested Party HEIDE KURTZ
mw@weissandspees.com, lm@weissandspees.com;jb@weissandspees.com

Kimberly S Winick on behalf of Interested Party Courtesy NEF
kwinick@clarktrev.com

Rebecca J Winthrop on behalf of Interested Party Jeffry Belle
winthropr@ballardspahr.com

David M Wiseblood on behalf of Creditor BankFirst
dwiseblood@seyfarth.com

Beth Ann R Young on behalf of Creditor Artech Properties, LLC
bry@lnbrb.com

Afshin Youssefyeh on behalf of Creditor Jack & Gitta Nagel Foundation
ady@adylaw.com

Dean A Ziehl on behalf of Trustee R. Todd Neilson
dziehl@pszjlaw.com, dziehl@pszjlaw.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

_January 2009_                                                                                                         **F 9013-3.1**