Richard M. Pachulski (CA Bar No. 90073)
Dean A. Ziehl (CA Bar No. 84529)
Stanley E. Goldich (CA Bar No. 92659)
Robert B. Orgel (CA Bar No. 101875)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067
Telephone: 310-277-6910
Facsimile: 310-201-0760

E-mail: rpachulski@pszjlaw.com
dziehl@pszjlaw.com
sgoldich@pszjlaw.com
rorgel@pszjlaw.com

Special Counsel for R. Todd Neilson, Chapter 11 Trustee
for Ezri Namvar and Proposed Joint Special Counsel for
Chapter 11 Trustee for Ezri Namvar and Bradley D. Sharp
Chapter 11 Trustee for Namco Capital Group, Inc.

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>EZRI NAMVAR, an individual,<br><br>                Debtor. | Case No.: 2:08-bk-32333-BR<br><br>Chapter 11<br><br>**NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 2014-1(B) OF SUBMISSION OF:**<br><br>**SUPPLEMENTAL APPLICATION OF THE CHAPTER 11 TRUSTEE FOR EZRI NAMVAR FOR ORDER: EXPANDING THE EMPLOYMENT OF PACHULSKI STANG ZIEHL & JONES LLP AS SPECIAL COUNSEL TO TRUSTEE TO INCLUDE, AS OF SEPTEMBER 1, 2010, A JOINT REPRESENTATION OF THE TRUSTEE AND THE NAMCO CAPITAL GROUP, INC. CHAPTER 11 TRUSTEE WITH RESPECT TO PREPARATION OF A JOINT PLAN IN THE CHAPTER 11 CASES OF NAMCO CAPITAL GROUP, INC, EZRI NAMVAR AND AFFILIATED ENTITIES**<br><br>[No Hearing Required] |

**TO THE DEBTOR, THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND ITS COUNSEL, ALL PARTIES WHO HAVE REQUESTED SPECIAL NOTICE, AND THE UNITED STATES TRUSTEE:**

**PLEASE TAKE NOTICE,** that R. Todd Neilson (the "Trustee"), the duly appointed Chapter 11 trustee in the above captioned Ezri Namvar bankruptcy case (the "Case"), has filed concurrently herewith a "Supplemental Application of the Chapter 11 Trustee for Ezri Namvar for Order: Expanding the Employment of Pachulski Stang Ziehl & Jones LLP as Special Counsel to Trustee to Include, as of September 1, 2010, a Joint Representation of the Trustee and the Namco Capital Group, Inc. Chapter 11 Trustee with Respect to Preparation of a Joint Plan in the Chapter 11 Cases of Namco Capital Group, Inc, Ezri Namvar and Affiliated Entities" (the "Application"); and a Supplemental Disclosure and Declaration of Richard M. Pachulski (the "Declaration") in support of the Application.

**PLEASE TAKE FURTHER NOTICE** that by the Application, the Trustee seeks an order:

(a) authorizing an expansion of the services of Pachulski Stang Ziehl & Jones LLP ("PSZJ" or the "Firm") as his special counsel to jointly represent (the "Joint Representation") the Trustee and the Namco Trustee with respect to the following joint services (the "Joint Services"): (i) review, analysis and recommendations regarding the terms of a joint chapter 11 plan (the "Joint Plan" or "Plan") of the Trustees, (ii) preparation of a chapter 11 plan and an accompanying disclosure statement(s) (the "Disclosure Statements") to be filed in the Namco Case, the Namvar Case and the Affiliated Cases, (iii) advising and consulting with the Trustees and their professionals and coordinating with other professionals in the Cases, including the Official Committees, with respect to the drafting of the Disclosure Statement and Plan and the terms thereof, and (iv) other services consistent with the foregoing, excluding (i) any matters that the PSZJ has been retained for separately by the Namvar or Namco Trustees[1], (ii) any separate

---
[1] Services for the Joint Representation will be separately billed from services of PSZJ relating to the separate representations of the Namvar and Namco Trustees on particular matters.

representations of the Trustees as general bankruptcy counsel, and (iii) any work on behalf of the Trustees involving the chapter 7 bankruptcy of Erik Benham, Case No. 9:08-BK-11432-RR[2]; and

(b) Providing that both the Namvar and Namco estates shall each be fully liable for the fees and expenses of PSZJ for the Joint Services which may be payable in all or part from available funds from either estate.[3]  Information on the Firm can be found on the Firm's website, at www.pszjlaw.com.

**PLEASE TAKE FURTHER NOTICE** that the Trustee desires to employ PSZJ with reasonable fees to be determined by the Court.  No compensation will be paid to the Firm except upon application to, and approval by, the Court after notice and a hearing.  The Firm has not received a retainer in this Case.  It is anticipated the Namvar and Namco estates will each pay half of the fees and expenses of PSZJ with respect to the Joint Representation, however, the Namco and Namvar estates may seek an alternative allocation, and both the Namco and Namvar estates shall be fully liable for the Joint Services, e.g. if one estate is unable to pay in full its allocable portion of allowed fees and expenses, such amount shall be payable as an allowed administrative expense by the other estate.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 327 of the Bankruptcy Code and Local Rule 2014-1(b)(1)(c), a hearing is not required in connection with the Application unless requested by the United States Trustee, a party in interest, or otherwise ordered by the Court.  Pursuant to Local Rule 2014-1(b)(3), any objection to the proposed Application and request for hearing must be in the form prescribed by Local Rule 9013-1(f) and must be filed and served on the Trustee, his proposed counsel and the Office of the United States Trustee no later than fourteen (14) days from the date of service of this notice.  True and correct copy of the Application and the Declaration can be obtained by contacting Paige C. Doyle, Legal

---

[2] As disclosed in the Declaration of Richard M. Pachulski in support of this Application, the Firm represents the chapter 7 Trustee in the individual bankruptcy of Erik Benham. Although no proofs of claim were filed by Benham in the Namvar and Namco Cases, Benham has alleged claims against Namvar, Namco and Security Pacific Bank relating to his homebuilding company and loans from Security Pacific Bank that have been sold by the FDIC. None of the Firm's existing work as special counsel or the proposed Joint Services for the Namco and Namvar Trustees involves the Benham chapter 7 bankruptcy or the Firm's services as counsel for the chapter 7 trustee, and any matters that could possibly arise with the Benham bankruptcy would be handled by general bankruptcy or other counsel for the Trustees and not by PSZJ.

[3] PSZJ's separate services as special counsel for the Namvar and Namco Trustees that are not part of the Joint Representation will continue to be separately billed to the respective estates.

1  Secretary, at Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Boulevard, 11th Floor,

2  Los Angeles, California 90067, Telephone: (310) 772-2305.

3

4  Dated: September 30, 2010     PACHULSKI STANG ZIEHL &JONES LLP

5

6  By     */s/ Stanley E. Goldich*
       Richard M. Pachulski (CA Bar No. 90073)
       Stanley E. Goldich (CA Bar No. 92659)

7

8  Special Counsel for R. Todd Neilson, Chapter
   11 Trustee for Ezri Namvar and Proposed
9  Joint Special Counsel for Chapter 11 Trustee
   for Ezri Namvar and Bradley D. Sharp
10 Chapter 11 Trustee for Namco Capital Group,
   Inc.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

n

59925-001\DOCS_LA:225812.1

4

NOTICE OF APPLICATION TO EMPLOY PSZJ
AS TRUSTEE'S SPECIAL COUNSEL

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
10100 Santa Monica Blvd., 11th Floor, Los Angeles, CA 90067

A true and correct copy of the foregoing document described as: **NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 2014-1(B) OF SUBMISSION OF: SUPPLEMENTAL APPLICATION OF THE CHAPTER 11 TRUSTEE FOR EZRI NAMVAR FOR ORDER: EXPANDING THE EMPLOYMENT OF PACHULSKI STANG ZIEHL & JONES LLP AS SPECIAL COUNSEL TO TRUSTEE TO INCLUDE, AS OF SEPTEMBER 1, 2010, A JOINT REPRESENTATION OF THE TRUSTEE AND THE NAMCO CAPITAL GROUP, INC. CHAPTER 11 TRUSTEE WITH RESPECT TO PREPARATION OF A JOINT PLAN IN THE CHAPTER 11 CASES OF NAMCO CAPITAL GROUP, INC, EZRI NAMVAR AND AFFILIATED ENTITIES** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **September 30, 2010**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **September 30, 2010** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **September 30, 2010,** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

VIA HAND DELIVERY
The Honorable Barry Russell
U.S. Bankruptcy Court, Central District of California
255 E. Temple Street, Suite 1660
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 30, 2010 | Paige C. Doyle | /s/ Paige C. Doyle |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                **F 9013-3.1**

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

Simon Aron on behalf of Plaintiff Khalil Varastehpour
saron@wrslawyers.com

Raymond H Aver on behalf of Creditor Ashland Properties LLC
ray@averlaw.com

Robert D Bass on behalf of Interested Party Courtesy NEF
rbass@greenbass.com

Christine E Baur on behalf of Creditor Feizollah Efraim
christine.e.baur@bakernet.com,
tracey.l.angelopoulos@bakernet.com;anne.w.hamann@bakernet.com;ali.m.m.mojdehi@bakernet.com;jane.b.mackie@bakernet.com

Michael Jay Berger on behalf of Interested Party Courtesy NEF
michael.berger@bankruptcypower.com, cristina.frankian@bankruptcypower.com

Stephen F Biegenzahn on behalf of Debtor Ezri Namvar
efile@sfblaw.com

J Scott Bovitz on behalf of Creditor Arnel Investments, LLC
bovitz@bovitz-spitzer.com

Gillian N Brown on behalf of Debtor Namco Capital Group Inc
gbrown@pszjlaw.com, gbrown@pszjlaw.com

Richard Burstein on behalf of Plaintiff Bradley Sharp
rburstein@ebg-law.com, ecf@ebg-law.com

Shirley Cho on behalf of Trustee R. Todd Neilson (TR)
scho@pszjlaw.com

Matthew M Clarke on behalf of Plaintiff Kamran Pasadena Group, Inc.
mclarke@cappellonoel.com

Russell Clementson on behalf of U.S. Trustee United States Trustee (LA)
russell.clementson@usdoj.gov

Alicia Clough on behalf of Creditor Solomon Rastegar
alicia.clough@kayescholer.com

Marc S Cohen on behalf of Plaintiff Kamran Pasadena Group, Inc.
mcohen@kayescholer.com

Yona Conzevoy on behalf of Interested Party Informal Credit Group of Namco and Namvar

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9013-3.1**

yconzevoy@dwclaw.com

Ashleigh A Danker on behalf of Plaintiff Kamran Pasadena Group, Inc.
adanker@kayescholer.com

Brian L Davidoff on behalf of Creditor Mousa Namvar
bdavidoff@rutterhobbs.com, calendar@rutterhobbs.com;jreinglass@rutterhobbs.com

Melissa Davis on behalf of Creditor Committee Committee of Unsecured Creditors (Estate of Ezri Namvar)
mdavis@shbllp.com

Daniel Denny on behalf of Interested Party Courtesy NEF
ddenny@gibsondunn.com

Richard K Diamond on behalf of Plaintiff R. Neilson
rdiamond@dgdk.com

Richard K Diamond on behalf of Trustee R. Todd Neilson (TR)
jlv@dgdk.com, rdiamond@ecf.epiqsystems.com

Caroline Djang on behalf of Plaintiff Bradley Sharp
crd@jmbm.com

Joseph A Eisenberg on behalf of Creditor Faramarz Massachi
jae@jmbm.com

Lei Lei Wang Ekvall on behalf of Interested Party Courtesy NEF
lekvall@wgllp.com

Robert Esensten on behalf of Plaintiff 26 Etehad, LLC
resensten@wcclaw.com

James R Felton on behalf of Interested Party Lenmar Goshen, LLP
jfelton@greenbass.com

Michael G Fletcher on behalf of Creditor Cathay Bank
mfletcher@frandzel.com, efiling@frandzel.com;shom@frandzel.com

Alan W Forsley on behalf of Creditor Fereshteh Kohanim
awf@fredmanlieberman.com, awf@fkllawfirm.com

Heather Fowler on behalf of Interested Party Courtesy NEF
heather.fowler@lw.com, colleen.rico@lw.com

Jon H Freis on behalf of Interested Party Courtesy NEF
jon@jhflaw.net

Sandford Frey on behalf of Creditor Committee Abraham B. Assil Trust

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                       **F 9013-3.1**

Sfrey@cmkllp.com

Vanessa B Fung on behalf of Interested Party Courtesy NEF
vfung@sobini.com

Philip A Gasteier on behalf of Interested Party Courtesy NEF
pag@lnbrb.com

Randi R Geffner on behalf of Creditor 26 Etehad, LLC
rgeffner@wcclaw.com

Thomas M Geher on behalf of Counter-Claimant Bradley Sharp
tmg@jmbm.com

Bernard R Given on behalf of Interested Party Courtesy NEF
bgiven@frandzel.com, efiling@frandzel.com;shom@frandzel.com;bgiven@frandzel.com

Steven Glaser on behalf of Creditor Ashland Properties LLC
sglaser@wwllp.com

Barry S Glaser on behalf of Interested Party Courtesy NEF
bglaser@swjlaw.com

Jeffrey I Golden on behalf of Creditor Roya Boucherian
jgolden@wgllp.com

David Gould on behalf of Interested Party Courtesy NEF
dgould@davidgouldlaw.com

Steven T Gubner on behalf of Trustee Bradley Sharp (TR)
sgubner@ebg-law.com, ecf@ebg-law.com

Jeffery D Hermann on behalf of Interested Party Courtesy NEF
jhermann@orrick.com

Rochelle A Herzog on behalf of Creditor Shaw Blackstone LLC
rherzog@gershlegal.com, srobertson@gershlegal.com;hnapier@gershlegal.com

Eric P Israel on behalf of Defendant Ezri Namvar
eisrael@dgdk.com

Seymone Javaherian on behalf of Interested Party Courtesy NEF
sj@javlaw.com

Ira Benjamin Katz on behalf of Interested Party Courtesy NEF
Ikatz@katzlaw.net

George H Kim on behalf of Creditor Theodore Kohan

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9013-3.1**

george@gkimlaw.com

Stuart I Koenig on behalf of Creditor Committee Abraham B. Assil Trust
Skoenig@cmkllp.com

Michael S Kogan on behalf of Creditor Epsilon Electronics, Inc.
mkogan@ecjlaw.com

John P Kreis on behalf of Creditor DAN SHAVOLIAN
jkreis@attglobal.net

Jeffrey A Krieger on behalf of Defendant 450 Roxbury Properties II, LLC
jkrieger@ggfirm.com

Pamela Labruyere on behalf of Interested Party Courtesy NEF
pamela@sgsslaw.com

Ronald L Leibow on behalf of Defendant Rassol, LLC
rleibow@kayescholer.com

Jennifer Leland on behalf of Debtor Namco Capital Group Inc
jleland@pwkllp.com

John T Madden on behalf of Creditor Roya Boucherian
jmadden@wgllp.com

Harris M Madnick on behalf of Creditor Hino-8, LLC
hmmadnick@reederlugreen.com

William Malcolm on behalf of Creditor Deutsche Trustee Co.
bill@mclaw.org

Elmer D Martin on behalf of Interested Party Courtesy NEF
elmermartin@gmail.com

Daniel J McCarthy on behalf of Attorney Daniel McCarthy
dmccarthy@hillfarrer.com

David W. Meadows on behalf of Interested Party Courtesy NEF
david@davidwmeadowslaw.com

Hal M Mersel on behalf of Interested Party Courtesy NEF
mark.mersel@bryancave.com

Elissa Miller on behalf of Creditor Bijan Kianmahd
emiller@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com

Ali M Mojdehi on behalf of Attorney Baker & McKenzie LLP

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                                      **F 9013-3.1**

ali.m.m.mojdehi@bakernet.com, brian.byun@bakermckenzie.com

Susan I Montgomery on behalf of Creditor Foothill and East, LLC
susan@simontgomerylaw.com

Monserrat Morales on behalf of Debtor Namco Capital Group Inc
mmorales@pwkllp.com

Randall P Mroczynski on behalf of Creditor Daimler Trust
randym@cookseylaw.com

Vicente Matias Murrell on behalf of Creditor Pension Benefit Guaranty Corporation
murrell.vicente@pbgc.gov

R. Todd Neilson on behalf of Accountant LECG LLC
tneilson@ecf.epiqsystems.com, vdoran@lecg.com;sgreenan@lecg.com

Mike D Neue on behalf of Creditor Committee Official Committee of Unsecured Creditors of Namco Capital Group, Inc.
mneue@thelobelfirm.com, jmattiace@thelobelfirm.com;pnelson@thelobelfirm.com

David Norouzi on behalf of Interested Party Courtesy NEF
david@norouzi.us

William Novotny on behalf of Interested Party Mariscal, Weeks, McIntyre & Friedlander, P.A.
william.novotny@mwmf.com

Walter K Oetzell on behalf of Plaintiff R. Neilson
woetzell@dgdk.com

Sam S Oh on behalf of Interested Party Courtesy NEF
sam.oh@limruger.com, julie.yu@limruger.com;amy.lee@limruger.com

Aram Ordubegian on behalf of Plaintiff Wall Street Mart, L.P., a California limited partnership
ordubegian.aram@arentfox.com

Malhar S Pagay on behalf of Trustee R. Todd Neilson (TR)
mpagay@pszjlaw.com, mpagay@pszjlaw.com

Jenny Y Park Garner on behalf of Interested Party Courtesy NEF
jpark@sheppardmullin.com

Lawrence Peitzman on behalf of Interested Party Courtesy NEF
lpeitzman@pwkllp.com

Leo D Plotkin on behalf of Creditor Dr. David and York
lplotkin@lsl-la.com, dsmall@lsl-la.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                                **F 9013-3.1**

David M Poitras on behalf of Defendant Bradley Sharp
dpoitras@jmbm.com

Samuel Price on behalf of Creditor Arizona Tempe Town Lake, LLC
sprice@pooleshaffery.com

Uzzi O Raanan on behalf of Plaintiff R. Neilson
uor@dgdk.com

Christopher S Reeder on behalf of Creditor Hino-8, LLC
ecfnotices@reederlu.com

Jeremy E Rosenthal on behalf of Creditor REB Malibu, LLC
jrosenthal@sidley.com

Gregory M Salvato on behalf of Counter-Claimant Ashland Properties LLC
gsalvato@salvatolawoffices.com, calendar@salvatolawoffices.com

Gregory M Salvato on behalf of Creditor Haroon Moossai
gsalvato@pmcos.com, calendar@salvatolawoffices.com

Bruce S Schildkraut on behalf of U.S. Trustee United States Trustee (LA)
bruce.schildkraut@usdoj.gov

Benjamin Seigel on behalf of Petitioning Creditor Abraham Assil
bseigel@buchalter.com, IFS_filing@buchalter.com

Steven M Sepassi on behalf of Defendant Behnaz Shayefar
steve@sepassilaw.com

David B Shemano on behalf of Attorney Peitzman Weg and Kempinsky
dshemano@pwkllp.com

Brian P Simon on behalf of Defendant Farhad Yazdinian
nightowl5755@yahoo.com

Robyn B Sokol on behalf of Counter-Defendant Bradley Sharp
ecf@ebg-law.com, rsokol@ebg-law.com

Ryan J Stonerock on behalf of Creditor Alireza Varastehpour
rstonerock@wrslawyers.com

Nico N Tabibi on behalf of Interested Party Courtesy NEF
nico@tabibilaw.com

Sam Tabibian on behalf of Interested Party Courtesy NEF
sam.tabibian@gmail.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                                **F 9013-3.1**

Derrick Talerico on behalf of Interested Party Derrick Talerico
dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com

David A Tilem on behalf of Interested Party Ilana Namvar
davidtilem@tilemlaw.com,
malissamurguia@tilemlaw.com;dianachau@tilemlaw.com;kmishigian@tilemlaw.com

Alan G Tippie on behalf of Interested Party Courtesy NEF
atippie@sulmeyerlaw.com, jbartlett@sulmeyerlaw.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Howard J Weg on behalf of Debtor Namco Capital Group Inc
hweg@pwkllp.com

Michael H Weiss on behalf of Interested Party HEIDE KURTZ
mw@weissandspees.com, lm@weissandspees.com;jb@weissandspees.com

Monika S Wiener on behalf of Defendant Rassol, LLC
wienerm@hbdlawyers.com

Kimberly S Winick on behalf of Interested Party Courtesy NEF
kwinick@clarktrev.com

Rebecca J Winthrop on behalf of Interested Party Jeffry Belle
winthropr@ballardspahr.com

Richard Lee Wynne on behalf of Trustee Bradley Sharp (TR)
rlwynne@jonesday.com, sjperry@jonesday.com

Mark T Young on behalf of Creditor Arizona Tempe Town Lake, LLC
myoung@donahoeyoung.com

Beth Ann R Young on behalf of Creditor Artech Properties, LLC
bry@lnbrb.com

Afshin Youssefyeh on behalf of Creditor Jack & Gitta Nagel Foundation
ady@adylaw.com

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**

SEE ATTACHED SERVICE LIST

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                **F 9013-3.1**

# Ezri Namvar
## Case No. 2:08-bk-32349 BR
### Limited Notice List

<u>Debtor</u>
Ezri Namvar
c/o Namco Capital Group, Inc.
12121 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025

<u>United States Trustee</u>
Russell Clementson
Office of the United States Trustee
725 S. Figueroa Street, Ste 2600
Los Angeles, CA 90017

<u>Attorneys for Official Committee of Unsecured Creditors of Ezri Namvar</u>
Melissa Davis
36632 Towne Centre Drive
Suite 300
Foothill Ranch, CA 92610

<u>Chapter 11 Trustee for the Ezri Namvar Bankruptcy Estate</u>
R. Todd Neilson
LECG
2049 Century Park East, Suite 2300
Los Angeles, CA 90067

<u>Counsel to R. Todd Neilson, Chapter 11 Trustee for the Ezri Namvar Bankruptcy Estate</u>
Richard K. Diamond
Danning, Gill, Diamond & Kollitz LLP
2029 Century Park East, 3rd Floor
Los Angeles, CA 90067

Michael Abrams
De Castro, West, Chodorow, Glickfeld & Nass, Inc.
10960 Wilshire Blvd., 14th Floor East
Los Angeles, CA 90024-3881

Ronald E. Michelman, Esq.
Michelman & Michelman, LLP
20265 Ventura Blvd., Suite D
Woodland Hills, CA 91364

David R Gabor
Russ, August & Kabat
12424 Wilshire Blvd 12th Fl
Los Angeles, CA 90025

David M. Morrow
c/o Stephen H. Marcus, Esq.
Gittler & Bradford
11620 Wilshire Blvd., Suite 800
Los Angeles, CA 90025

**LIMITED NOTICE LIST**

Ezri Namvar
Trustee Of Namvar Family Trust
Dated December 5, 1994
12855 Parkyns Street
Los Angeles, Ca 90049