1  Richard M. Pachulski (CA Bar No. 90073)
   Gillian N. Brown (CA Bar No. 205132)
2  PACHULSKI STANG ZIEHL & JONES LLP
   10100 Santa Monica Blvd., 11th Floor
3  Los Angeles, California  90067
   Telephone: 310/277-6910
4  Facsimile:  310-201-0760
   E-mail:rpachulski@pszjlaw.com
5          gbrown@pszjlaw.com

6  Special Counsel for R. Todd Neilson, Chapter 11 Trustee
   for Ezri Namvar

7

8              UNITED STATES BANKRUPTCY COURT

9               CENTRAL DISTRICT OF CALIFORNIA

10                  LOS ANGELES DIVISION

11 In re:                          Case No. 2:08-bk-32349-BR

12 EZRI NAMVAR, an individual,     Chapter 11

13              Debtor.            **DECLARATION OF MARVIN**
                                  **TENENBAUM IN SUPPORT OF**
14                                **APPLICATION OF CHAPTER 11 TRUSTEE**
                                  **TO EMPLOY BERKELEY RESEARCH**
15                                **GROUP, LLC, OF WHICH THE TRUSTEE**
                                  **IS AN EMPLOYEE, AS SUCCESSOR**
16                                **ACCOUNTANTS AND FINANCIAL**
                                  **CONSULTANTS, EFFECTIVE AS OF**
17                                **MARCH 1, 2011**

18                                [NO HEARING REQUIRED UNLESS
                                  REQUESTED PER L.B.R. 2014-1(b)]
19

20         I, Marvin Tenenbaum, declare and state as follows:

21         1.     I am the general counsel for Berkeley Research Group, LLC, LLC.

22         2.     I make this declaration in support of the application (the "Application") filed by R.

23 Todd Neilson, Chapter 11 Trustee, to retain Berkeley Research Group, LLC ("BRG") as successor

24 accountants and financial advisors for the Trustee in this chapter 11 case (the "Estate") effective as

25 of March 1, 2011.

26

27

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

3.    The name, address, telephone number, and facsimile number of BRG's Los Angeles office is as follows:

> Berkeley Research Group, LLC
> 2049 Century Park East
> Suite 2525
> Los Angeles, California 90067
> Telephone: (310) 499-4750
> Facsimile:  (310) 577-8982

4.    I have personal knowledge of the facts stated herein and if called as a witness, I could and would testify competently to these facts, except where matters are stated on information and belief, and as to these facts, I am informed and believe they are true.

5.    The Trustee and other members of LECG, who were primarily responsible for the services attendant to this case, have left LECG and have joined BRG, effective March 1, 2011.  The Trustee has terminated the services of LECG and by this Application seeks authority to retain BRG to serve as the Trustee's successor accountants and financial consultants.  This will provide continuity of services in this bankruptcy case.  Such services include, but are not limited to the following:

a.    To analyze Ezri's loan portfolio, investor claims and cash receipts and disbursements to determine investment status, types of investments, cash flow;

b.    to investigate allegations of fraudulent activity;

c.    to assist the Trustee in the pursuit of any litigation he may pursue including providing any expert witness testimony that may be necessary;

d.    complete tax work and other financial analysis which is required by the Trustee to properly administer the estate and conclude the case;

e.    to assist the Trustee in preparation of state and federal income tax returns for the Estate;

f.    communicating with the taxing authorities on behalf of the estate;

g.    assisting with such other financial advisory or accounting services; and

h.    providing any other services that the Trustee may request.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

6.     Subject to Court approval in accordance with section 330(a) of the Bankruptcy Code, compensation will be payable to BRG on an hourly basis, plus reimbursement of actual, necessary expenses and other charges incurred by BRG.  The schedule of BRG's 2011 billing rates are:

7.     Directors          $480 – 575 per hour

8.     Consultants        $300 – 370 per hour

9.     Associates         $220 – 250 per hour

10.    Accounting Analyst $175 – 210 per hour

11.    Paraprofessionals  $125 – 160 per hour

True and correct resumes of the professionals anticipated to have primary responsibility for this case are attached hereto as **Exhibit A**.  These professionals have been working in this bankruptcy case for two years.

12.    I believe that BRG's hourly rates are comparable to other firms in the Central District of California offering similar services.  BRG has not received any retainer in contemplation of its proposed employment.  However, it is contemplated that BRG will seek interim compensation during the case as permitted by sections 330 and 331 of the Bankruptcy Code and Bankruptcy Rule 2016.  BRG understands that its compensation in the case is subject to the prior approval of this Court.  No compensation will be paid except upon application to and approval by this Court after notice and a hearing in accordance with sections 330 and 331 of the Bankruptcy Code and Bankruptcy Rule 2016.

13.    To the best of my knowledge, the BRG professionals have on many occasions performed services similar to the ones required in this case.  Moreover, the personnel who will provide financial services to the Trustee in this case formerly worked in the same capacity for the Trustee while they worked for LECG.  BRG is currently employed in unrelated cases, including bankruptcy cases, as expert witnesses and/or consultants, for which other counsel associated with this case may be involved.  The Trustee believes that such connections do not give BRG an adverse interest to this bankruptcy estate and do not affect BRG's "disinterestedness" under 11 U.S.C. §327.  BRG and/or principals of BRG who will be involved in this case, have served in numerous matters

1  where Pachulski Stang Ziehl and Jones LLP ("PSZJ") also served, including, but not limited to, the

2  following:

3       a)   *In re R. Esmerian, Inc., and Ralph Esmerian* (S.D.N.Y. 10-12719 (RDD)) (R.

4  Todd Neilson serves as examiner; BRG serves as financial advisors/accountants to the examiner;

5  PSZJ is counsel to the examiner);

6       b)   *In re Society of Jesus, Oregon Province* (D. Or. 09-30938-elp11) (BRG is

7  financial advisor to the Official Committee of Unsecured Creditors; PSZJ is counsel to the Official

8  Committee of Unsecured Creditors);

9       c)   *In re Catholic Diocese of Wilmington, Inc.* (D. Del. 09-13560 (CSS)).(LECG

10  was financial advisor to the Official Committee of Unsecured Creditors; PSZJ is counsel to the

11  Official Committee of Unsecured Creditors)[1]

12       d)   *In re The Harris Agency, LLC* (E.D. Pa. 09-10384) (Mr. Neilson served as

13  chapter 11 trustee; PSZJ was counsel to Mr. Neilson).

14       e)   *In re Galleria USA, Inc.* (C.D. Cal. 8:09-bk-20651 TA) (R. Todd Neilson of

15  BRG is Chapter 11 Trustee; PSZJ is Mr. Neilson's counsel);

16       f)   *In re Del Biaggio, III aka "Boots" Del Biaggio* (N.D. Cal. 08-30991 (TEC))

17  (Mr. Neilson is Chapter 11 Trustee; PSZJ represents Mr. Neilson).  As disclosed in the Application

18  filed concurrently herewith, the Trustee has determined that there is an ill-defined and poorly

19  documented relationship between the debtor William James Del Biaggio ("Del Biaggio") and Ezri

20  and Namco Capital Group, Inc. ("Namco"), a related chapter 11 debtor in which Ezri has an interest.

21  Notwithstanding this relationship, neither Ezri nor Namco filed a claim in the Del Biaggo case.  The

22  Trustee also discovered another relationship between Ezri and Namco and Del Biaggo that relates to

23  Ezri's ownership interest in an entity known as Namwest.  Further, the Trustee discovered that there

24  are purported loans between Ezri and Del Biaggo; however, upon further investigation, the Trustee

25  has determined that there is no indication that these purported loans are valid obligations between

26  Ezri and Del Biaggo;.

27

28    [1]    During each of these engagements, the BRG advisors were then part of LECG, LLC.  Effective on or about
March 1, 2011, this group of advisors transferred its practice from LECG, LLC to BRG.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

g)  *In re BDB Management, LLC* (N.D. Cal. 08-31001 (TEC)) (Mr. Neilson is Chapter 11 Trustee; PSZJ represents Mr. Neilson);

h)  In re BDB Management III, LLC (N.D. Cal. 08-31002 (TEC)) (Mr. Neilson is Chapter 11 Trustee; PSZJ represents Mr. Neilson);

i)  *In re Estate Financial, Inc.* (C.D. Cal. 9:08-bk-11457-RR) (Thomas Jeremiassen of BRG is Chapter 11 Trustee; BRG serves as accountants to him; PSZJ represents Mr. Jeremiassen);

j)  *In re Le-Nature's* (W.D. Penn. 06-25454 (MBM)) (Mr. Neilson was the Chapter 11 Trustee and was represented by PSZJ);

k)  *In re Death Row Records, Inc.* (LA 06-11205 EC) (Mr. Neilson was the Chapter 11 Trustee; PSZJ represented the Committee);

l)  *In re Michael G. Tyson* (S.D.N.Y. 03-41300) (Mr. Neilson is currently the trustee of the MGT Liquidating plan trust and PSZJ is his counsel; BRG serves as accountants to Mr. Neilson);

m)  *In re Adelphia Communications Corporation* (S.D.N.Y. 02-41729 RG) (BRG serves as forensic accountants to the Creditors' Committee and PSZJ represents a separate ad hoc committee);

n)  *In re Reed E. Slatkin* (C.D. Cal. 01-11549 RR) (PSZJ represented the Debtor and Mr. Neilson was the Chapter 11 Trustee and now the Liquidating Agent; BRG serves as accountants to Mr. Neilson);

o)  *In re Focus Media, Inc.* (C.D. Cal. 00-38197 VZ);

p)  *In re JMS Automotive Rebuilders, Inc.* (C.D. Cal. 2:98-56224-EC) (Current BRG employees handled tax issues; PSZJ represented Dana Holdings Corporation, indirect parent of CP Product Inc. as successor to Ace Electric Company, Inc., a claimant);

q)  *In re Magic Ford* (CD Cal. SV 96-20969-GM) (Mr. Neilson served as the chapter 11 trustee; PSZJ was his counsel);

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

r)    *In re Hiuka America Corporation* (CD Cal. 95-27964) (Mr. Neilson was the Chapter 11 Trustee, then the Disbursing Agent; PSZJ represented Mr. Neilson in both capacities); and

s)    *In re Bruce McNall* (LA 94-48351 TD) (Mr. Neilson was the Chapter 11 Trustee; PSZJ represented the purchaser of the estate's interest in the Los Angeles Kings hockey team).

14.    Notwithstanding the foregoing, I do not believe that any of these relationships will in any way impair BRG's independence or ability to objectively perform the required services for the Trustee.

15.    Insofar as the professionals at BRG are the same as those from LECG, and based upon BRG's subsequent conflicts check, I am informed and believe that no conflicts or potential conflicts exist with regard to this case.  BRG and its professionals are "disinterested persons" as that term is defined and used in sections 101(14) and 327 of the Bankruptcy Code.  If, at any subsequent time during the course of this proceeding, BRG learns of any representation which may give rise to a conflict, BRG will promptly file with the Court and the Office of the United States Trustee an amended declaration identifying and specifying such involvement.

16.    To the best my knowledge and other than disclosed above, neither BRG nor any of its employees has any other connection with Ezri, any creditors of the estate, any party in interest, those parties in interest's respective attorneys or accountants, the United States Trustee, or any person employed in the Office of the United States Trustee, other than the prior retention of LECG employees who are now BRG employees as accountants and financial advisors to the Trustee.

17.    To the best of my knowledge, BRG is not a creditor, equity security holder, or an "insider" of the Debtor as that term is defined in section 101(31) of the Bankruptcy Code.

18.    To the best of my knowledge BRG is not nor was, within two years before the date of the filing of the petition, a director, officer, or employee of Ezri.

19.    To the best of my knowledge, BRG has no interest adverse to the Estate.

1    20.    I am informed and believe that the professionals from BRG that will be involved in

2    the case are familiar with the Bankruptcy Code, Bankruptcy Rules, Local Bankruptcy Rules, and

3    United States Trustee Guides and will comply with them.

4    To the best of my knowledge, after conducting or supervising the investigation described

5    above, I declare under penalty of perjury under the laws of the United States of America and the

6    State of Illinois, that the foregoing is true and correct.

7    Executed this _29_ day of April, 2011, at Chicago, Illinois.

8

9

10    Marvin Tenenbaum

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A



David H. Judd, Director

2049 Century Park East, Suite 2525
Los Angeles, CA 90067
Direct:  310.499.4941
Fax:     310.557.8982
Email:  djudd@brg-expert.com

Summary

David H. Judd is a Director of BRG and a former director/partner of LECG, LLC, Neilson Elggren LLP, Neilson Elggren Durkin and Co. and Arthur Andersen LLP.  He has almost thirty years experience as a Certified Public Accountant specializing in bankruptcy and litigation services and investigative accounting.  Early in his career Mr. Judd was a senior consultant in the Litigation/Consulting Department in the international CPA firm of KMG/Main Hurdman.  His efforts have been focused on bankruptcy matters for both Chapter 7 and Chapter 11 filings, including services as Trustee, Accountants for the Trustee, court appointed Examiner, Accountants for the Examiner and Accountants for the Creditors.

Mr. Judd has performed investigative accounting services relating to fraud, embezzlement and mismanagement, including the reconstruction of records, tracing of funds and evaluations of internal controls.

Mr. Judd has served as accountant to the trustee, receiver and examiner for operating oil & gas exploration companies, operating oil refineries and gas stations and convenience stores.

Mr. Judd has provided expert witness testimony in various investigative accounting matters relating to fraud & embezzlement, bankruptcy avoidance actions, business damages, solvency matters and Ponzi schemes.  He has testified in both Federal and State Courts.

He has been called upon to develop feasibility studies and projections for various real estate projects, to prepare business valuations for ESOPs, minority interest buy-outs, mergers, acquisitions, purchase and sale of businesses, and divorce settlements.

He has been responsible for litigation services and consulting matters relating to estimates of damage for wrongful death and personal injury, business interruption claims, business valuations, economic analysis, breach of contract, and other cases involving loss of business profits or other business damages.

Case Examples

- Reed E. Slatkin - Accountants to the Trustee.   Directed the accounting investigation of Slatkin's enterprises and business practices over a period of fifteen years and provided a report detailing one of the largest Ponzi schemes in California history involving over $600 million of business transactions during that period.  Assisted in liquidating substantial assets throughout the United States, including hotels, unimproved real estate, shopping malls, interests in movie production companies, and other substantial equity investments.



- Adelphia Communications Corp. - Accountant to the Official Committee of Unsecured Creditors in the Adelphia Communications Corp ("Adelphia") bankruptcy.  Assisted in analyzing the voluminous financial transactions of Adelphia and providing expert testimony as to the findings.

- DVI, Inc. - Examiner and accountants.  Conducted an extensive investigation of financial transactions involving the assets, liabilities, operations and financial condition of DVI and its subsidiaries (including all transactions and relationships between debtor and non-debtor subsidiaries and affiliates).  Investigated the accounting practices of the Debtor and any and all allegations of fraud, dishonesty, incompetence, misconduct, mismanagement, or financial and/or corporate irregularities and coordinated a cooperative effort involving numerous law enforcement and government agencies.

- Metropolitan Mortgage – Accountants to the Examiner.  A large investment venture firm including several mortgage and insurance subsidiaries.  Conducted an investigation of real estate transactions and inter-company balances.

- Magic Ford - Accountants to the Trustee.  One of the largest Ford dealerships in the country.  Assisted in the operation and liquidation of the assets.

- Property Mortgage Company, Inc. - $150 million, Second Mortgage Company-Trustee - Accountant to the Trustee, including investigative analyses regarding a malpractice claim against the company's outside accountants.

- Fund America - Court-appointed Examiner.  Fund America was an international company that marketed various goods and services through a multi-level marketing network.  Investigated the company's operations.

- Receiver for two hotels and casinos in Nevada.

- Utex Oil Company - Court-appointed Examiner. Oil and gas production company.

- Arizona Fuels Corporation - Accountants for the Trustee and Receiver.  Oil refinery and ranch.

- Martin Marietta, Inc. - Consultant/Expert Witness. Defended against claim from subcontractor.

- Eaton Kenway, Inc. - Consultant/Expert Witness.  Prepared claim against prime contractor for change in scope of work.

- Mother Earth Industries - Analyzed capitalized costs and operating expenses for a steam generated electrical facility that provided power to a municipal association.

- City of Fresno - Expert Witness.  Provided report and deposition testimony regarding damages for remediation of ground water contamination.

- Lincoln Mortgage and Loan - Examiner and Accountants to the Examiner.  Investigated financial affairs of the investor in real property and the related secondary trust deeds market.



**KMG/Main Hurdman, Salt Lake City, Utah**

Bankruptcy assistance including investigative accounting, preparation of all schedules, monthly reporting to the court, operation analysis and assistance in managing ongoing business operations during bankruptcy proceedings.

Prepared expert witness testimony for business valuations, alleged fraud violations, personal injury and wrongful death suits, and other cases involving loss of business profits or other business damages.

Provided expert witness testimony on investigative cases.

Developed feasibility studies and projections for various real estate projects.

Prepared business valuations for ESOP's, minority interest buy-outs, mergers, acquisitions, purchase and sale of businesses, and divorce settlements.

**Fox & Company, Salt Lake City, Utah**

Involved in consulting engagements similar to those mentioned above relative to bankruptcy, insurance, valuation and litigation support services.

Served as an auditor and staff accountant.  Industry expertise includes:

| | | |
|---|---|---|
| Real Estate | Retail establishments | Salvage Companies |
| Construction | Mortgage Companies | |

Bachelor of Science in Accounting, Southern Utah State College, 1979
Master of Professional Accountancy, University of Utah, 1980

Professional Memberships

American Institute of Certified Public Accountants since 1985
Utah Association of Certified Public Accountants since 1985



# Vernon L. Calder, Director

201 South Main Street, Suite 450
Salt Lake City, UT 84111
Direct: 801.321.0053
Fax:    801.364.6230
Email: vcalder@brg-expert.com

## Summary

Vernon L. Calder, a Director with Berkeley Research Group ("BRG"), has twenty-seven years of experience in public accounting specializing in tax services. Mr. Calder is a Certified Public Accountant (CPA) and a Certified Insolvency and Reorganization Advisor (CIRA). For the last twenty years he has specialized in bankruptcy tax compliance and planning. Prior to joining BRG Vernon was a director of LECG, LLC ("LECG"), which acquired Neilson Elggren LLP in 2005. Prior to the acquisition of NE by LECG, Mr. Calder was the Partner-in-Charge of the tax practice of Neilson Elggren LLP. Prior to joining NE Mr. Calder was a Sr. Manager and tax consultant for Arthur Andersen; a Sr. Manager for Neilson Elggren Durkin & Company; a Manager for the international accounting firms of Ernst & Young; and a Senior Tax Consultant for Touche Ross & Co.

Mr. Calder has provided a wide variety of tax services to clients throughout his career. His efforts have focused on special tax issues in corporate, partnership and individual bankruptcy, formation of and tax compliance for liquidating trusts; representation of taxpayers before federal and state taxing authorities; tax consulting with regard to "change of ownership" issues; tax consulting and compliance for U.S. companies operating internationally; tax consulting and compliance for corporations with multi-state income using "water's edge" method; analysis of deductible ordinary and necessary business expenses; and supervising tax compliance for high technology companies.

Mr. Calder's clients have included companies ranging in size from $1 billion in annual sales to small development companies in many industries such as computer and peripherals, software, semiconductors, life sciences, energy, hospitality, professional sports and automotive parts rebuilders.

In addition, he has provided tax services to a variety of clients including individuals, corporations, partnerships, decedent estates, trusts, and bankruptcy estates. Services rendered include tax compliance, representation before taxing authorities, bankruptcy court appearances, testifying as an expert witness, and tax consulting and planning.

Mr. Calder has been a featured speaker at many firm sponsored seminars covering special bankruptcy tax issues, new tax legislation and general tax concepts. He has written numerous articles and other publications.

## Case Examples

- Estate Financial, Inc. – Responsible for tax compliance and consulting. Consulted with investors regarding deduction of theft losses in specified fraudulent arrangements.

- Cedar Funding, Inc. – Responsible for tax compliance and consulting. Consulted with investors regarding deduction of theft losses in specified fraudulent arrangements.



- Le*Nature's, Inc. – Represented trustee in defending IRS examination of prepetition tax liabilities. Successful in eliminating prepetition tax claim in excess of $30 million. Responsible for tax compliance and consulting.

- Mike Tyson Bankruptcy Estate – Responsible for defending IRS examination of prepetition tax years. Responsible for tax compliance and tax consulting.

- Reed Slatkin Bankruptcy Estate – Responsible for all tax compliance and tax consulting work. Represented trustee in defending IRS examination of prepetition tax liabilities of the debtor. Extensive involvement in formation of Liquidating Trust created pursuant to Chapter 11 Plan of Reorganization.

- JMS Automotive – Rebuilder of Automotive Parts – Responsible for all tax compliance and tax consulting work. Represented trustee in defending IRS examination of pre-petition tax liabilities of the debtor.

- Bonneville Pacific Corporation--Geothermal Energy Corporation. Responsible for all tax compliance and tax consulting work. Extensive involvement in disposition of subsidiary stock.

- Holder's Capital Corporation--Ownership and management of hotels. Responsible for tax planning relating to restructuring of affiliated groups of corporations. Extensive work with provisions relating to taxation of affiliated groups. Represented Trustee in defending Internal Revenue Service examination of administrative tax liability.

- Property Mortgage Company, Inc.—Private mortgage company. Responsible for all tax compliance and tax consulting for several corporations and real estate partnerships.

- Bankruptcy--Responsible for tax compliance and tax consulting for various bankruptcies. Individual, partnership, and corporate. Advise trustees and attorneys concerning bankruptcy tax issues. Provide testimony in bankruptcy court.

- Various individuals--Tax Compliance, advisor and Taxpayer Advocate. Supervised tax compliance work for many top-level executives. Taxpayer advocate before IRS in attempt by the IRS to garnish wages for delinquent taxes.

**Industry Experience**

- Aviation
- Real Estate
- Agricultural
- Restaurant
- Convenience Store/Gas Retail
- Amusement and Recreation Services
- Healthcare
- Electronic and Other Electrical Equipment
- Telecommunications
- Online Retailing

- Automotive
- Construction
- Energy
- Transportation
- Legal and accounting
- Security and Commodity Brokers
- Insurance Carriers
- Insurance Agents and Brokers
- Furniture and Fixtures
- Technology



**Education**

Bachelor of Science, Brigham Young University
Master of Accountancy/Taxation, Brigham Young University

**Professional Memberships**

Certified Fraud Examiner
Association of Insolvency and Restructuring Advisors
American Bankruptcy Institute
American Institute of Certified Public Accountants
Utah Association of Certified Public Accountants
National Association of Bankruptcy Trustees

**Instruction, Presentations & Publications**

Mr. Calder has provided instruction on the subject of taxation of bankruptcy estates at conferences
for the American Bankruptcy Institute, the Association of Insolvency and Restructuring Advisors, and
the Mississippi Bankruptcy Conference, Inc.

Co-author of *2005 Bankruptcy Revision, Implications for Business and Financial Advisors* published
jointly by the American Institute of Certified Public Accountants and the Association of Insolvency and
Restructuring Advisors in 2005.



## Leif M. Larsen, Senior Managing Consultant

201 South Main Street, Suite 450
Salt Lake City, UT 84111
Direct: 801.321.0080
Fax: 801.364.6230
Email: llarsen@brg-expert.com

### Summary

Leif M. Larsen, a Senior Managing Consultant with Berkeley Research Group, LLC has over 14 years experience in tax return preparation. Prior to working at Berkeley Research Group, LLC he was with LECG, LLC, working as Senior Managing Consultant and prior to that he was with Neilson Elggren, LLP, working as a Tax Manager. Mr. Larsen is a Certified Public Accountant and is an Enrolled Agent. Mr. Larsen is also a Certified Insolvency Restructuring Advisor. His experience also includes all areas of payroll taxes and sales & use taxes, including return preparation.

A few of the cases in which Mr. Larsen has been involved include:

- Le-Nature's, Inc. – Accountants to the Trustee. Prepared original and amended corporate income tax returns and numerous information returns for related entities. Analyzed the many tax issues relating to the formation of a Liquidating Trust pursuant to the plan confirmation. Also prepared Liquidating Trust returns having over four hundred beneficiaries and prepared and maintained databases to track all pertinent beneficiary information.

- Leslie Todd Bankruptcy Estate – Accountants to the Trustee. Prepared initial and final fiduciary tax returns for Individual bankruptcy case. Analyzed treatment of settlement proceeds received from breach of contract related to sale of debtors business to an outside party.

- Reed Slatkin – Accountants to the Trustee. Prepared individual and S Corporation tax returns and numerous information returns for pass through entities, including Partnerships, and LLCs. Analyzed the many tax issues relating to the formation of a Liquidating Trust pursuant to the plan confirmation. Also prepared Liquidating Trust returns having over three hundred beneficiaries and prepared and maintained databases to track all pertinent beneficiary information.

- Metropolitan Mortgage & Securities Co., Inc. – Accountants to the Trustee. Prepared consolidated income tax returns and prepared Liquidating Trust returns having over seven thousand beneficiaries.

- National Summit Corporation – Accountants to the Trustee. Prepared consolidated income tax returns and prepared Liquidating Trust returns having over two thousand beneficiaries.

- Michael G. Tyson – Accountants to the Debtor in Possession. Prepared individual and S Corporation tax returns. Also prepared Liquidating Trust returns having over one hundred beneficiaries and prepared and maintained databases to track all pertinent beneficiary information.



- JMS Automotive Rebuilders, Inc. – Accountants to the Trustee.  Analyzed many tax documents relating to the Internal Revenue Service' audit of multiple tax years.  Prepared corporate tax return.

- Webvan Group, Inc. and Subsidiaires – Accountants to the Trustee.  Prepared consolidated corporate tax returns which included assets of over one billion dollars.

**Licenses & Certifications**

Certified Public Accountant – Licensed in the state of California
Enrolled Agent – Internal Revenue Service
Certified Insolvency & Restructuring Advisor - Association of Insolvency and Restructuring Advisors

**Education**

Bachelor of Science in Accounting, University of Utah

**Professional Memberships**

California Society of CPAs
American Institute of Certified Public Accountants
Association of Insolvency and Restructuring Advisors
American Bankruptcy Institute

**Employment History**

| | |
|---|---|
| 2011 – Present | **Berkeley Research Group, LLC**<br>Senior Managing Consultant (2011 – Present) |
| 2005 – 2011 | **LECG, LLC**<br>Senior Managing Consultant (2011 – 2011)<br>Managing Consultant (2007 – 2010)<br>Consultant (2005 - 2006) |
| 2001 – 2005 | **Neilson Elggren LLP**<br>Manager (2005)<br>Experienced Senior (2002 - 2005)<br>Senior (2000 – 2001) |
| 1996 – 2001 | **Interwest Business Group, Inc.**<br>Manager (1999 - 2001)<br>Staff Accountant (1996 – 1998) |



Nicholas R. Troszak, Managing Consultant

2049 Century Park East
Suite 2525
Los Angeles, CA 90067

Direct:   310.499.4741
Fax:      310.557.8982
Email:    ntroszak@brg-expert.com

### Summary

Nicholas R. Troszak is a Managing Consultant at Berkeley Research Group, LLC (BRG) in the Los Angeles, California office.  Nicholas has over seven years of experience providing services in bankruptcy, forensic accounting, and litigation support.

Nicholas has been involved in bankruptcy matters for Chapter 11 and Chapter 7 filings, including services as Accountants to the Trustee and Accountants to the Independent Examiner.  His experience includes claims analyses, solvency analyses, the tracing of funds to prepare preference, post-petition transfer analyses and assisting the Trustee in the liquidation of assets.

### Recent Engagements

- Aerospace Design, Inc. – Trustee
- Cedar Funding, Inc – Accountants and Financial Advisors to Trustee
- Death Row Records, Inc. – Accountants to the Trustee
- Express.com – Accountants to the Trustee
- Ezri Namvar/Namco Capital Group, Inc. – Accountants and Financial Advisors to Trustee
- Focus Media, Inc. – Accountants to the Trustee
- Galleria USA, Inc. – Accountants and Financial Advisors to Trustee
- JMS Automotive – Accountants to the Trustee
- J.C. Jeffers – Accountants to the Trustee
- Metropolitan Mortgage – Accountants to the Examiner
- Michael G. Tyson – Accountants to the Debtor
- Peck / Jones Construction – Accountants to the Trustee
- Roman Catholic Diocese of San Diego – Accountants to Court Appointed Expert
- Liquidating Trust of Reed E. Slatkin. – Accountants to the Trustee

### Employment History

| 2011 – present | **LECG, LLC** Managing Consultant |
| 2005 – 2011 | **LECG, LLC** Managing Consultant |



2004 – 2005          **Neilson Elggren LLP**
                      Experienced Consultant

Education

Bachelor of Arts, Accounting
Michigan State University, East Lansing, Michigan

Licenses & Certifications

Certified Public Accountant – California
Certified Insolvency & Restructuring Advisor (CIRA)
Certified In Financial Forensics (CFF)

Professional Memberships

American Bankruptcy Institute
American Institute of Certified Public Accountants
Association of Certified Fraud Examiners
Association of Insolvency & Restructuring Advisors
California Society of Certified Public Accountants



## Spencer G. Ferrero, CPA, CFE; Associate

2049 Century Park East Suite 2525
Century City, CA 90067
Phone: 310-499-4742
Fax:    310-557-8982
Email:  sferrero@brg-expert.com

### Summary

Spencer Ferrero is an Associate at Berkeley Research Group, LLC (BRG). Mr. Ferrero joined BRG in March 2011. Prior to employment at BRG, Mr. Ferrero worked in a similar capacity at LECG, LLC. Mr. Ferrero graduated from the University of Utah with a Bachelor's of Arts in Accounting and a Masters of Accounting degree. Mr. Ferrero has over three years of experience providing services in bankruptcy, investigative accounting, litigation support and business valuation.

### Case Examples

- Turner Gas vs. Mark Harris, Kamps Company, et al – Litigation Support
- Le-Nature's, Inc. – Accountants to the Trustee
- BHE Group Inc. and GBM International, Inc. v. MTS Products – Litigation Support
- Peck/Jones Construction – Accountants to the Trustee
- Bankruptcy Estate of Reed Slatkin – Accountants to the Trustee
- Death Row Records – Accountants to the Trustee
- Hiuka America – Accountants to the Trustee
- Cedar Funding, Inc. – Accountants to the Trustee
- Bankruptcy Estate of Ezri Namvar – Accountants to the Trustee
- Galleria USA – Accountants to the Trustee
- Bankruptcy Estate of David Prenatt – Accountants to the Trustee

### Employment History

| 2011 – Present | **Berkeley Research Group, LLC**<br>Associate |
| 2007 – 2011 | **LECG, LLC**<br>Associate |

### Education

Masters of Accounting
University of Utah, Salt Lake City, Utah

Bachelor of Arts in Accounting
University of Utah, Salt Lake City, Utah

### Licenses & Certifications

Certified Public Accountant – State of California
Certified Fraud Examiner



**Professional Memberships**

American Institute of Certified Public Accountants
Association of Certified Fraud Examiners
Association of Insolvency and Restructuring Advisors
California Society of Certified Public Accountants

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: **10100 Santa Monica Boulevard, 11th Floor, Los Angeles, California  90067**

A true and correct copy of the foregoing document **DECLARATION OF MARVIN TENENBAUM IN SUPPORT OF APPLICATION OF CHAPTER 11 TRUSTEE TO EMPLOY BERKELEY RESEARCH GROUP, LLC, OF WHICH THE TRUSTEE IS AN EMPLOYEE, AS SUCCESSOR ACCOUNTANTS AND FINANCIAL CONSULTANTS, EFFECTIVE AS OF MARCH 1, 2011** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **April 29, 2011** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **April 29, 2011** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **April 29, 2011** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

**By Federal Express Delivery:**
Honorable Barry Russell
United States Bankruptcy Court
Central District of California
255 E. Temple Street, Suite 1660
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 29, 2011 | Ann Mason | /s/ Ann Mason |
|---|---|---|
| Date | Type Name | Signature |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9013-3.1.PROOF.SERVICE**

59918-002\DOCS_LA:237323.1                                                    1

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):**

tbangert@sheppardmullin.com
bill.bates@bingham.com
rickbaum@hotmail.com, rickbaum@hotmail.com
michael.berger@bankruptcypower.com, maritza.arizaga@bankruptcypower.com
efile@sfblaw.com
clblank@pacbell.net
dbrody@brody-law.com, bknotice@brody-law.com
alan@broidylaw.com, sherrie@broidylaw.com
gbrown@pszjlaw.com, gbrown@pszjlaw.com
rcaley@caleylaw.com
jcapeloto@capelotolaw.com
ccarlyon@sheacarlyon.com
jcawdrey@gordonrees.com, ebojorquez@gordonrees.com
chenetz@blankrome.com, chang@blankrome.com
mclairmont@gersonlaw.com
russell.clementson@usdoj.gov
yconzevoy@dwclaw.com
dcoulson@swjlaw.com
adanker@kayescholer.com
bdavidoff@rutterhobbs.com, calendar@rutterhobbs.com;jreinglass@rutterhobbs.com
mdavis@shbllp.com
jlv@dgdk.com, rdiamond@ecf.epiqsystems.com
rdiamond@dgdk.com
crd@jmbm.com
jae@jmbm.com
lekvall@wgllp.com
jfelton@greenbass.com
afisch@stutman.com
mfletcher@frandzel.com, efiling@frandzel.com;shom@frandzel.com
awf@fredmanlieberman.com, awf@fkllawfirm.com
heather.fowler@lw.com, colleen.rico@lw.com
jon@jhflaw.net
Sfrey@cmkllp.com
pag@lnbrb.com
rgeffner@wccelaw.com
bgiven@frandzel.com, efiling@frandzel.com;shom@frandzel.com;bgiven@frandzel.com
bglaser@swjlaw.com
jgolden@wgllp.com
sgoldich@pszjlaw.com
dgould@gglawllp.com
mgrimshaw@rutan.com
Stacy.Harrison@bingham.com
rherzog@gershlegal.com, srobertson@gershlegal.com;hnapier@gershlegal.com
khowatt@gordonrees.com
whuckins@allenmatkins.com, clynch@allenmatkins.com
jhunter@pszjlaw.com
eisrael@dgdk.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

sj@javlaw.com
djoe@rutterhobbs.com, calendar@rutterhobbs.com
Ikatz@katzlaw.net
ykim@greenbass.com
george@gkimlaw.com
bking@loeb.com, kpresson@loeb.com
Skoenig@cmkllp.com
jkreis@attglobal.net
jkrieger@ggfirm.com
joe.kruchek@kutakrock.com
pamela@sgsslaw.com
jleland@pwkllp.com
ron.maroko@usdoj.gov
elmermartin@gmail.com
dmccarthy@hillfarrer.com
smcfarland@pszjlaw.com, smcfarland@pszjlaw.com
david@davidwmeadowslaw.com
mark.mersel@bryancave.com
lcmlaw@earthlink.net
emiller@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com
susan@simontgomerylaw.com
mmorales@pwkllp.com
randym@cookseylaw.com
anahmias@mbnlawyers.com, jdale@mirmanbubman.com
tneilson@brg-expert.com, vdoran@brg-expert.com;sgreenan@brg-expert.com
tneilson@ecf.epiqsystems.com, vdoran@brg-expert.com;sgreenan@brg-expert.com
david@norouzi.us
snoskin@mbnlawyers.com, krose@mbnlawyers.com;amcdow@mbnlawyers.com
william.novotny@mwmf.com
woetzell@dgdk.com
sam.oh@limruger.com, julie.yu@limruger.com;amy.lee@limruger.com
rorlik@coxcastle.com
mpagay@pszjlaw.com, mpagay@pszjlaw.com
jpark@sheppardmullin.com
lpeitzman@pwkllp.com
lplotkin@lsl-la.com, dsmall@lsl-la.com
dpoitras@jmbm.com
sprice@pooleshaffery.com
uor@dgdk.com, DanningGill@Gmail.com
ecfnotices@reederlu.com
lr@gallagherandmoore.com
jrosenthal@sidley.com
neal.salisian@salisianlee.com
hls@srblaw.com, ar@srblaw.com
ds@srblaw.com, cs@srblaw.com
ADSarver@aol.com
bseigel@buchalter.com, IFS_filing@buchalter.com
dshemano@pwkllp.com
lshulman@shbllp.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

rstonerock@wrslawyers.com
nico@tabibilaw.com
sam.tabibian@gmail.com
dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com
davidtilem@tilemlaw.com,
malissamurguia@tilemlaw.com;dianachau@tilemlaw.com;kmishigian@tilemlaw.com
atippie@sulmeyerlaw.com, jbartlett@sulmeyerlaw.com;kfox@sulmeyerlaw.com
ustpregion16.la.ecf@usdoj.gov
matthew.walker@pillsburylaw.com, sue.hodges@pillsburylaw.com;pamela.breeden@pillsburylaw.com
hweg@pwkllp.com
mw@weissandspees.com, lm@weissandspees.com;jb@weissandspees.com
mwiener@dl.com
kwinder@wcclaw.com, amillman@wccelaw.com
kwinick@clarktrev.com
dwiseblood@seyfarth.com
rlwynne@jonesday.com, sjperry@jonesday.com
bry@lnbrb.com
ady@adylaw.com
dziehl@pszjlaw.com, dziehl@pszjlaw.com


II. **SERVED BY U.S. MAIL:**

Ezri Namvar, Trustee of Namvar Family Trust,
 Dated December 5, 1994
12855 Parkyns Street
Los Angeles, CA  90049

David M. Morrow
c/o Stephen H. Marcus, Esq.
Gittler & Bradford
10537 Santa Monica Bl., #300
Los Angeles, CA  90025


Attorneys For Interested Party: Parviz Lavi
Samuel Krane, Esq.
Marc Smith, Esq.
Krane & Smith
16255 Ventura Blvd., Suite 600
Encino, CA  91436

Dorita Ashoori
1520 Camden Avenue, Apt. 306
Los Angeles, CA 90025


Outsource Services Management, LLC
225 S. Sixth St., Suite 2800
Minneapolis, MN  54402

Outsource Services Management, LLC
c/o Gordon L. Gerson
Mark M. Clairmont
Gerson Law Firm APC
9255 Towne Centre Drive, Suite 300
San Diego, CA  92121

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                              **F 9013-3.1.PROOF.SERVICE**

59918-002\DOCS_LA:237323.1                                4