# UNITED STATES DEPARTMENT OF JUSTICE
## OFFICE OF THE UNITED STATES TRUSTEE
### CENTRAL DISTRICT OF CALIFORNIA

| In Re:<br><br>Ezri Namvar<br><br><br>Debtor(s). | CHAPTER 11 (NON-BUSINESS)<br><br>Case Number: 08:32349<br>Operating Report Number: 27<br>For the Month Ending: 30-Apr-11 |
|---|---|

## I. CASH RECEIPTS AND DISBURSEMENTS
### A. (GENERAL ACCOUNT*)

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS — 25,873.07
   Inter-Company Transfers In — 263,797.90

2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS — 276,027.56
   Inter-Company Transfers Out — 12,459.10

3. BEGINNING BALANCE: — 1,184.31

4. RECEIPTS DURING CURRENT PERIOD: — 0.00
   Inter-Company Transfers In — 30,015.00

5. BALANCE: — 31,199.31

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD — 30,213.00
   Inter-Company Transfers Out — 0.00

7. ENDING BALANCE: — 986.31

8. General Account Number(s): ******0788
   ******0796

Depository Name & Location: Union Bank of California
Los Angeles, CA

\* All receipts must be deposited into the general account.

\*\* Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold, to whom, terms, and date of Court Order or Report of Sale.

\*\*\*This amount should be the same as the total from page 2.

Beginning Balance does not reconcile to ending balance from previous month, due to interest addition.

Date: 05/05/11                     SUMMARY BANK RECONCILIATION                     Page: 1

Trustee Name:   R. TODD NEILSON - CH 11
Case Number:   **2:08-32349 BR**                                          For Period Ending:   **04/29/11**
Case Name:   **EZRI NAMVAR**

Account:   **2130140788  UBOC - Money Market**                        Account Code:   02

| | | | | |
|---|---|---|---|---|
| FORM 2 LEDGER BALANCE | | 881.31 | | |
| CHECKS OUTSTANDING (Listed Below) | + | 0.00 | | |
| FORM 2 BALANCE | | 881.31 | BANK BALANCE | 881.31 |

RECONRPT                                                                       Ver: 16.02b

Date: 05/05/11

## SUMMARY BANK RECONCILIATIONS

Page: 1

Trustee Name:    R. TODD NEILSON - CH 11
Case Number:    2:08-32349 BR
Case Name:    EZRI NAMVAR

For Period Ending:    **04/29/11**

Account:    **2130140796 UBOC - GENERAL CHECKING**

Account Code:    01

| | | | | |
|---|---|---|---|---|
| FORM 2 LEDGER BALANCE | | 40.00 | | |
| CHECKS OUTSTANDING (Listed Below)    + | | 65.00 | | |
| FORM 2 BALANCE | | 105.00 | BANK BALANCE | 105.00 |

### OUTSTANDING CHECKS

| Date | Check # | Description | Debits |
|---|---|---|---|
| 02/08/11 | 3045 | SECRETARY OF STATE | 25.00 |
| 04/06/11 | 3053 | SECRETARY OF STATE | 20.00 |
| 04/06/11 | 3054 | SECRETARY OF STATE | 20.00 |

3    OUTSTANDING CHECKS TOTALING:              65.00

RECONRPT

Ver: 16.02b

TOTAL DISBURSEMENTS FROM GENERAL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 4/8/2011 | 3052 | Legal Vision Consulting Group | Messenger/Copies Invoices 2216, 2217, 2236, 2467, 2767 | 238.00 |
| 4/14/2011 | 3055 | US Trustee Payment Center | 1st Qtr. 2010 Trste. Disb. Fees - Ezri Namvar. | 975.00 |
| 4/13/2011 | 3056 | Pacibel, LLC | Additioinal Capital Contribution | 25,000.00 |
| 4/25/2011 | 3057 | Franchise Tax Board | Civic Palm, LLC 2011 FTB 3522 | 800.00 |
| 4/27/2011 | 3058 | Franchise Tax Board | Mission Real, LLC 2011 FTB 3522 | 800.00 |
| 4/27/2011 | 3059 | Franchise Tax Board | Namco Financial, LLC 2011 FTB 3522 | 800.00 |
| 4/27/2011 | 3060 | Franchise Tax Board | Panamo, LLC 2011 FTB 3522 | 800.00 |
| 4/25/2011 | 3061 | Franchise Tax Board | Sora, LLC 2011 FTB 3522 | 800.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 30,213.00 |

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re: | CHAPTER 11 (NON-BUSINESS) |
|---|---|
| Ezri Namvar | |
| | Case Number:  08:32349 |
| | Operating Report Number:  27 |
| Debtor(s). | For the Month Ending:  30-Apr-11 |

## I. CASH RECEIPTS AND DISBURSEMENTS
## A. (EZ/HS)

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS   106,646.31
   Inter-Company Transfers In   11,523.31

2. LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL   7,098.31
ACCOUNT REPORTS
   Inter-Company Transfers Out   10,890.10

3. BEGINNING BALANCE:   100,181.21

4. RECEIPTS DURING CURRENT PERIOD:   0.00
   Inter-Company Transfers In   0.00

5. BALANCE:   100,181.21

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD   0.00
   Inter-Company Transfers Out   0.00

7. ENDING BALANCE:   100,181.21

8. General Account Number(s):   ******0885

Depository Name & Location:   Union Bank of California
   Los Angeles, CA

\*   All receipts must be deposited into the general account.
\*\*  Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
    to whom, terms, and date of Court Order or Report of Sale.
\*\*\*This amount should be the same as the total from page 2.

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL DISBURSEMENTS THIS PERIOD: 0.00

Case 2:08-bk-32349-BR   Doc 933   Filed 05/19/11   Entered 05/19/11 09:40:13   Desc

# SUMMARY BANK RECONCILIATION

Main Document   Page 7 of 25

Page: 1

| | |
|---|---|
| Trustee Name: **R. TODD NEILSON - CH 11** | |
| Case Number: **2:08-32349 BR** | For Period Ending: **04/29/11** |
| Case Name: **EZRI NAMVAR** | |

| | |
|---|---|
| Account: **2130140885 EZ/HS LLC** | Account Code: **02** |

| FORM 2 LEDGER BALANCE | | 100,181.21 | | |
|---|---|---|---|---|
| CHECKS OUTSTANDING (Listed Below) | + | 0.00 | | |
| FORM 2 BALANCE | | 100,181.21 | BANK BALANCE | 100,181.21 |

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re:<br>Ezri Namvar<br><br><br>Debtor(s). | CHAPTER 11 (NON-BUSINESS)<br><br>Case Number:         08:32349<br>Operating Report Number:     27<br>For the Month Ending:    30-Apr-11 |
|---|---|

## I. CASH RECEIPTS AND DISBURSEMENTS
### A. (SEGREGATED FUNDS)

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS      0.00

2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS      0.00

3. BEGINNING BALANCE:      0.00

4. RECEIPTS DURING CURRENT PERIOD:      0.00

5. BALANCE:      0.00

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD      0.00

7. ENDING BALANCE:      0.00

8. General Account Number(s):      ******1210

Depository Name & Location:      Union Bank of California
Los Angeles, CA

\*   All receipts must be deposited into the general account.

\*\*   Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold, to whom, terms, and date of Court Order or Report of Sale.

\*\*\*This amount should be the same as the total from page 2.

# TOTAL DISBURSEMENTS FROM SEGREGATED FUNDS FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL DISBURSEMENTS THIS PERIOD: 0.00

Date: 05/05/11                     SUMMARY BANK RECONCILIATION 10 of 25

| | | |
|---|---|---|
| Trustee Name: | R. TODD NEILSON - CH 11 | |
| Case Number: | 2:08-32349 BR | For Period Ending: **04/29/11** |
| Case Name: | EZRI NAMVAR | |

| Account: | 2130141210  Segregated Funds | Account Code: | 02 |

---

| | | | | |
|---|---|---|---|---|
| FORM 2 LEDGER BALANCE | | 0.00 | | |
| CHECKS OUTSTANDING (Listed Below) | + | 0.00 | | |
| FORM 2 BALANCE | | 0.00 | BANK BALANCE | 0.00 |

---

Ver: 16.02b

# CENTRAL DISTRICT OF CALIFORNIA

| In Re:<br>    Ezri Namvar | CHAPTER 11 (NON-BUSINESS) |
|---|---|
| | Case Number:                                08:32349 |
| | Operating Report Number:                         27 |
| Debtor(s). | For the Month Ending:          30-Apr-11 |

## I. CASH RECEIPTS AND DISBURSEMENTS
### A. (SORA, INC)

1.  TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS          2,901.99

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL          0.00
ACCOUNT REPORTS
Inter-Company Transfers Out          -

3.  BEGINNING BALANCE:          2,901.99

4.  RECEIPTS DURING CURRENT PERIOD:          0.00
Inter-Company Transfer

5.  BALANCE:          2,901.99

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD          0.00
Inter-Company Transfers Out          800.00

7.  ENDING BALANCE:          2,101.99

8.  General Account Number(s):          ******1954

Depository Name & Location:          Union Bank of California
          Los Angeles, CA

\*    All receipts must be deposited into the general account.

\*\* Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
    to whom, terms, and date of Court Order or Report of Sale.

\*\*\*This amount should be the same as the total from page 2.

TOTAL DISBURSEMENTS FROM SONIA, INC. FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  | TOTAL DISBURSEMENTS THIS PERIOD: | 0.00 |

Date: 05/05/11

| | | | |
|---|---|---|---|
| Trustee Name: | R. TODD NEILSON - CH 11 | | |
| Case Number: | 2:08-32349 BR | For Period Ending: | 04/29/11 |
| Case Name: | EZRI NAMVAR | | |

| | | | | |
|---|---|---|---|---|
| Account: | 2130141954 Sora, Inc. | | Account Code: | 02 |

| | | | |
|---|---|---|---|
| FORM 2 LEDGER BALANCE | 2,101.99 | | |
| CHECKS OUTSTANDING (Listed Below)   + | 0.00 | | |
| FORM 2 BALANCE | 2,101.99 | BANK BALANCE | 2,101.99 |

Ver: 16.02b

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re:<br>   Ezri Namvar<br><br><br>               Debtor(s). | CHAPTER 11 (NON-BUSINESS)<br><br>Case Number:       08:32349<br>Operating Report Number:   27<br>For the Month Ending:   30-Apr-11 |

## I. CASH RECEIPTS AND DISBURSEMENTS
### A. (Panamo)

| | |
|---|---:|
| 1.  TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS | 367,405.32 |
|     Inter-Company Transfers In | 6,465.10 |
| | |
| 2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS | 0.00 |
|     Inter-Company Transfers Out | 180,701.13 |
| | |
| 3.  BEGINNING BALANCE: | 193,169.29 |
| | |
| 4.  RECEIPTS DURING CURRENT PERIOD: | 23,891.31 |
|     Inter-Company Transfer | 0.00 |
| | |
| 5.  BALANCE: | 217,060.60 |
| | |
| 6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD | 0.00 |
|     Inter-Company Transfers Out | 3,415.00 |
| | |
| 7.  ENDING BALANCE: | 213,645.60 |

8. General Account Number(s):      ******2357

Depository Name & Location:     Union Bank of California
                                 Los Angeles, CA

\*   All receipts must be deposited into the general account.

\*\*  Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
    to whom, terms, and date of Court Order or Report of Sale.

\*\*\*This amount should be the same as the total from page 2.

# TOTAL DISBURSEMENTS FROM SANAMO FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  | **TOTAL DISBURSEMENTS THIS PERIOD:** | 0.00 |

Date: 05/05/11      **SUMMARY BANK RECONCILIATION** Main Document Page 16 of 25      Page: 1

| | |
|---|---|
| Trustee Name: | R. TODD NEILSON - CH 11 |
| Case Number: | **2:08-32349 BR** |
| Case Name: | EZRI NAMVAR |

For Period Ending: **04/29/11**

Account: **2130142357 Panamo**      Account Code: 02

| | | | |
|---|---|---|---|
| FORM 2 LEDGER BALANCE | 213,645.60 | | |
| CHECKS OUTSTANDING (Listed Below) | + | 0.00 | |
| FORM 2 BALANCE | 213,645.60 | BANK BALANCE | 213,645.60 |

RECONRPT

Ver: 16.02b

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re:<br>Ezri Namvar<br><br><br>Debtor(s). | CHAPTER 11 (NON-BUSINESS)<br><br>Case Number: 08:32349<br>Operating Report Number: 27<br>For the Month Ending: 30-Apr-11 |
|---|---|

## I. CASH RECEIPTS AND DISBURSEMENTS
### A. (Namco Financial, Inc.)

| | |
|---|---:|
| 1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS | 25,636.31 |
| 2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS | 0.00 |
| Inter-Company Transfers Out | - |
| 3. BEGINNING BALANCE: | 25,636.31 |
| 4. RECEIPTS DURING CURRENT PERIOD: | 0.00 |
| Inter-Company Transfer | |
| 5. BALANCE: | 25,636.31 |
| 6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD | 0.00 |
| Inter-Company Transfers Out | 25,000.00 |
| 7. ENDING BALANCE: | 636.31 |

8. General Account Number(s):  ******2365

Depository Name & Location:   Union Bank of California
Los Angeles, CA

- All receipts must be deposited into the general account.
- ** Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
  to whom, terms, and date of Court Order or Report of Sale.
- ***This amount should be the same as the total from page 2.

# TOTAL DISBURSEMENTS FROM NAMCO FINANCIAL INC FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| TOTAL DISBURSEMENTS THIS PERIOD: | 0.00 |
|---|---|

Date: 05/05/11      **SUMMARY BANK RECONCILIATION**      Page: 1

Trustee Name:   R. TODD NEILSON - CH 11
Case Number:   **2:08-32349 BR**
Case Name:   EZRI NAMVAR         For Period Ending:   **04/29/11**

Account:   **2130142365 Namco Financial Inc**         Account Code:   02

| | | |
|---|---|---|
| FORM 2 LEDGER BALANCE | 636.31 | |
| CHECKS OUTSTANDING (Listed Below)   + | 0.00 | |
| FORM 2 BALANCE | 636.31 | BANK BALANCE     636.31 |

RECONRPT                                      Ver: 16.02b

# UNITED STATES DEPARTMENT OF JUSTICE
## OFFICE OF THE UNITED STATES TRUSTEE
### CENTRAL DISTRICT OF CALIFORNIA

| In Re:<br><br>   Ezri Namvar<br><br><br>              Debtor(s). | CHAPTER 11 (NON-BUSINESS)<br><br>Case Number:           08:32349<br>Operating Report Number:     27<br>For the Month Ending:   30-Apr-11 |

## I. CASH RECEIPTS AND DISBURSEMENTS
### A. (Equimax Mortgage)

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS      4,500.17

2. LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL      0.00
ACCOUNT REPORTS
   Inter-Company Transfers Out      3,375.00

3. BEGINNING BALANCE:      1,125.17

4. RECEIPTS DURING CURRENT PERIOD:      0.00
   Inter-Company Transfer

5. BALANCE:      1,125.17

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
   Inter-Company Transfers Out      0.00

7. ENDING BALANCE:      1,125.17

8. General Account Number(s):      ******2594

   Depository Name & Location:      Union Bank of California
                                      Los Angeles, CA

\*   All receipts must be deposited into the general account.

\*\*  Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
    to whom, terms, and date of Court Order or Report of Sale.

\*\*\*This amount should be the same as the total from page 2.

# TOTAL DISBURSEMENT FROM EQUIMAX MORTGAGE FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | Page 2 of 8 | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 0.00 |

Date: 05/05/11 SUMMARY BANK RECONCILIATIONS                                                    Page: 1

Trustee Name:   R. TODD NEILSON - CH 11
Case Number:    **2:08-32349 BR**                                              For Period Ending:   **04/29/11**
Case Name:    EZRI NAMVAR

Account:   **2130142594 Equimax Mortgage**                          Account Code:   02

---

FORM 2 LEDGER BALANCE                              1,125.17

CHECKS OUTSTANDING (Listed Below)        +            0.00
FORM 2 BALANCE                                     1,125.17              BANK BALANCE          1,125.17

---

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re:<br>    Ezri Namvar<br><br>                                    Debtor(s). | CHAPTER 11 (NON-BUSINESS)<br><br>Case Number:                               08:32349<br>Operating Report Number:                        27<br>For the Month Ending:        30-Apr-11 |
| --- | --- |

## I. CASH RECEIPTS AND DISBURSEMENTS
### A. (12121 Wilshire Sale Proceeds)

1.  TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS        27,130,113.06

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL        0.00
ACCOUNT REPORTS
    Inter-Company Transfers Out        20,391.97

3.  BEGINNING BALANCE:        27,109,721.09

4.  RECEIPTS DURING CURRENT PERIOD:        52,175.63
    Inter-Company Transfer

5.  BALANCE:        27,161,896.72

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
    Inter-Company Transfers Out        0.00

7.  ENDING BALANCE:        27,161,896.72

8.  General Account Number(s):        ******2640

    Depository Name & Location:        Union Bank of California
                                       Los Angeles, CA

\*    All receipts must be deposited into the general account.

\*\*  Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
    to whom, terms, and date of Court Order or Report of Sale.

\*\*\*This amount should be the same as the total from page 2.

## TOTAL DISBURSEMENTS FROM 9221 WILSHIRE SALE PROCEEDS FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Page 2 of 8

**TOTAL DISBURSEMENTS THIS PERIOD:** | 0.00

# SUMMARY BANK RECONCILIATION

Trustee Name:  R. TODD NEILSON - CH 11
Case Number:  **2:08-32349 BR**
Case Name:  **EZRI NAMVAR**

For Period Ending:  **04/29/11**

Account:  **2130142640  Wilshire/Bundy Proceeds**

Account Code:  02

| | | | | |
|---|---|---|---|---|
| FORM 2 LEDGER BALANCE | | 27,161,896.72 | | |
| CHECKS OUTSTANDING (Listed Below) | + | 0.00 | | |
| FORM 2 BALANCE | | 27,161,896.72 | BANK BALANCE | 27,161,896.72 |

RECONRPT

Ver: 16.02b