RICHARD K. DIAMOND (State Bar No. 70634)
rdiamond@dgdk.com
UZZI O. RAANAN (State Bar No. 162747)
uraanan@dgdk.com
DANNING, GILL, DIAMOND & KOLLITZ, LLP
2029 Century Park East, Third Floor
Los Angeles, California 90067-2904
Telephone: (310) 277-0077
Facsimile: (310) 277-5735

Attorneys for R. Todd Neilson,
Chapter 11 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

In re

EZRI NAMVAR, an individual,

Debtor.

Case No. 2:08-bk-32349-BR

Chapter 11

**NOTICE OF MOTION OF CHAPTER 11 TRUSTEE FOR ORDER APPROVING SETTLEMENT AGREEMENT BETWEEN THE TRUSTEE AND HOOSHANG "SEAN" NAMVAR, REGARDING NAM5, LTD.**

[F.R.Bank.P. Rule 9019]

Date: July 12, 2011
Time: 2:00 p.m.
Place: Courtroom "1668"
       255 East Temple Street
       Los Angeles, California 90012

///

///

///

-1-

370872.01 [XP]    25184

**TO THE HONORABLE BARRY RUSSELL, UNITED STATES BANKRUPTCY JUDGE, AND TO ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE THAT,** on the above-designated date and time, and in the above-entitled Court, R. Todd Neilson, the Chapter 11 Trustee (the "Trustee") for the bankruptcy estate of Ezri Namvar (the "Debtor") will, and hereby does, move (the "Motion") the Court, pursuant to rule 9019 of the Federal Rules of Bankruptcy Procedure, for an Order approving the Settlement Agreement (the "Agreement") between the Trustee and Hooshang "Sean" Namvar ("Sean Namvar" or the "Settling Party").

The Agreement resolves the Trustee's avoidance claims against Sean Namvar, alleged in Adversary Proceeding No. 2:10-ap-02557-BR (the "Adversary Proceeding"), with regard to the Debtor's alleged prepetition transfer to Sean Namvar of a 20% ownership interest in Nam5, Ltd. ("Nam5"), a corporate entity located in Israel. Pursuant to the Agreement, Sean Namvar will transfer and assign to the Debtor's estate a 20% ownership interest in Nam5.

The Agreement contains the following material terms, among others:

1. **Agreement Subject to Court Approval:**
This Agreement is entered into subject to the approval of the Bankruptcy Court, pursuant to Rule 9019 of the Federal Rules of the Bankruptcy Procedure.

2. **Transfer and Assignment of 20% Ownership Interest to the Trustee:**
In consideration for the terms of this Agreement, the Settling Party shall assign and transfer to R. Todd Neilson, in his capacity as Chapter 11 trustee for the estate of Ezri Namvar, all of the Settling Party's right, title and interest in a 20% ownership interest in Nam5 (the "20% Nam5 Interest"). The Settling Party shall execute any and all documents necessary under United States and/or Israeli law, to effect the above transfer and assignment, and cause Nam5 to recognize the transfer and assignment.

3. **Transfer and Assignment Without Warranties or Representations:**
Other than the warranties and representations specifically stated in this Agreement, the Settling Party makes the above transfer and assignment without any further warranties or representations.

4. **Transfer and Assignment Subject to Claims:**
The transfer and assignment of the 20% Nam5 Interest from the Settling Party to the Trustee as set forth herein shall be subject to all claims, if any, that may exist at the time of transfer that attach to the Nam5 Interest. Nothing in this Agreement is intended by the parties, nor shall it be interpreted to create any liability or obligation of the Trustee not otherwise arisen by virtue of his holding shares in such a corporate entity under applicable law. The Trustee does not

accept liability and does not agree to be held liable for any claims arising from the actions of any party, including, without limitation, Nam5, its employees, agents, officers, directors, or shareholders or its creditors, whether now in existence or arising hereafter.

5. **Trustee Does Not Stipulate or Agree to any Claims, to Indemnify, or to Hold Anyone Harmless:**
Nothing in this Stipulation shall be interpreted as the Trustee's stipulation to or agreement as to the validity of any claim(s) alleged against the Trustee, the Debtor's estate, Nam5, its employees, agents, directors, or shareholders, including but not limited to with regard to the Debtor's estate's ultimate ownership of any shares in Nam5. Specifically, and without excluding other claims, the Trustee does not stipulate or agree to indemnify, hold anyone harmless or to the existence of any right of contribution, indemnity, or such other right by any party pursuant to this Agreement.

6. **Trustee to Seek Approval of this Agreement from Bankruptcy Court:**
Following execution of this Agreement, the Trustee shall move for the entry of an Order of the Bankruptcy Court, pursuant to Rule 9019 of the Federal Rules of the Bankruptcy Procedure, approving and giving effect to the settlement set forth in this Agreement. If the Bankruptcy Court denies the Trustee's motion and declines to enter such an Order, then this Agreement shall be null and void and the parties shall return to the positions that they held immediately prior to execution of this Agreement.

7. **Dismissal of the Adversary Proceeding and Release:**
Five business days after the Court's Order approving this Agreement has become final (the "Court Order"), and following the Trustee's receipt of properly executed transfer and assignment documents requested by the Trustee (the "Transfer and Assignment Documents"), the Trustee will cause the Adversary Proceeding to be dismissed with prejudice. Upon the Adversary Proceeding being Dismissed, the Trustee will also be deemed to have released and forever discharged the Settling Party, his agents, employees, successors and assigns from any and all claims, demands, rights and causes of action, whether known or unknown, accrued or not yet accrued, that the Trustee now has or hereafter acquires, arising out of the allegations in the Adversary Proceeding. Nothing in this Agreement is intended to release or otherwise affect any other actions or claims that the Namvar or Namco Trustees and their related bankruptcy estates may have against the Settling Party in any other adversary proceeding presently pending or subsequently commenced, other than with regard to the claims specifically alleged in the Adversary Proceeding, which claims shall be released pursuant to this Agreement.

The Trustee shall have 30 days after the Court Order to deliver to the Settling Party the Transfer and Assignment Documents that he intends to have the Settling Party execute. The Trustee shall cause the Adversary Proceeding to be dismissed upon the earlier of the proper execution and delivery of the Transfer and Assignment Documents by the Settling Party or upon the failure of the Trustee to timely deliver the Transfer and Assignment Documents to the Settling Party. The Trustee's failure to timely deliver the Transfer and Assignment Documents to the Settling Party and/or the Trustee's

-3-

Case 2:08-bk-32349-BR  Doc 951  Filed 06/13/11  Entered 06/13/11 16:00:11  Desc
Main Document  Page 4 of 11

dismissal of the Adversary Proceeding shall not, under any circumstance, relieve the Settling Party from any obligation(s) under this Agreement to sign such documents or any other documents necessary to effect the assignment and transfer contemplated in this Agreement.

A true and correct copy of the Agreement is attached to the Declaration of R. Todd Neilson as Exhibit "1".

The Agreement is in the best interest of the Namvar bankruptcy estate and its creditors, as it resolves the Adversary Proceeding in return for a re-transfer to the Debtor's estate of a 20% ownership interest in Nam5, which the Trustee alleges the Debtor owned prepetition. It is unclear what value Nam5 or the 20% ownership interest currently have. However, once the above transfer has been completed, the Trustee will pursue the Estate's shareholder rights in Nam5, including the right to a full accounting.

**PLEASE TAKE FURTHER NOTICE** that the Motion is based upon the Notice of Motion, filed concurrently herewith, the Motion, the attached Memorandum of Points and Authorities, the Declaration of R. Todd Neilson, a Request for Judicial Notice, and such other and further grounds as may be properly presented to the Court.

Copies of the moving papers may be obtained by contacting the Trustee's counsel at the above address, or obtaining the same from the files of the Bankruptcy Court. The Trustee reserves the right to charge the costs of photocopying the papers.

**PLEASE TAKE FURTHER NOTICE THAT** that, pursuant to Local Bankruptcy Rule 9013-1(f), any opposition to the Motion must be filed with the Bankruptcy Court and served on counsel for the Trustee, at the address in the upper left hand corner of the first page of this Motion, not later than 14 days before the date designated for a hearing on the Motion. Pursuant to Local

///
///
///
///
///
///

1  Bankruptcy Rule 9013-1(h), the failure to timely file and serve a response to the Motion may be
2  deemed by the Court to be consent to the grant of this Motion.
3
4  Dated: June _10_, 2011              DANNING, GILL, DIAMOND & KOLLITZ, LLP
5
6                                      By: _____/s/_____
7                                      UZZI O. RAANAN
                                       Attorneys for R. Todd Neilson, Chapter 11
8                                      Trustee
9
10
11
12  DATE MAILED: June _13_, 2011
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

2029 Century Park East, Third Floor
Los Angeles, California 90067-2904

A true and correct copy of the foregoing document described as **NOTICE OF MOTION OF CHAPTER 11 TRUSTEE FOR ORDER APPROVING SETTLEMENT AGREEMENT BETWEEN THE TRUSTEE AND HOOSHANG "SEAN" NAMVAR, REGARDING NAM5, LTD.** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **June 13, 2011** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☑ Service information continued on attached page

**II.    SERVED BY U.S. MAIL OR OVERNIGHT MAIL (indicate method for each person or entity served):** On **June 13, 2011** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

<u>Via U.S. Mail</u>:
Hon. Barry Russell, U.S. Bankruptcy Court, 255 E. Temple St., Suite 1660, Los Angeles, CA 90012
Debtor: Ezri Namvar, 12855 Parkyns Street, Los Angeles, CA 90049
Hooshang "Sean" Namvar, 129 South Rockingham Dr., Los Angeles, CA 90049

☐ Service information continued on attached page

**III.    SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **June 13, 2011** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Via E-Mail:** Bradley Sharp: Namco@dsi.biz

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 6/13/2011 | Martha Gonzalez | *(signed)* Martha Gonzalez |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010
370872.01 [XP]    25184

**F 9013-3.1.PROOF.SERVICE**

**ADDITIONAL SERVICE INFORMATION (if needed):**

I. <u>**BY NOTICE OF ELECTRONIC FILING ("NEF")**</u>

- **Theresa W Bangert**    tbangert@sheppardmullin.com
- **William Bates**    bill.bates@bingham.com
- **Richard T Baum**    rickbaum@hotmail.com, rickbaum@hotmail.com
- **Michael Jay Berger**    michael.berger@bankruptcypower.com, cristina.frankian@bankruptcypower.com
- **Stephen F Biegenzahn**    efile@sfblaw.com
- **Christopher L Blank**    clblank@pacbell.net
- **David W Brody**    dbrody@brody-law.com, bknotice@brody-law.com
- **Alan F Broidy**    alan@broidylaw.com, sherrie@broidylaw.com
- **Gillian N Brown**    gbrown@pszjlaw.com, gbrown@pszjlaw.com
- **Rebecca A Caley**    rcaley@caleylaw.com
- **J Sheldon Capeloto**    jcapeloto@capelotolaw.com
- **Candace Carlyon**    ccarlyon@sheacarlyon.com
- **Jeffrey D Cawdrey**    jcawdrey@gordonrees.com, ebojorquez@gordonrees.com
- **Sara Chenetz**    chenetz@blankrome.com, chang@blankrome.com
- **Mark M Clairmont**    mclairmont@gersonlaw.com
- **Russell Clementson**    russell.clementson@usdoj.gov
- **Yona Conzevoy**    yconzevoy@dwclaw.com
- **Dawn M Coulson**    dcoulson@swjlaw.com
- **Ashleigh A Danker**    adanker@kayescholer.com
- **Brian L Davidoff**    bdavidoff@rutterhobbs.com, calendar@rutterhobbs.com;jreinglass@rutterhobbs.com
- **Melissa Davis**    mdavis@shbllp.com
- **Richard K Diamond**    rdiamond@dgdk.com
- **Richard K Diamond**    jlv@dgdk.com, rdiamond@ecf.epiqsystems.com
- **Caroline Djang**    crd@jmbm.com
- **Joseph A Eisenberg**    jae@jmbm.com
- **Lei Lei Wang Ekvall**    lekvall@wgllp.com
- **James R Felton**    jfelton@greenbass.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*    **F 9013-3.1.PROOF.SERVICE**

370872.01 [XP]    25184

**ADDITIONAL SERVICE INFORMATION (continued):**

I. <u>**BY NOTICE OF ELECTRONIC FILING ("NEF")**</u>

- **H Alexander Fisch**     afisch@stutman.com
- **Michael G Fletcher**     mfletcher@frandzel.com, efiling@frandzel.com;shom@frandzel.com
- **Alan W Forsley**     awf@fredmanlieberman.com, awf@fkllawfirm.com
- **Heather Fowler**     heather.fowler@lw.com, colleen.rico@lw.com
- **Jon H Freis**     jon@jhflaw.net
- **Sandford Frey**     Sfrey@cmkllp.com
- **Philip A Gasteier**     pag@lnbrb.com
- **Randi R Geffner**     rgeffner@wccelaw.com
- **Bernard R Given**     bgiven@frandzel.com, efiling@frandzel.com;shom@frandzel.com;bgiven@frandzel.com
- **Barry S Glaser**     bglaser@swjlaw.com
- **Jeffrey I Golden**     jgolden@wgllp.com
- **Stanley E Goldich**     sgoldich@pszjlaw.com
- **David Gould**     dgould@gglawllp.com
- **Stacy W Harrison**     Stacy.Harrison@bingham.com
- **Jeffery D Hermann**     jhermann@orrick.com
- **Rochelle A Herzog**     rherzog@gershlegal.com, srobertson@gershlegal.com;hnapier@gershlegal.com
- **Kimberly D Howatt**     khowatt@gordonrees.com
- **William W Huckins**     whuckins@allenmatkins.com, clynch@allenmatkins.com
- **James KT Hunter**     jhunter@pszjlaw.com
- **Eric P Israel**     eisrael@dgdk.com
- **Seymone Javaherian**     sj@javlaw.com
- **David Joe**     djoe@rutterhobbs.com, calendar@rutterhobbs.com
- **Ira Benjamin Katz**     Ikatz@katzlaw.net
- **George H Kim**     george@gkimlaw.com
- **Yi S Kim**     ykim@greenbass.com
- **Benjamin R King**     bking@loeb.com, kpresson@loeb.com
- **Stuart I Koenig**     Skoenig@cmkllp.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                                                          **F 9013-3.1.PROOF.SERVICE**

370872.01 [XP].     25184

**ADDITIONAL SERVICE INFORMATION (continued):**

I. **BY NOTICE OF ELECTRONIC FILING ("NEF")**

- **John P Kreis**   jkreis@attglobal.net
- **Jeffrey A Krieger**   jkrieger@ggfirm.com
- **Joseph W Kruchek**   joe.kruchek@kutakrock.com
- **Pamela Labruyere**   pamela@sgsslaw.com
- **Jennifer Leland**   jleland@pwkllp.com
- **Ron Maroko**   ron.maroko@usdoj.gov
- **Elmer D Martin**   elmermartin@gmail.com
- **Daniel J McCarthy**   dmccarthy@hillfarrer.com
- **Scotta E McFarland**   smcfarland@pszjlaw.com, smcfarland@pszjlaw.com
- **David W. Meadows**   david@davidwmeadowslaw.com
- **Hal M Mersel**   mark.mersel@bryancave.com
- **Lawrence C Meyerson**   lcmlaw@earthlink.net
- **Elissa Miller**   emiller@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com
- **Susan I Montgomery**   susan@simontgomerylaw.com
- **Monserrat Morales**   mmorales@pwkllp.com
- **Randall P Mroczynski**   randym@cookseylaw.com
- **Alan I Nahmias**   anahmias@mbnlawyers.com, jdale@mirmanbubman.com
- **R. Todd Neilson**   tneilson@ecf.epiqsystems.com, vdoran@brg-expert.com;sgreenan@brg-expert.com
- **R. Todd Neilson (TR)**   tneilson@brg-expert.com, vdoran@brg-expert.com;sgreenan@brg-expert.com
- **David Norouzi**   david@norouzi.us
- **Scott H Noskin**   snoskin@mbnlawyers.com, krose@mbnlawyers.com;amcdow@mbnlawyers.com
- **William Novotny**   william.novotny@mwmf.com
- **Walter K Oetzell**   woetzell@dgdk.com
- **Sam S Oh**   sam.oh@limruger.com, julie.yu@limruger.com;amy.lee@limruger.com
- **Randy P Orlik**   rorlik@coxcastle.com
- **Malhar S Pagay**   mpagay@pszjlaw.com, mpagay@pszjlaw.com
- **Jenny Y Park Garner**   jpark@sheppardmullin.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*    **F 9013-3.1.PROOF.SERVICE**
370872.01 [XP]    25184

**ADDITIONAL SERVICE INFORMATION (continued):**

I. **BY NOTICE OF ELECTRONIC FILING ("NEF")**

- **Lawrence Peitzman**   lpeitzman@pwkllp.com
- **Leo D Plotkin**   lplotkin@lsl-la.com, dsmall@lsl-la.com
- **David M Poitras**   dpoitras@jmbm.com
- **Samuel Price**   sprice@pooleshaffery.com
- **Uzzi O Raanan**   uor@dgdk.com, DanningGill@Gmail.com
- **Christopher S Reeder**   ecfnotices@reederlu.com
- **Leslie T Riansanovsky**   lr@gallagherandmoore.com
- **Jeremy E Rosenthal**   jrosenthal@sidley.com
- **Neal Salisian**   neal.salisian@salisianlee.com
- **Damon G Saltzburg**   ds@srblaw.com, cs@srblaw.com
- **Henley L Saltzburg**   hls@srblaw.com
- **Allan D Sarver**   ADSarver@aol.com
- **Benjamin Seigel**   bseigel@buchalter.com, IFS_filing@buchalter.com
- **David B Shemano**   dshemano@pwkllp.com
- **Leonard M Shulman**   lshulman@shbllp.com
- **Ryan J Stonerock**   rstonerock@wrslawyers.com
- **Nico N Tabibi**   nico@tabibilaw.com
- **Sam Tabibian**   sam.tabibian@gmail.com
- **Derrick Talerico**   dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com
- **David A Tilem**   davidtilem@tilemlaw.com, malissamurguia@tilemlaw.com;dianachau@tilemlaw.com;kmishigian@tilemlaw.com
- **Alan G Tippie**   atippie@sulmeyerlaw.com, jbartlett@sulmeyerlaw.com;kfox@sulmeyerlaw.com
- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov
- **Howard J Weg**   hweg@pwkllp.com
- **Michael H Weiss**   mw@weissandspees.com, lm@weissandspees.com;jb@weissandspees.com
- **Monika S Wiener**   mwiener@dl.com
- **Katherine Winder**   kwinder@wcclaw.com, amillman@wccelaw.com
- **Kimberly S Winick**   kwinick@clarktrev.com
- **David M Wiseblood**   dwiseblood@seyfarth.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*

370872.01 [XP]    25184

**F 9013-3.1.PROOF.SERVICE**

**ADDITIONAL SERVICE INFORMATION (continued):**

I. **BY NOTICE OF ELECTRONIC FILING ("NEF")**

- **Richard Lee Wynne**    rlwynne@jonesday.com, sjperry@jonesday.com
- **Beth Ann R Young**    bry@lnbrb.com
- **Afshin Youssefyeh**    ady@adylaw.com
- **Dean A Ziehl**    dziehl@pszjlaw.com, dziehl@pszjlaw.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                                                      **F 9013-3.1.PROOF.SERVICE**

370872.01 [XP]        25184