RICHARD K. DIAMOND (State Bar No. 070634)
rdiamond@dgdk.com
WALTER K. OETZELL (State Bar No. 109769)
woetzell@dgdk.com
UZZI O. RAANAN (State Bar No. 162747)
uraanan@dgdk.com
DANNING, GILL, DIAMOND & KOLLITZ, LLP
2029 Century Park East, Third Floor
Los Angeles, California 90067
Telephone:   (310) 277-0077
Facsimile:   (310) 277-5735

Attorneys for R. Todd Neilson, Chapter 11 Trustee
for the Estate of Ezri Namvar

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| In re | Case No. 2:08-bk-32349-BR |
|---|---|
| EZRI NAMVAR, | Chapter 7 |
| Debtors. | STIPULATION TO CONTINUE HEARING ON: |
| | (1)  DISCLOSURE STATEMENT WITH RESPECT TO JOINT CHAPTER 11 PLAN FOR NAMCO CAPITAL GROUP, INC., EZRI NAMVAR, BESHMADA, LLC, BESHMADA OF DELAWARE, LLC AND DIMES, LLC PROPOSED BY CHAPTER 11 TRUSTEES AND DIP DEBTORS; AND |
| | (2)  DISCLOSURE STATEMENT WITH RESPECT TO CHAPTER 11 PLAN FILED BY THE OFFICIAL UNSECURED CREDITORS COMMITTEE FOR NAMCO CAPITAL GROUP AND EZRI NAMVAR |
| | DECLARATION OF DAVID M. POITRAS IN SUPPORT THEREOF |
| | Date:    October 5, 2011<br>Time:   10:00 a.m.<br>Ctrm.:   1668 |

493840.1 25184

1

TO THE HONORABLE BARRY RUSSELL, UNITED STATES BANKRUPTCY JUDGE, AND INTERESTED PARTIES:

THIS STIPULATION is entered into by and among R. Todd Neilson, the duly qualified and acting chapter 11 trustee of Ezri Namvar ("Namvar"), the debtor in case no. 2:08-bk-32349-BR (the "Namvar Trustee"), Bradley D. Sharp, the duly qualified and acting chapter 11 trustee (the "Namco Trustee") for the bankruptcy estate of Namco Capital Group, Inc. ("Namco"), the debtor in case no. 2:08-bk-32333-BR, the Official Unsecured Creditors' Committee of Namco (the "Namco Committee"), the Official Unsecured Creditors' Committee of Namvar (the "Namvar Committee")(collectively, the "Committees"), Beshmada, LLC, debtor and debtor in possession in case no. 2:09-bk-25510-BR ("Beshmada"), Beshmada of Delaware, LLC, debtor and debtor in possession in case no. 2:09-bk-25523-BR ("Beshmada DE"), and Dimes, LLC, debtor and debtor in possession in case no. 2:09-bk-25517 ("Dimes")(Beshmada, Beshmada DE and Dimes are collectively referred to hereinafter as the "DIP Debtors"), and is set forth below. The Namvar Trustee, the Namco Trustee, the DIP Debtors and the Committees are collectively referred to hereinafter in this Stipulation as the "Parties".

## RECITALS

A. On March 31, 2011, the Committees filed that certain *Plan of Reorganization filed by the Official Committee of Unsecured Creditors for Namco Capital Group, Inc. and Official Committee of Unsecured Creditors for Ezri Namvar* (Docket No. 1378) along with that certain *Disclosure Statement to Accompany Plan of Reorganization filed by the Official Committee of Unsecured Creditors for Namco Capital Group, Inc. and Official Committee of Unsecured Creditors for Ezri Namvar* (Docket No. 1379) in the Namco and Namvar cases (the "Committee Plan").

B. July 5, 2011, the Trustees, and the DIP Debtors filed that certain *Joint Chapter 11 Plan for Namco Capital Group, Inc., Ezri Namvar, Beshmada, LLC, Beshmada of Delaware, LLC and Dimes, LLC* (Docket No. 1469) along with that certain *Disclosure Statement with Respect to Joint Chapter 11 Plan for Namco Capital Group, Inc., Ezri Namvar, Beshmada, LLC, Beshmada of Delaware, LLC and Dimes, LLC* (Docket No. 1470)(the "Joint Plan").

C. A hearing to consider the adequacy of the information contained in the Disclosure Statements which accompany the Committee Plan and the Joint Plan are presently set for October 5, 2011 at 10:00 a.m. (the "Hearing").

D. The Trustees and the Committees have recently entered into a Plan Support Agreement, the intent of which is for the Joint Plan filed by the Trustees and the DIP Debtors to be amended to be a consensual chapter 11 plan with the Committees.

E. Accordingly, the Trustees, the DIP Debtors and the Committees request that the Hearing on the Disclosure Statements for both the Committee Plan and the Joint Plan be continued to the first available Court date approximately 75 days forward.

## STIPULATION

The Parties intending to be bound hereby, stipulate and agree as follows, subject to Court approval.

1. The recitals of paragraphs A through E above are incorporated herein by reference as if set forth as length herein.

2. The October 5, 2011 Hearing on the Disclosure Statements for both the Committee Plan and the Joint Plan shall be continued to the first available Court date after December 19, 2011.

3. This stipulation may be executed in counterparts, all of which shall be taken together as a single document. In order to expedite the agreement contained herein, electronic, telecopied or PDF'd signatures may be used in place of original signatures on this stipulation or any document delivered pursuant hereto. The Parties intend to be bound by the signatures on the electronic, telecopied or PDF'd document, are aware that the other Parties will rely on the electronic, telecopied or PDF'd signatures, and hereby waive any defenses to the enforcement of the terms of this stipulation based on the form of signature.

///
///
///
///

493840.1  25184                                     3

**IT IS SO STIPULATED AND AGREED.**

Dated: September 20, 2011            DANNING, GILL, DIAMOND & KOLLITZ LLP

By: /s/ Uzzi O. Raanan
   Uzzi O. Raanan
   Attorneys for R. Todd Neilson,
   Chapter 11 Trustee for Ezri Namvar

Dated: September 20, 2011            JEFFER MANGELS BUTLER & MITCHELL LLP

By: /s/ David M. Poitras
   David P. Poitras P.C.
   Attorneys for Bradley D. Sharp
   Chapter 11 Trustee for Namco Capital Group, Inc.

Dated: September 20, 2011            CREIM MACIAS KOENIG & FREY LLP

By: /s/ Stuart I. Koenig
   Stuart I. Koenig
   Attorneys for Official Unsecured Creditors'
   Committee of Namco Capital Group, Inc.

Dated: September 20, 2011            LAW OFFICES OF DAVID W. MEADOWS

By: /s/ David W. Meadows
   David W. Meadows
   Attorneys for Beshmada, LLC, Beshmada of
   Delaware, LLC and Dimes, LLC, Debtors and
   Debtors in Possession

Dated: September 20, 2011            SHULMAN HODGES & BASTIAN LLP

By: /s/ Melissa Davis
   Melissa Davis
   Attorneys for Official Unsecured Creditors'
   Committee of Ezri Namvar

# DECLARATION

## DECLARATION OF DAVID M. POITRAS

I, DAVID M. POITRAS declare as follows:

1. I am an attorney duly admitted to practice law in the State of California and before the United States District Court for the Central District of California. I am the principal of a professional corporation which is a partner in Jeffer Mangels Butler & Mitchell LLP ("JMBM"), general counsel for the Namco Trustee. Except as otherwise stated, each of the facts contained in this declaration is based upon my personal knowledge and if called upon to do so, I could competently testify thereto. Capitalized terms used in this declaration and not defined herein have the same meaning ascribed to such terms in the Stipulation.

2. On March 31, 2011, the Committees filed that certain *Plan of Reorganization filed by the Official Committee of Unsecured Creditors for Namco Capital Group, Inc. and Official Committee of Unsecured Creditors for Ezri Namvar* (Docket No. 1378) along with that certain *Disclosure Statement to Accompany Plan of Reorganization filed by the Official Committee of Unsecured Creditors for Namco Capital Group, Inc. and Official Committee of Unsecured Creditors for Ezri Namvar* (Docket No. 1379) in the Namco and Namvar cases (the "Committee Plan").

3. July 5, 2011, the Trustees, and the DIP Debtors filed that certain *Joint Chapter 11 Plan for Namco Capital Group, Inc., Ezri Namvar, Beshmada, LLC, Beshmada of Delaware, LLC and Dimes, LLC* (Docket No. 1469) along with that certain *Disclosure Statement with Respect to Joint Chapter 11 Plan for Namco Capital Group, Inc., Ezri Namvar, Beshmada, LLC, Beshmada of Delaware, LLC and Dimes, LLC* (Docket No. 1470)(the "Joint Plan").

4. A hearing to consider the adequacy of the information contained in the Disclosure Statements which accompany the Committee Plan and the Joint Plan are presently set for October 5, 2011 at 10:00 a.m. (the "Hearing").

5. The Trustees and the Committees have recently entered into a Plan Support Agreement, the intent of which is for the Joint Plan filed by the Trustees and the DIP Debtors to be amended to be a consensual chapter 11 plan with the Committees.

6.    Accordingly, the Trustees, the DIP Debtors and the Committees request that the Hearing on the Disclosure Statements for both the Committee Plan and the Joint Plan be continued to the first available Court date approximately 75 days forward to allow the parties time to amend the Joint Plan filed by the Trustees and the DIP Debtors to be a consensual plan with the Committees.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is being executed this 20th day of September 2011, in Los Angeles, California.

　　　　　　　　　　　　　　　　　　　　　*/s/ David M. Poitras*
　　　　　　　　　　　　　　　　　　　　　DAVID M. POITRAS

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 2029 Century Park East, Third Floor, Los Angeles, CA 90067.

A true and correct copy of the foregoing document described as **STIPULATION TO CONTINUE HEARING ON: (1) DISCLOSURE STATEMENT WITH RESPECT TO JOINT CHAPTER 11 PLAN FOR NAMCO CAPITAL GROUP, INC., EZRI NAMVAR, BESHMADA, LLC, BESHMADA OF DELAWARE, LLC AND DIMES, LLC PROPOSED BY CHAPTER 11 TRUSTEES AND DIP DEBTORS; AND (2) DISCLOSURE STATEMENT WITH RESPECT TO CHAPTER 11 PLAN FILED BY THE OFFICIAL UNSECURED CREDITORS COMMITTEE FOR NAMCO CAPITAL GROUP AND EZRI NAMVAR DECLARATION OF DAVID M. POITRAS IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On September 21, 2011 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address indicated below:

☒ Service Information continued on attached page.

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL (indicate method for each person or entity served):** On September 21, 2011, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Via U.S. Mail:
Debtor: Ezri Namvar, 12855 Parkyns Street, Los Angeles, CA 90049

☐ Service Information continued on attached page.

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P.5 and/or controlling LBR, on September 21, 2011 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method ) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Via Personal Delivery: The Honorable Barry Russell, U.S. Bankruptcy Court, Roybal Federal Building, Bin outside of Suite 1660, 255 E. Temple Street, Los Angeles, CA 90012-3332

Via E-mail: Bradley Sharp, namco@dsi.biz

☐ Service Information continued on attached page.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 21, 2011 | Martha Gonzalez | *(signature)* |
|---|---|---|
| Date | Type Name | Signature |

493840.1  25184  This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010    **F 9013-3.1.PROOF.SERVICE**

**ADDITIONAL SERVICE INFORMATION:**

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

**Theresa W Bangert** tbangert@sheppardmullin.com
**William Bates** bill.bates@bingham.com
**Richard T Baum** rickbaum@hotmail.com, rickbaum@hotmail.com
**Michael Jay Berger** michael.berger@bankruptcypower.com, maritza.arizaga@bankruptcypower.com
**Stephen F Biegenzahn** efile@sfblaw.com
**Christopher L Blank** clblank@pacbell.net
**David W Brody** dbrody@brody-law.com, bknotice@brody-law.com
**Alan F Broidy** alan@broidylaw.com, sherrie@broidylaw.com
**Gillian N Brown** gbrown@pszjlaw.com, gbrown@pszjlaw.com
**Rebecca A Caley** rcaley@caleylaw.com
**J Sheldon Capeloto** jcapeloto@capelotolaw.com
**Candace Carlyon** ccarlyon@sheacarlyon.com
**Jeffrey D Cawdrey** jcawdrey@gordonrees.com, ebojorquez@gordonrees.com
**Sara Chenetz** chenetz@blankrome.com, chang@blankrome.com;darling@blankrome.com
**Mark M Clairmont** mclairmont@gersonlaw.com
**Russell Clementson** russell.clementson@usdoj.gov
**Yona Conzevoy** yconzevoy@dwclaw.com
**Dawn M Coulson** dcoulson@swjlaw.com
**Ashleigh A Danker** adanker@kayescholer.com
**Brian L Davidoff** bdavidoff@rutterhobbs.com, calendar@rutterhobbs.com;jreinglass@rutterhobbs.com
**Melissa Davis** mdavis@shbllp.com
**Richard K Diamond** rdiamond@dgdk.com
**Richard K Diamond** jlv@dgdk.com, rdiamond@ecf.epiqsystems.com
**Caroline Djang** crd@jmbm.com
**Joseph A Eisenberg** jae@jmbm.com
**Lei Lei Wang Ekvall** lekvall@wgllp.com
**James R Felton** jfelton@greenbass.com
**H Alexander Fisch** afisch@stutman.com
**Michael G Fletcher** mfletcher@frandzel.com, efiling@frandzel.com;shom@frandzel.com
**Alan W Forsley** awf@fredmanlieberman.com, awf@fkllawfirm.com;addy@fkllawfirm.com
**Heather Fowler** heather.fowler@lw.com, colleen.rico@lw.com
**Jon H Freis** jon@jhflaw.net
**Sandford Frey** Sfrey@cmkllp.com
**Philip A Gasteier** pag@lnbrb.com
**Randi R Geffner** rgeffner@wccelaw.com
**Julia P Gibbs** legalgibbs@gmail.com
**Bernard R Given** bgiven@frandzel.com, efiling@frandzel.com;shom@frandzel.com;bgiven@frandzel.com
**Barry S Glaser** bglaser@swjlaw.com
**Jeffrey I Golden** jgolden@wgllp.com
**Stanley E Goldich** sgoldich@pszjlaw.com
**David Gould** dgould@gglawllp.com
**Matthew Grimshaw** mgrimshaw@rutan.com
**Stacy W Harrison** Stacy.Harrison@bingham.com
**Rochelle A Herzog** rherzog@gershlegal.com, srobertson@gershlegal.com;hnapier@gershlegal.com
**Kimberly D Howatt** khowatt@gordonrees.com
**William W Huckins** whuckins@allenmatkins.com, clynch@allenmatkins.com
**James KT Hunter** jhunter@pszjlaw.com
**Eric P Israel** eisrael@dgdk.com
**Seymone Javaherian** sj@javlaw.com
**Peter F Jazayeri** jazayeri@blankrome.com
**David Joe** djoe@rutterhobbs.com, calendar@rutterhobbs.com
**Jerome Kaplan** kapkenkd@pacbell.net
**Ira Benjamin Katz** IKatz@GershuniKatz.com
**George H Kim** george@gkimlaw.com

493840.1 25184 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                                                              **F 9013-3.1.PROOF.SERVICE**

**ADDITIONAL SERVICE INFORMATION: (continued)**

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

**Yi S Kim** ykim@greenbass.com
**Benjamin R King** bking@loeb.com, kpresson@loeb.com
**Stuart I Koenig** Skoenig@cmkllp.com
**John P Kreis** jkreis@attglobal.net
**Jeffrey A Krieger** jkrieger@ggfirm.com
**Pamela Labruyere** pamela@sgsslaw.com
**Jennifer Leland** jleland@pwkllp.com
**Ron Maroko** ron.maroko@usdoj.gov
**Elmer D Martin** elmermartin@gmail.com
**Daniel J McCarthy** dmccarthy@hillfarrer.com
**Scotta E McFarland** smcfarland@pszjlaw.com, smcfarland@pszjlaw.com
**Alexis M McGinness** amm@jmbm.com, vr@jmbm.com;fc3@jmbm.com
**David W. Meadows** david@davidwmeadowslaw.com
**Hal M Mersel** mark.mersel@bryancave.com
**Lawrence C Meyerson** lcmlaw@earthlink.net
**Elissa Miller** emiller@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com
**Susan I Montgomery** susan@simontgomerylaw.com
**Monserrat Morales** mmorales@pwkllp.com
**Randall P Mroczynski** randym@cookseylaw.com
**Alan I Nahmias** anahmias@mbnlawyers.com, jdale@mirmanbubman.com
**R. Todd Neilson** tneilson@ecf.epiqsystems.com, vdoran@brg-expert.com;sgreenan@brg-expert.com
**R. Todd Neilson (TR)** tneilson@brg-expert.com, vdoran@brg-expert.com;sgreenan@brg-expert.com
**David Norouzi** david@norouzi.us
**Scott H Noskin** snoskin@mbnlawyers.com, krose@mbnlawyers.com;amcdow@mbnlawyers.com
**William Novotny** william.novotny@mwmf.com
**Walter K Oetzell** woetzell@dgdk.com
**Sam S Oh** sam.oh@limruger.com, julie.yu@limruger.com;amy.lee@limruger.com
**Randy P Orlik** rorlik@coxcastle.com
**Malhar S Pagay** mpagay@pszjlaw.com, mpagay@pszjlaw.com
**Jenny Y Park Garner** jpark@sheppardmullin.com
**Lawrence Peitzman** lpeitzman@pwkllp.com
**Leo D Plotkin** lplotkin@lsl-la.com, dsmall@lsl-la.com
**David M Poitras** dpoitras@jmbm.com
**Samuel Price** sprice@pooleshaffery.com
**Uzzi O Raanan** uor@dgdk.com, DanningGill@Gmail.com
**Christopher S Reeder** CSReeder@rkmc.com, ECVong@rkmc.com;CCNaud@rkmc.com;LECalderon@rkmc.com
**Leslie T Riansanovsky** lr@gallagherandmoore.com
**Ronald N Richards** ron@ronaldrichards.com
**Jeremy E Rosenthal** jrosenthal@sidley.com
**Rachel S Ruttenberg** rruttenberg@gmail.com
**Neal Salisian** neal.salisian@salisianlee.com, richard.lee@salisianlee.com;christina.cordero@salisianlee.com
**Damon G Saltzburg** ds@srblaw.com, cs@srblaw.com
**Henley L Saltzburg** hls@srblaw.com, ar@srblaw.com;lb@srblaw.com
**Allan D Sarver** ADSarver@aol.com
**Benjamin Seigel** bseigel@buchalter.com, IFS_filing@buchalter.com
**David B Shemano** dshemano@pwkllp.com
**Leonard M Shulman** lshulman@shbllp.com
**Ryan J Stonerock** rstonerock@wrslawyers.com
**Nico N Tabibi** nico@tabibilaw.com
**Sam Tabibian** sam.tabibian@gmail.com
**Derrick Talerico** dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com
**David A Tilem** davidtilem@tilemlaw.com, malissamurguia@tilemlaw.com;dianachau@tilemlaw.com;kmishigian@tilemlaw.com
**Alan G Tippie** atippie@sulmeyerlaw.com, jbartlett@sulmeyerlaw.com;kfox@sulmeyerlaw.com

493840.1 25184 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                  **F 9013-3.1.PROOF.SERVICE**

**ADDITIONAL SERVICE INFORMATION: (continued)**

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

**United States Trustee (LA)** ustpregion16.la.ecf@usdoj.gov
**Elissa A Wagner** ewagner@pszjlaw.com
**Matthew S Walker** matthew.walker@pillsburylaw.com,
sue.hodges@pillsburylaw.com;pamela.breeden@pillsburylaw.com
**Howard J Weg** hweg@pwkllp.com
**Michael H Weiss** mw@weissandspees.com, lm@weissandspees.com;jb@weissandspees.com
**Monika S Wiener** mwiener@dl.com
**Katherine Winder** kwinder@wcclaw.com, amillman@wccelaw.com
**Kimberly S Winick** kwinick@clarktrev.com
**David M Wiseblood** dwiseblood@seyfarth.com
**Richard Lee Wynne** rlwynne@jonesday.com, sjperry@jonesday.com
**Beth Ann R Young** bry@lnbyb.com
**Afshin Youssefyeh** ady@adylaw.com
**Dean A Ziehl** dziehl@pszjlaw.com, dziehl@pszjlaw.com

493840.1  25184 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                                    **F 9013-3.1.PROOF.SERVICE**