1  RICHARD K. DIAMOND (State Bar No. 070634)
   rdiamond@dgdk.com
2  WALTER K. OETZELL (State Bar No. 109769)
   woetzell@dgdk.com
3  UZZI O. RAANAN (State Bar No. 162747)
   uraanan@dgdk.com
4  DANNING, GILL, DIAMOND & KOLLITZ, LLP
   1900 Avenue of the Stars, 11th Floor
5  Los Angeles, California 90067
   Telephone:   (310) 277-0077
6  Facsimile:    (310) 277-5735

7  Attorneys for R. Todd Neilson, Chapter 11 Trustee
   for the Estate of Ezri Namvar
8
   DAVID M. POITRAS P.C. (State Bar No. 141309)
9  dpoitras@jmbm.com
   JEFFER MANGELS BUTLER & MITCHELL LLP
10 1900 Avenue of the Stars, Seventh Floor
   Los Angeles, California 90067-4308
11 Telephone: (310) 203-8080/Facsimile: (310) 203-0567

12 Counsel for Bradley D. Sharp, Chapter 11 Trustee
   for Namco Capital Group, Inc.

FILED & ENTERED

FEB 10 2014

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>EZRI NAMVAR,<br><br>        Debtor. | Case No. 2:08-bk-32349-BR<br><br>Chapter 7<br><br>**ORDER ON INTERIM AND FINAL APPLICATIONS OF CHAPTER 11 TRUSTEES AND PROFESSIONALS FOR APPROVAL AND PAYMENT OF INTERIM AND FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES**<br><br>Date:    January 28, 2014<br>Time:   10:00 a.m.<br>Ctrm.:  "1668"<br>        255 E. Temple Street<br>        Los Angeles, CA 90012 |

On January 28, 2014, at 10:00 a.m., there came on for hearing (the "Hearing") before this Court the various interim and final fee applications of the chapter 11 trustees and professionals employed in the above-referenced cases (collectively, the "Applications").

1183456.2  26122                                    1

1  Appearances at the Hearing are as noted in the record.

2  Having considered the Applications, all written objections to the Applications and joinders

3  thereto, the evidence filed in connection with, and arguments of counsel and parties made at, the

4  Hearing; and upon the entire record of such Hearing and this case; and after due deliberation

5  thereon, and it appearing that adequate and sufficient notice of the Applications has been provided,

6  and good cause appearing therefore,

7  **IT IS HEREBY ORDERED:**

8  A. All objections to the Applications are overruled on the merits.

9  B. Fees and costs are allowed on an interim basis in the Namco bankruptcy case as set

10 forth below.

| Professional/Name | Time Period | Fees Requested | Expense Reimb. | Total |
|---|---|---|---|---|
| Jeffer Mangels Butler & Mitchell LLP<br>1900 Avenue of the Stars, 7th Floor<br>Los Angeles, CA 90067<br><br>Attn:   David M. Poitras P.C.<br><br>*Counsel to Bradley D. Sharp, Chapter 11 Trustee for the Namco Capital Group Bankruptcy Estate* | 9/21/2013 - 11/12/2013 | $138,368.50 | $2,309.52 | $140,678.02 |
| Bradley D. Sharp<br>333 South Grand Avenue<br>Suite 4070<br>Los Angeles, CA 90071<br><br>*Chapter 11 Trustee for the Namco Capital Group Bankruptcy Estate* | 9/1/2013 – 11/12/2013 | ($32,096.65) | $538.29 | ($31,558.36) |

1183456.2  26122

2

| Professional/Name | Time Period | Fees Requested | Expense Reimb. | Total |
|---|---|---|---|---|
| Ezra Brutzkus Gubner LLP<br>21650 Oxnard Street, Suite 500<br>Woodland Hills, CA 91367<br><br>Attn:  Steven T. Gubner<br>         Robyn B. Sokol<br><br>*Special Counsel to Bradley D. Sharp, Chapter 11 Trustee for the Namco Capital Group Bankruptcy Estate* | 9/1/2013 – 11/12/2013 | $121,998.00 | $1,848.75 | $123,846.75 |
| BRG, LLC<br>2049 Century Park East, Suite 2525<br>Los Angeles, CA 90067<br><br>Attn:  David Judd<br><br>*Accountants to Bradley D. Sharp, Chapter 11 Trustee for the Namco Capital Group Bankruptcy Estate* | 9/1/2013 – 11/12/2013 | $143,795.25 | $712.53 | $144,507.78[1] |
| Neufeld, Marks<br>360 East Second Street, Suite 703<br>Los Angeles, CA 90012<br><br>Attn:   Timothy L. Neufeld<br><br>*Special Counsel to Bradley D. Sharp, Chapter 11 Trustee for the Namco Capital Group Bankruptcy Estate* | 9/1/2013 – 11/12/2013 | $6,615.50 | $546.37 | $7,161.87 |

---

[1]  BRG's total fees and costs between the two estates is $289,015.55, which amount is split equally between the Namco and Namvar estates.

| Professional/Name | Time Period | Fees Requested | Expense Reimb. | Total |
|---|---|---|---|---|
| Creim, Macias, Koenig & Frey LLP<br>633 West 5th Street, Suite 5100<br>Los Angeles, CA 90071<br><br>Attn:   Stuart I. Koenig<br><br>*Counsel to the Official Committee of Unsecured Creditors of Namco Capital Group, Inc.* | 9/1/2013 – 11/12/2013 | $9,405.00 | $1,082.45 | $10,487.45 |
| Creim, Macias, Koenig & Frey LLP<br>633 West 5th Street, Suite 5100<br>Los Angeles, CA 90071<br><br>Attn:   Stuart I. Koenig<br><br>*Special Claims Counsel to Bradley D. Sharp, Chapter 11 Trustee for the Namco Capital Group Bankruptcy Estate* | 9/1/2013 – 11/12/2013 | $4,306.50 | $1,275.39 | $5,581.89 |
| Pachulski Stang Ziehl & Jones LLP<br>10100 Santa Monica Boulevard<br>13th Floor<br>Los Angeles, CA 90067<br><br>Attn: Gillian N. Brown<br><br>*Special Counsel to Bradley D. Sharp, Chapter 11 Trustee for the Namco Capital Group Bankruptcy Estate* | 8/1/2013 – 11/12/2013 | $1,806,603.25 | $107,928.89 | $1,914,532.14 |
| Development Specialists, Inc.<br>333 South Grand Avenue,<br>Suite 4070<br>Los Angeles, CA 90071-1544<br><br>Attn: Eric Held<br><br>*Financial Advisors to Bradley D. Sharp, Chapter 11 Trustee for the Namco Capital Group Bankruptcy Estate* | 9/1/2013 – 11/12/2013 | $119,023.00 | $17.79 | $119,040.79 |

1183456.2  26122

4

| Professional/Name | Time Period | Fees Requested | Expense Reimb. | Total |
|---|---|---|---|---|
| Jones Day<br>555 South Flower Street<br>Los Angeles, CA 90071<br><br>Attn: Richard L. Wynne<br><br>*Special Counsel to Bradley D. Sharp, Chapter 11 Trustee for the Namco Capital Group Bankruptcy Estate* | 9/1/2013 – 11/12/2013 | $1,635.00 | $168.62 | $1,803.62[2] |
| FTI Consulting<br>633 West Fifth Street, 16th Floor<br>Los Angeles, CA 90071<br><br>Attn: M. Freddie Reiss<br><br>*Financial Advisers to the Official Committee of Unsecured Creditors of Namco Capital Group, Inc.* | 9/1/2012 – 11/12/2013 | $2,724.00 | $0.00 | $2,724.00 |
| Lobel, Neue & Till LLP<br>840 Newport Center Drive,<br>Suite 750<br>Newport Beach, CA 92660<br><br>Attn: Mike Neue<br><br>*Co-Counsel to the Official Committee of Unsecured Creditors of Namco Capital Group, Inc.* | 9/1/2012 – 11/12/2013 | $20,058.50 | $0.00 | $20,058.50 |
| Intelligent Discovery Solutions, Inc.<br>535 Anton Blvd., Suite 850<br>Costa Mesa, CA 92626<br><br>Attn:  James Vaughn<br>         Managing Director<br><br>*Computer Consultants* | 8/1/2013 – 10/31/2013 | $540.00 | $8,558.70 | $9,098.70 |

---

[2] Jones Day's total fees and costs between the two estates is $3,607.24, which amount is split equally between the Namco and Namvar estates.

| Professional/Name | Time Period | Fees Requested | Expense Reimb. | Total |
|---|---|---|---|---|
| Peitzman Weg LLP<br>10100 Santa Monica Boulevard<br>Suite 1450<br>Los Angeles, CA 90067<br><br>Attn:   David B. Shemano<br><br>*Special Counsel to Bradley D. Sharp, Chapter 11 Trustee for the Namco Capital Group Bankruptcy Estate.* | 9/1/2011 – 12/31/2012 | $7,336.50 | $360.88 | $7,697.38 |

C.   Fees and costs are allowed on a final basis in the *Namco* bankruptcy case as set forth below.

| Professional/Name | Time Period | Fees Requested | Expense Reimb. | Total |
|---|---|---|---|---|
| Jeffer Mangels Butler & Mitchell LLP<br>1900 Avenue of the Stars, 7th Floor<br>Los Angeles, CA 90067<br><br>Attn:   David M. Poitras P.C.<br><br>*Counsel to Bradley D. Sharp, Chapter 11 Trustee for the Namco Capital Group Bankruptcy Estate* | 5/5/2009 - 11/12/2013 | $5,910,836.00 | $134,395.35 | $6,045,231.35 |
| Bradley D. Sharp<br>333 South Grand Avenue<br>Suite 4070<br>Los Angeles, CA 90071<br><br>*Chapter 11 Trustee for the Namco Capital Group Bankruptcy Estate* | 5/8/2009 – 11/12/2013 | $3,132,601.80 | $106,841.22 | $3,239,443.02 |

1183456.2  26122

6

| Professional/Name | Time Period | Fees Requested | Expense Reimb. | Total |
|---|---|---|---|---|
| Nicholas F. Klein<br>12121 Wilshire Boulevard<br>Suite 1400<br>Los Angeles, CA 90025<br><br>Attn:   Nicolas F. Klein<br><br>*Former Attorneys for Namco Capital Group, Inc., Debtor and Former Debtor-in-Possession and Special Real Estate Counsel to the Namco Trustee* | 1/28/2009 – 2/9/2010 | $42,502.50 | $8.00 | $42,510.50 |
| Peitzman Weg LLP<br>10100 Santa Monica Boulevard<br>Suite 1450<br>Los Angeles, CA 90067<br><br>Attn:   David B. Shemano<br><br>*Special Counsel to Bradley D. Sharp, Chapter 11 Trustee for the Namco Capital Group Bankruptcy Estate.* | 1/28/2009 – 12/31/2012 | $1,061,288.00 | $32,629.58 | $1,093,917.58 |
| **Stinson Morrison Hecker LLP**<br>1850 N. Central Avenue<br>Suite 2100<br>Phoenix, AZ 85004-4584<br><br>Attn: **Christopher Simpson**<br><br>*Special Litigation Counsel to Bradley D. Sharp, Chapter 11 Trustee for the Namco Capital Group Bankruptcy Estate* | 11/1/2009 – 11/19/2010 | $34,263.50 | $413.24 | $34,676.74 |
| Baker & McKenzie LLP<br>12544 High Bluff Drive<br>Third Floor<br>San Diego, CA 92130<br><br>*Former Attorneys for Namco Capital Group, Inc., Debtor and Former Debtor-in-Possession* | 1/29/2009 – 9/30/2009 | $241,967.50 | $2,836.75 | $244,804.25 |

| Professional/Name | Time Period | Fees Requested | Expense Reimb. | Total |
|---|---|---|---|---|
| LECG<br>2049 Century Park East, Suite 2525<br>Los Angeles, California 90067<br><br>*Former Accountants to Bradley D. Sharp, Chapter 11 Trustee for the Namco Capital Group Bankruptcy Estate* | 3/9/2009 – 2/28/2011 | $2,214,609.13 | $37,199.85 | $2,251,808.98[3] |
| Ezra Brutzkus Gubner LLP<br>21650 Oxnard Street, Suite 500<br>Woodland Hills, CA 91367<br><br>Attn:    Steven T. Gubner<br>           Robyn B. Sokol<br><br>*Special Counsel to Bradley D. Sharp, Chapter 11 Trustee for the Namco Capital Group Bankruptcy Estate* | 6/5/2009 – 11/12/2013 | $5,921,215.60 | $128,195.10 | $6,049,410.70 |
| BRG, LLC<br>2049 Century Park East, Suite 2525<br>Los Angeles, CA 90067<br><br>Attn:  David Judd<br><br>*Accountants to Bradley D. Sharp, Chapter 11 Trustee for the Namco Capital Group Bankruptcy Estate* | 3/1/2011 – 11/12/2013 | $2,513,547.70 | $9,325.15 | $2,522,872.85[4] |

---

[3] LECG's total fees and costs between the two estates is $4,503,617.96, which amount is split equally between the Namco and Namvar estates.

[4] BRG's total fees and costs between the two estates is $5,045,745.69, which amount is split equally between the Namco and Namvar estates.

1183456.2  26122                                            8

| Professional/Name | Time Period | Fees Requested | Expense Reimb. | Total |
|---|---|---|---|---|
| Neufeld Marks<br>360 East Second Street, Suite 703<br>Los Angeles, CA 90012<br><br>Attn:    Timothy L. Neufeld<br><br>*Special Counsel to Bradley D. Sharp, Chapter 11 Trustee for the Namco Capital Group Bankruptcy Estate* | 1/29/2009 – 11/12/2013 | $745,510.69 | $30,370.87 | $775,881.56 |
| Creim, Macias, Koenig & Frey LLP<br>633 West 5th Street, Suite 5100<br>Los Angeles, CA 90071<br><br>Attn:    Stuart I. Koenig<br><br>*Counsel to the Official Committee of Unsecured Creditors of Namco Capital Group, Inc.* | 2/7/2009 – 11/12/2013 | $1,619,406.50 | $60,230.98 | $1,679,637.48 |
| Creim, Macias, Koenig & Frey LLP<br>633 West 5th Street, Suite 5100<br>Los Angeles, CA 90071<br><br>Attn:    Stuart I. Koenig<br><br>*Special Claims Counsel to Bradley D. Sharp, Chapter 11 Trustee for the Namco Capital Group Bankruptcy Estate* | 5/1/2012 – 11/12/2013 | $64,922.00 | $28,959.79 | $93,881.79 |
| Pachulski Stang Ziehl & Jones LLP<br>10100 Santa Monica Boulevard<br>13th Floor<br>Los Angeles, CA 90067<br><br>Attn: Gillian N. Brown<br><br>*Special Counsel to Bradley D. Sharp, Chapter 11 Trustee for the Namco Capital Group Bankruptcy Estate* | 11/10/2009 – 11/12/2013 | $9,280,485.21 | $440,145.33 | $9,720,630.54 |

1183456.2  26122

9

| Professional/Name | Time Period | Fees Requested | Expense Reimb. | Total |
|---|---|---|---|---|
| Development Specialists, Inc.<br>333 South Grand Avenue,<br>Suite 4070<br>Los Angeles, CA 90071-1544<br><br>Attn: Eric Held<br><br>*Financial Advisors to Bradley D. Sharp, Chapter 11 Trustee for the Namco Capital Group Bankruptcy Estate* | 3/18/2010 – 11/12/2013 | $2,798,788.00 | $1,933.17 | $2,800,721.17 |
| Jones Day<br>555 South Flower Street<br>Los Angeles, CA 90071<br><br>Attn: Richard L. Wynne<br><br>*Special Counsel to Bradley D. Sharp, Chapter 11 Trustee for the Namco Capital Group Bankruptcy Estate* | 3/29/2010 – 11/12/2013 | $241,691.75 | $942.14 | $242,633.89[5] |
| FTI Consulting<br>633 West Fifth Street, 16th Floor<br>Los Angeles, CA 90071<br><br>Attn: M. Freddie Reiss<br><br>*Financial Advisers to the Official Committee of Unsecured Creditors of Namco Capital Group, Inc.* | 3/1/2010 – 11/12/2013 | $801,040.50 | $1,553.68 | $802,594.18 |
| Lobel, Neue & Till LLP<br>840 Newport Center Drive,<br>Suite 750<br>Newport Beach, CA 92660<br><br>Attn: Mike Neue<br><br>*Co-Counsel to the Official Committee of Unsecured Creditors of Namco Capital Group, Inc.* | 3/22/2010 – 11/12/2013 | $1,484,464.80 | $0.00 | $1,484,464.80 |

---

[5] Jones Day's total fees and costs between the two estates is $485,267.78, which amount is split equally between the Namco and Namvar estates.

| Professional/Name | Time Period | Fees Requested | Expense Reimb. | Total |
|---|---|---|---|---|
| Intelligent Discovery Solutions, Inc.<br>535 Anton Blvd., Suite 850<br>Costa Mesa, CA 92626<br><br>Attn:  James Vaughn<br>       Managing Director<br><br>*Computer Consultants* | 7/20/2011 – 10/31/2013 | $73,541.44 | $14,781.61 | $88,323.05 |

D.　Fees and costs are allowed on an interim basis in the *Namvar* bankruptcy case as set forth below.

| Professional/Name | Time Period | Fees Requested | Expense Reimb. | Total |
|---|---|---|---|---|
| Danning, Gill, Diamond & Kollitz LLP<br>1900 Avenue of the Stars, 11th Floor<br>Los Angeles, CA 90067<br><br>Attn:   Richard K. Diamond<br><br>*Counsel to R. Todd Neilson, Chapter 11 Trustee for the Ezri Namvar Bankruptcy Estate* | 9/1/2013 – 11/12/2013 | $335,361.00 | $12,342.00 | $347,703.00 |
| R. Todd Neilson<br>2049 Century Park East<br>Suite 2525<br>Los Angeles, CA 90067<br><br>*Chapter 11 Trustee for the Ezri Namvar Bankruptcy Estate* | 9/1/2013 – 11/12/2013 | $34,429.07 | $429.55 | $34,858.62 |
| BRG, LLC<br>2049 Century Park East, Suite 2525<br>Los Angeles, CA 90067<br><br>Attn:  David Judd<br><br>*Accountants to R. Todd Neilson, Chapter 11 Trustee for the Ezri Namvar Bankruptcy Estate* | 9/1/2013 – 11/12/2013 | $143,795.25 | $712.52 | $144,507.77[6] |

---

[6]　*See* footnote 1.

1183456.2  26122

11

| Professional/Name | Time Period | Fees Requested | Expense Reimb. | Total |
|---|---|---|---|---|
| Pachulski Stang Ziehl & Jones LLP<br>10100 Santa Monica Boulevard<br>13th Floor<br>Los Angeles, CA 90067<br><br>Attn: Gillian N. Brown<br><br>*Special Counsel to R. Todd Neilson, Chapter 11 Trustee for the Ezri Namvar Bankruptcy Estate* | 8/1/2013 – 11/12/2013 | $323,435.50 | $14,635.65 | $338,071.15 |
| Shulman Hodges & Bastian LLP<br>8105 Irvine Center Drive<br>Suite 600<br>Irvine, CA 92618<br><br>Attn: Melissa R. Davis<br><br>*Counsel to the Official Committee of Unsecured Creditors of the Bankruptcy Estate of Ezri Namvar* | 9/26/2013 – 11/12/2013 | $19,444.00 | $137.60 | $19,581.60 |
| Shulman Hodges & Bastian LLP<br>8105 Irvine Center Drive<br>Suite 600<br>Irvine, CA 92618<br><br>Attn: Melissa R. Davis<br><br>*Special Claims Counsel to R. Todd Neilson, Chapter 11 Trustee for the Ezri Namvar Bankruptcy Estate* | 9/26/2013 – 11/12/2013 | $2,391.00 | $147.20 | $2,538.20 |
| Elmer Dean Martin III<br>A Professional Corporation<br>P O Box 4670<br>22632 Golden Springs Drive<br>Suite 190<br>Diamond Bar, CA 91765<br><br>Attn: Elmer Dean Martin III<br><br>*Special Tax Counsel for R. Todd Neilson, Chapter 11 Trustee for the Ezri Namvar Bankruptcy Estate* | 9/1/2013 – 11/12/2013 | $10,765.00 | $69.59 | $10,834.59 |

1183456.2  26122

12

| Professional/Name | Time Period | Fees Requested | Expense Reimb. | Total |
|---|---|---|---|---|
| Jones Day<br>555 South Flower Street<br>Los Angeles, CA 90071<br><br>Attn: Richard L. Wynne<br><br>*Special Counsel to R. Todd Neilson, Chapter 11 Trustee for the Ezri Namvar Bankruptcy Estate* | 9/1/2013 – 11/13/2013 | $1,635.00 | $168.62 | $1,803.62[7] |
| Musick, Peeler & Garrett LLP<br>One Wilshire Boulevard<br>Los Angeles, CA 90017<br><br>Attn:  David S. Boyce<br><br>*Special Tax Counsel to R. Todd Neilson, Chapter 11 Trustee for the Ezri Namvar Bankruptcy Estate* | 10/2/2013 – 1/6/2014 | $10,250.00 | $0.00 | $10,250.00 |

E.    Fees and costs are allowed on a final basis in the *Namvar* bankruptcy case as set forth below.

| Professional/Name | Time Period | Fees Requested | Expense Reimb. | Total |
|---|---|---|---|---|
| Danning, Gill, Diamond & Kollitz LLP<br>1900 Avenue of the Stars, 11th Floor<br>Los Angeles, CA 90067<br><br>Attn:   Richard K. Diamond<br><br>*Counsel to R. Todd Neilson, Chapter 11 Trustee for the Ezri Namvar Bankruptcy Estate* | 3/9/2009 – 11/12/2013 | $7,589,826.00 | $178,826.47 | $7,768,652.47 |
| R. Todd Neilson<br>2049 Century Park East<br>Suite 2525<br>Los Angeles, CA 90067<br><br>*Chapter 11 Trustee for the Ezri Namvar Bankruptcy Estate* | 3/9/2009 – 11/12/2013 | $ 2,588,776.85 | $22,015.16 | $ 2,610,792.01 |

---

[7]  *See* footnote 2.

| Professional/Name | Time Period | Fees Requested | Expense Reimb. | Total |
|---|---|---|---|---|
| Peregrine Realty Partners<br>915 Wilshire Boulevard, Suite 2060<br>Los Angeles, California 90017<br><br>Attn: Bradley E. Lofgren, MAI<br><br>*Appraisers for R. Todd Neilson, Chapter 11 Trustee for the Ezri Namvar Bankruptcy Estate* | 4/8/2010 – 8/31/2011 | $28,785.00 | $0.00 | $28,785.00 |
| BRG, LLC<br>2049 Century Park East, Suite 2525<br>Los Angeles, CA 90067<br><br>Attn: David Judd<br><br>*Accountants to R. Todd Neilson, Chapter 11 Trustee for the Ezri Namvar Bankruptcy Estate* | 3/1/2011 – 11/12/2013 | $2,513,547.70 | $9,325.14 | $2,522,872.84[8] |
| Pachulski Stang Ziehl & Jones LLP<br>10100 Santa Monica Boulevard<br>13th Floor<br>Los Angeles, CA 90067<br><br>Attn: Gillian N. Brown<br><br>*Special Counsel to R. Todd Neilson, Chapter 11 Trustee for the Ezri Namvar Bankruptcy Estate* | 3/11/2009 – 11/12/2013 | $4,899,860.95 | $300,792.53 | $5,200,653.48 |
| Shulman Hodges & Bastian LLP<br>8105 Irvine Center Drive<br>Suite 600<br>Irvine, CA 92618<br><br>Attn: Melissa R. Davis<br><br>*Counsel to the Official Committee of Unsecured Creditors of the Bankruptcy Estate of Ezri Namvar* | 2/20/2009 – 9/25/2013 | $694,060.50 | $24,616.89 | $718,677.39 |

---

[8] *See* footnote 4.

1183456.2  26122                             14

| Professional/Name | Time Period | Fees Requested | Expense Reimb. | Total |
|---|---|---|---|---|
| Shulman Hodges & Bastian LLP<br>8105 Irvine Center Drive<br>Suite 600<br>Irvine, CA 92618<br><br>Attn: Melissa R. Davis<br><br>*Special Claims Counsel to R. Todd Neilson, Chapter 11 Trustee for the Ezri Namvar Bankruptcy Estate* | 3/14/2012 – 9/25/2013 | $120,426.00 | $4,415.26 | $124,841.26 |
| Elmer Dean Martin III<br>A Professional Corporation<br>P O Box 4670<br>22632 Golden Springs Drive<br>Suite 190<br>Diamond Bar, CA 91765<br><br>Attn:  Elmer Dean Martin III<br><br>*Special Tax Counsel for R. Todd Neilson, Chapter 11 Trustee for the Ezri Namvar Bankruptcy Estate* | 3/1/2011 – 11/12/2013 | $187,946.00 | $4,363.16 | $192,309.16 |
| Jones Day<br>555 South Flower Street<br>Los Angeles, CA 90071<br><br>Attn: Richard L. Wynne<br><br>*Special Counsel to R. Todd Neilson, Chapter 11 Trustee for the Ezri Namvar Bankruptcy Estate* | 3/29/2010 – 11/12/2013 | $241,691.75 | $942.14 | $242,633.89[9] |
| Intelligent Discovery Solutions, Inc.<br>535 Anton Blvd., Suite 850<br>Costa Mesa, CA 92626<br><br>Attn:  James Vaughn<br>          Managing Director<br><br>*Computer Consultants* | 7/20/2011 – 11/12/2013 | $29,447.85 | $0.00 | $29,447.85 |

---

[9] *See* footnote 5.

1183456.2  26122                                    15

| Professional/Name | Time Period | Fees Requested | Expense Reimb. | Total |
|---|---|---|---|---|
| LECG<br>2049 Century Park East, Suite 2525<br>Los Angeles, California 90067<br><br>*Former Accountants to R. Todd Neilson, Chapter 11 Trustee for the Ezri Namvar Bankruptcy Estate* | 3/9/2009 – 2/28/2011 | $2,214,609.12 | $ 37,199.87 | $2,251,808.98[10] |
| Law Offices of Stephen F. Biegenzahn<br>4300 Via Marisol, Suite 764<br>Los Angeles, CA 90042-5079<br><br>Attn: Stephen F. Biegenzahn<br><br>*Former Attorneys for Debtor Ezri Namvar* | 2/6/2009 – 3/10/2009 | $23,400.00 | $0.00 | $23,400.00 |
| Musick, Peeler & Garrett LLP<br>One Wilshire Boulevard<br>Los Angeles, CA 90017<br><br>Attn: David S. Boyce<br><br>*Special Tax Counsel to R. Todd Neilson, Chapter 11 Trustee for the Ezri Namvar Bankruptcy Estate* | 10/2/2013 – 1/6/2014 | $10,250.00 | $0.00 | $10,250.00 |

///

///

///

///

///

///

///

///

---

[10] *See* footnote 3.

1183456.2  26122      16

F.  Bradley D. Sharp, as the Liquidating Trustee of the Namco Liquidating Trust and R. Todd Neilson, as the Post-Effective Date Representative of the Namvar bankruptcy estate, are authorized to pay the fees and expenses allowed by this order in accordance with the *Second Amended Joint Chapter 11 Liquidating Plan for Namco Capital Group, Inc., Ezri Namvar, Beshmada, LLC, Beshmada of Delaware, LLC, and Dimes, LLC, Proposed by the Chapter 11 Trustees and DIP Debtors,* confirmed by final orders entered October 11, 2013 and October 21, 2013, as and when funds are available.

###

Date: February 10, 2014

*[signature: Barry Russell]*

Barry Russell
United States Bankruptcy Judge

1183456.2  26122

17